COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
JENNA C. BAILEY (319302) (jbailey@cooley.com)
REZA HARRIS (330445) (rharris@cooley.com)
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 843-7400

CRAIG E. TENBROECK (287848)
(ctenbroeck@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendants*

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DRIEU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC., ERIC S. YUAN, and KELLY STECKELBERG,<br><br>Defendants. | Case No. 3:20-CV-02353-JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES, EXTENDING TIME TO RESPOND TO COMPLAINT, AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| KIM BRAMS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC., ERIC S. YUAN, and KELLY STECKELBERG,<br><br>Defendants. | Case No. 3:20-CV-02396-JD |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES;
CASE NO. 20-CV-2353-JD & 20-CV-2396 JD

1. Pending before this Court are two putative securities class action lawsuits brought against Zoom Video Communications, Inc. ("Zoom") and certain of its officers: *Drieu v. Zoom Communications, Inc., et al.*, No 20-CV-02353-JD ("*Drieu*") and *Brams v. Zoom Communications, Inc., et al.*, No. 20-CV-02396-JD ("*Brams*"). The cases are related within the meaning of Civil L.R. 3-12.

2. On April 8, 2020, plaintiff in *Drieu* (the first-filed action) published notice of the action in accordance with the Private Securities Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*. The PSLRA gives members of the putative class sixty days after the notice is published to move for appointment as lead plaintiff. Once applications for lead plaintiff are closed, the district court must determine who among the movants is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(ii).

3. The parties anticipate that *Drieu* and *Brams* will be consolidated under Fed. R. Civ. P. 42(a), that this Court will appoint a lead plaintiff in accordance with the PSLRA, and that the lead plaintiff will desire to file a single consolidated complaint or designate one of the complaints as the operative complaint.

4. Defendants wish to continue the date for any response to a complaint until a lead plaintiff is appointed, and the lead plaintiff either files a consolidated complaint or designates an existing complaint as the operative complaint.

5. Because this action is governed by the PSLRA, it is subject to a mandatory stay of all discovery pending determination of a motion to dismiss. As such, the parties believe it would save judicial and party resources to continue the Case Management Conference in *Drieu* set for July 9, 2020, until after Defendants' anticipated motion to dismiss is resolved.

6. No party has previously requested or received time for an extension to respond to the complaint.

**STIPULATION**

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the undersigned counsel for the parties, that:

1. Pursuant to Fed.. R. Civ. P. 42(a), the *Drieu* and *Brams* actions as well as any related actions that are subsequently filed in or transferred to this District are CONSOLIDATED for all

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES;
CASE NO. 20-CV-2353-JD & 20-CV-2396 JD

purposes (together, the "Consolidated Action").  The consolidated action shall be captioned: "*In re Zoom Securities Litigation*" and shall be maintained under Master File No. 3:20-CV-02353-JD.  Case 3:20-CV-02396-JD shall be administratively closed.

**2.** Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

**3.** Within ten (10) days after the Court appoints a lead plaintiff, the lead plaintiff and Defendants will submit to the Court a proposed schedule for the filing of a consolidated complaint and the time for Defendants' response thereto.

**4.** Subject to approval of the Court, the Case Management Conference set for July 9, 2020 in *Drieu*, shall be continued to a date following the resolution of any motion to dismiss the consolidated complaint.

**5.** Defendants deny the allegations in the complaints and expressly reserve all rights, defenses and or other objections to the complaints, except insufficient service of process.

Dated:  May 6, 2020                                        COOLEY LLP

                                                                    */s/ Patrick E. Gibbs*
                                                                    Patrick E. Gibbs

                                                                    *Attorneys for Defendants Zoom Video Communications, Inc., Eric S. Yuan, Kelly Steckelberg*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES;
CASE NO. 20-CV-2353-JD & 20-CV-2396 JD

| | | |
|---|---|---|
| 1 | Dated: May 6, 2020 | POMERANTZ LLP |
| 2 | | |
| 3 | | /s/ *Jennifer Pafiti* |
| 4 | | Jennifer Pafiti, Bar No. 282790<br>1100 Glendon Avenue, 15th Floor |
| 5 | | Los Angeles, CA 90024<br>Telephone: (310) 405-7190 |
| 6 | | jpafiti@pomlaw.com |
| 7 | | POMERANTZ LLP<br>Jeremy A. Lieberman |
| 8 | | J. Alexander Hood II<br>600 Third Avenue, 20th Floor |
| 9 | | New York, New York 10016<br>Telephone: (212) 661-1100 |
| 10 | | Facsimile: (212) 661-8665<br>jalienerman@pomlaw.com |
| 11 | | ahood@pomlaw.com |
| 12 | | POMERANTZ LLP<br>Patrick V. Dahlstrom |
| 13 | | 10 South La Salle Street, Suite 3505<br>Chicago, Illinois 60603 |
| 14 | | Telephone: (312) 377-1181<br>Facsimile: (312) 377-1184 |
| 15 | | pdahlstrom@pomlaw.com |
| 16 | | BRONSTEIN, GERWITZ &<br>GROSSMAN, LLC |
| 17 | | Peretz Bronstein<br>60 East 42nd Street, Suite 4600 |
| 18 | | New York, NY 10165<br>Telephone: (212) 697-6484 |
| 19 | | Facsimile: (212) 697-7296<br>Email: peretz@bgandg.com |
| 20 | | *Attorneys for Plaintiff Michael Drieu* |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES;
CASE NO. 20-CV-2353-JD & 20-CV-2396 JD

Dated: May 6, 2020
                                    WAGSTAFFE, VON LOEWENFELDT,
                                    BUSCH & RADWICK LLP

/s/*James M. Wagstaffe*
James M. Wagstaffe (95535)
Frank Busch (258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

LABATON SUCHAROW LLP
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
David J. Schwartz
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Attorneys for Plaintiff Kim Brams*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing his stipulation.

Dated: May 6, 2020

/s/*Patrick E. Gibbs*
Patrick E. Gibbs

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES;**
**CASE NO. 20-CV-2353-JD & 20-CV-2396 JD**

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: _____, 2020

          HONORABLE JAMES DONATO
          UNITED STATES DISTRICT JUDGE