ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ZOOM SECURITIES LITIGATION ) | Case No. No. 2:20-cv-02353-JD |
| ) | |
| ) | DECLARATION OF DANIELLE S. MYERS |
| This Document Relates To: ) | IN SUPPORT OF MOTION FOR |
| ) | APPOINTMENT OF LEAD PLAINTIFF |
| ALL ACTIONS. ) | AND APPROVAL OF LEAD PLAINTIFF'S |
| ) | SELECTION OF LEAD COUNSEL |

DATE:     July 16, 2020
TIME:     10:00 a.m.
CTRM:    11, 19th Floor
JUDGE:   Hon. James Donato

I, DANIELLE S. MYERS, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Adam M. Butt, and proposed lead counsel for the class.  I make this declaration in support of Mr. Butt's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of the first-filed *Drieu* class action published on *Globe Newswire*, a national business-oriented wire service, on April 8, 2020;

Exhibit B:    Mr. Butt's Sworn Certification;

Exhibit C:    Mr. Butt's estimate of losses, prepared by counsel; and

Exhibit D:    Declaration of Adam M. Butt.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of June, 2020, at San Diego, California.

s/ Danielle S. Myers
DANIELLE S. MYERS

DECL. OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR APPT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - No. 2:20-cv-02353-JD    - 1 -
Cases\4839-2339-7055.v1-6/8/20

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 8, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

Cases\4839-2339-7055.v1-6/8/20

# Mailing Information for a Case 3:20-cv-02353-JD Drieu v. Zoom Video Communications, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jenna C Bailey**
  jbailey@cooley.com,jcorrell@cooley.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Reza John Harris**
  rjharris@cooley.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Jessica Valenzuela Santamaria**
  jsantamaria@cooley.com,galancr@cooley.com

- **Craig Edward TenBroeck**
  ctenbroeck@cooley.com,efiling-notice@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)