POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
and Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE ZOOM SECURITIES LITIGATION. | Case No.: 20-cv-02353-JD |
|---|---|
| | DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE ZOOM INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL |
| | <u>CLASS ACTION</u> |
| | Date:  July 16, 2020<br>Time:  10:00 a.m.<br>Judge:  Hon. James Donato<br>Courtroom:  11 – 19th Floor |

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Michael Bens, Bhadresh Shah, Kwan Sin Ng, and Tony D. Pham (collectively, the "Zoom Investor Group" or "Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Zoom Investor Group's motion for appointment as Lead Plaintiff for the Class and approval of the Zoom Investor Group's selection of Pomerantz and The Rosen Law Firm, P.A. ("Rosen") as Co-Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of the Zoom Investor Group;

Exhibit B:    Press release published over *Globe Newswire* on April 7, 2020, announcing the pendency of the case bearing the caption *Drieu v. Zoom Video Communications, Inc.*, No. 20-cv-02353-JD;

Exhibit C:    Shareholder Certifications executed by the members of the Zoom Investor Group;

Exhibit D:    Joint Declaration executed by the members of the Zoom Investor Group;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of Rosen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 8, 2020, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL - 20-cv-02353-JD

PROOF OF SERVICE

I hereby certify that on June 8, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL - 20-cv-02353-JD