# EXHIBIT A

**Zoom Video Communications, Inc. (ZM)**
**Class Period: April 18, 2019 and April 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pham, Tony | 6/7/2019 | 2,000 | $95.0000 | ($190,000) | 12/30/2019 | (4,000) | $66.9900 | $267,960 | | |
| Pham, Tony | 6/10/2019 | 2,000 | $103.0000 | ($206,000) | 12/30/2019 | (6,000) | $66.9900 | $401,940 | | |
| Pham, Tony | 6/10/2019 | 2,000 | $102.0500 | ($204,100) | | | | | | |
| Pham, Tony | 6/10/2019 | 2,000 | $103.7500 | ($207,500) | | | | | | |
| Pham, Tony | 6/11/2019 | 2,000 | $94.8000 | ($189,600) | | | | | | |
| **Pham, Tony** | | **10,000** | | **($997,200)** | | **(10,000)** | | **$669,900** | **10,000** | **($327,300)** |
| | | | | | | | | | | |
| Ng, Kwan Sin | 3/31/2020 | 1,000 | $145.1500 | ($145,150) | 3/31/2020 | (500) | $146.5000 | $73,250 | | |
| Ng, Kwan Sin | 3/31/2020 | 1,000 | $146.3000 | ($146,300) | 3/31/2020 | (500) | $148.0000 | $74,000 | | |
| Ng, Kwan Sin | 3/31/2020 | 500 | $149.0000 | ($74,500) | 3/31/2020 | (1,000) | $145.4500 | $145,450 | | |
| Ng, Kwan Sin | 3/31/2020 | 500 | $148.5000 | ($74,250) | 4/1/2020 | (500) | $139.0000 | $69,500 | | |
| Ng, Kwan Sin | 3/31/2020 | 500 | $148.0000 | ($74,000) | 4/1/2020 | (500) | $140.0000 | $70,000 | | |
| Ng, Kwan Sin | 3/31/2020 | 500 | $147.0000 | ($73,500) | 4/1/2020 | (912) | $137.6000 | $125,491 | | |
| Ng, Kwan Sin | 3/31/2020 | 500 | $146.0000 | ($73,000) | 4/1/2020 | (1,000) | $139.5000 | $139,500 | | |
| Ng, Kwan Sin | 3/31/2020 | 500 | $145.0000 | ($72,500) | 4/1/2020 | (1,000) | $138.0000 | $138,000 | | |
| Ng, Kwan Sin | 3/31/2020 | 500 | $146.8800 | ($73,440) | 4/1/2020 | (2,088) | $137.2000 | $286,474 | | |
| Ng, Kwan Sin | 4/1/2020 | 3,000 | $137.0000 | ($411,000) | 4/1/2020 | (4,000) | $136.8000 | $547,200 | | |
| Ng, Kwan Sin | 4/1/2020 | 1,000 | $141.0000 | ($141,000) | 4/2/2020 | (1,000) | $129.5000 | $129,500 | | |
| Ng, Kwan Sin | 4/1/2020 | 1,000 | $140.0000 | ($140,000) | 4/2/2020 | (1,000) | $130.5000 | $130,500 | | |
| Ng, Kwan Sin | 4/1/2020 | 1,000 | $138.5000 | ($138,500) | 4/2/2020 | (2,000) | $133.0000 | $266,000 | | |
| Ng, Kwan Sin | 4/1/2020 | 1,000 | $139.0000 | ($139,000) | 4/6/2020 | (1,000) | $122.0000 | $122,000 | | |
| Ng, Kwan Sin | 4/1/2020 | 1,000 | $138.6800 | ($138,680) | 4/6/2020 | (2,000) | $110.0000 | $220,000 | | |
| Ng, Kwan Sin | 4/1/2020 | 1,000 | $138.0000 | ($138,000) | 4/6/2020 | (2,000) | $114.0000 | $228,000 | | |
| Ng, Kwan Sin | 4/1/2020 | 1,000 | $136.8000 | ($136,800) | 4/6/2020 | (2,000) | $116.0000 | $232,000 | | |
| Ng, Kwan Sin | 4/1/2020 | 1,000 | $137.0000 | ($137,000) | 4/6/2020 | (2,000) | $119.0000 | $238,000 | | |
| Ng, Kwan Sin | 4/1/2020 | 1,000 | $136.5000 | ($136,500) | | | | | | |
| Ng, Kwan Sin | 4/1/2020 | 500 | $142.0000 | ($71,000) | | | | | | |
| Ng, Kwan Sin | 4/1/2020 | 500 | $141.0000 | ($70,500) | | | | | | |
| Ng, Kwan Sin | 4/1/2020 | 500 | $137.5000 | ($68,750) | | | | | | |
| Ng, Kwan Sin | 4/2/2020 | 1,000 | $131.0000 | ($131,000) | | | | | | |
| Ng, Kwan Sin | 4/2/2020 | 1,000 | $130.0000 | ($130,000) | | | | | | |
| Ng, Kwan Sin | 4/2/2020 | 1,000 | $129.0000 | ($129,000) | | | | | | |
| Ng, Kwan Sin | 4/2/2020 | 1,000 | $128.6000 | ($128,600) | | | | | | |
| Ng, Kwan Sin | 4/2/2020 | 1,000 | $128.0000 | ($128,000) | | | | | | |
| Ng, Kwan Sin | 4/2/2020 | 500 | $118.0000 | ($59,000) | | | | | | |
| Ng, Kwan Sin | 4/2/2020 | 500 | $116.0000 | ($58,000) | | | | | | |
| **Ng, Kwan Sin** | | **25,000** | | **($3,436,970)** | | **(25,000)** | | **$3,234,865** | **9,000** | **($202,105)** |
| | | | | | | | | | | |
| Bens, Michael | 3/24/2020 | 2,118 | $155.0000 | ($328,290) | 4/7/2020 | (2,394) | $113.7500 | $272,318 | | |
| Bens, Michael | 3/25/2020 | 276 | $141.0150 | ($38,920) | | | | | | |
| **Bens, Michael** | | **2,394** | | **($367,210)** | | **(2,394)** | | **$272,318** | **2,394** | **($94,893)** |
| | | | | | | | | | | |
| Shah Bhadresh | 2/24/2020 | 5,000 | $109.1200 | ($545,600) | 2/28/2020 | (5,000) | $119.7900 | $598,950 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.3200 | ($11,232) | 3/3/2020 | (52) | $114.4600 | $5,952 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.3600 | ($11,236) | 3/3/2020 | (200) | $114.5500 | $22,910 | | |

**Zoom Video Communications, Inc. (ZM)**
**Class Period: April 18, 2019 and April 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Shah Bhadresh | 3/2/2020 | 100 | $112.4100 | ($11,241) | 3/3/2020 | (600) | $114.5000 | $68,700 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.4100 | ($11,241) | 3/3/2020 | (1,000) | $114.5000 | $114,500 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.4200 | ($11,242) | 3/3/2020 | (1,200) | $114.5200 | $137,424 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.4300 | ($11,243) | 3/3/2020 | (1,948) | $114.4900 | $223,027 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.4400 | ($11,244) | 3/4/2020 | (5,000) | $116.0600 | $580,300 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.4500 | ($11,245) | 3/27/2020 | (48) | $149.0800 | $7,156 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.4600 | ($11,246) | 3/27/2020 | (52) | $149.0700 | $7,752 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.4700 | ($11,247) | 3/27/2020 | (77) | $149.0500 | $11,477 | | |
| Shah Bhadresh | 3/2/2020 | 100 | $112.4800 | ($11,248) | 3/27/2020 | (100) | $149.1700 | $14,917 | | |
| Shah Bhadresh | 3/2/2020 | 200 | $112.3400 | ($22,468) | 3/27/2020 | (200) | $149.1400 | $29,828 | | |
| Shah Bhadresh | 3/2/2020 | 200 | $112.3500 | ($22,470) | 3/27/2020 | (200) | $149.1600 | $29,832 | | |
| Shah Bhadresh | 3/2/2020 | 200 | $112.3900 | ($22,478) | 3/27/2020 | (397) | $149.2300 | $59,244 | | |
| Shah Bhadresh | 3/2/2020 | 300 | $112.4000 | ($33,720) | 3/27/2020 | (400) | $149.1500 | $59,660 | | |
| Shah Bhadresh | 3/2/2020 | 300 | $112.4100 | ($33,723) | 3/27/2020 | (688) | $148.9900 | $102,505 | | |
| Shah Bhadresh | 3/2/2020 | 400 | $112.4000 | ($44,960) | 3/27/2020 | (900) | $149.1000 | $134,190 | | |
| Shah Bhadresh | 3/2/2020 | 500 | $112.4500 | ($56,225) | 3/27/2020 | (938) | $149.1400 | $139,893 | | |
| Shah Bhadresh | 3/2/2020 | 734 | $112.4700 | ($82,553) | 4/6/2020 | (300) | $112.1300 | $33,639 | | |
| Shah Bhadresh | 3/2/2020 | 1,066 | $112.4600 | ($119,882) | 4/6/2020 | (3,700) | $112.1300 | $414,881 | | |
| Shah Bhadresh | 3/3/2020 | 1 | $116.8000 | ($117) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 19 | $116.8800 | ($2,221) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 100 | $116.7600 | ($11,676) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 100 | $116.8600 | ($11,686) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 100 | $116.8900 | ($11,689) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 177 | $116.8300 | ($20,679) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 200 | $116.8500 | ($23,370) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 200 | $116.9300 | ($23,386) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 300 | $116.7700 | ($35,031) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 300 | $116.8900 | ($35,067) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 386 | $116.8100 | ($45,089) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 401 | $116.7900 | ($46,833) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 515 | $116.9700 | ($60,240) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 600 | $116.9200 | ($70,152) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 600 | $116.9500 | ($70,170) | | | | | | |
| Shah Bhadresh | 3/3/2020 | 1,001 | $116.8700 | ($116,987) | | | | | | |
| Shah Bhadresh | 3/25/2020 | 100 | $144.7900 | ($14,479) | | | | | | |
| Shah Bhadresh | 3/25/2020 | 3,900 | $144.8000 | ($564,720) | | | | | | |
| Shah Bhadresh | 3/27/2020 | 100 | $152.4700 | ($15,247) | | | | | | |
| Shah Bhadresh | 3/27/2020 | 400 | $152.4800 | ($60,992) | | | | | | |
| Shah Bhadresh | 3/27/2020 | 1,500 | $152.4300 | ($228,645) | | | | | | |
| Shah Bhadresh | 3/27/2020 | 2,000 | $152.4900 | ($304,980) | | | | | | |
| **Shah, Bhadresh** | | **23,000** | | **($2,881,199)** | | **(23,000)** | | **$2,796,737** | **4,000** | **($84,462)** |

**Zoom Video Communications, Inc. (ZM)**
**Class Period: April 18, 2019 and April 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | |
| Pham, Tony | | 10,000 | | ($997,200) | | (10,000) | | $669,900 | 10,000 | ($327,300) |
| Ng, Kwan Sin | | 25,000 | | ($3,436,970) | | (25,000) | | $3,234,865 | 9,000 | ($202,105) |
| Bens, Michael | | 2,394 | | ($367,210) | | (2,394) | | $272,318 | 2,394 | ($94,893) |
| Shah, Bhadresh | | 23,000 | | ($2,881,199) | | (23,000) | | $2,796,737 | 4,000 | ($84,462) |
| **Total** | | **60,394** | | **($7,682,579)** | | **(60,394)** | | **$6,973,819** | **25,394** | **($708,760)** |