# EXHIBIT C

# CERTIFICATION PURSUANT
# TO FEDERAL SECURITIES LAWS

1.      I, Tony D. Pham, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Zoom Video Communications, Inc. ("Zoom" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire Zoom securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Zoom securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of my transactions in Zoom securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury that the foregoing is true and correct.


**Executed** _6/8/2020_____
       **(Date)**

                                                DocuSigned by:

                                                *Tony D. Pham*
                                                5AB192320EB3414...
                                                **(Signature)**


                                                Tony D. Pham_____
                                                **(Type or Print Name)**

**Zoom Video Communications, Inc. (ZM)**                                          **Pham, Tony**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 6/7/2019 | 2,000 | $95.0000 |
| Purchase | 6/10/2019 | 2,000 | $103.0000 |
| Purchase | 6/10/2019 | 2,000 | $102.0500 |
| Purchase | 6/10/2019 | 2,000 | $103.7500 |
| Purchase | 6/11/2019 | 2,000 | $94.8000 |
| Sale | 12/30/2019 | (4,000) | $66.9900 |
| Sale | 12/30/2019 | (6,000) | $66.9900 |

## **CERTIFICATION**

I, Kwan Sin Ng, hereby certify as follows:

1.      I am personally authorized to enter into and execute this certification as the beneficial owner of the securities at issue in this litigation;

2.      I have reviewed a complaint prepared against Zoom Video Communications, Inc. ("Zoom") alleging violations of the federal securities laws, generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint, and authorize the filing of this pleading;

3.      I did not transact in the securities of Zoom at the direction of counsel or in order to participate in any private action under the federal securities laws;

4.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

5.      My transactions in Zoom securities are reflected in Exhibit A attached hereto;

6.      I have not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

7.      Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

2

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 8th day of June, 2020.

DocuSigned by:

B5ABBBF60B80496...

Kwan Sin Ng

2

**Zoom Video Communications, Inc. (ZM)**                                    **Ng, Kwan Sin**

**List of Purchases and Sales**

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/31/2020 | 1,000 | $145.1500 |
| Purchase | 3/31/2020 | 1,000 | $146.3000 |
| Purchase | 3/31/2020 | 500 | $149.0000 |
| Purchase | 3/31/2020 | 500 | $148.5000 |
| Purchase | 3/31/2020 | 500 | $148.0000 |
| Purchase | 3/31/2020 | 500 | $147.0000 |
| Purchase | 3/31/2020 | 500 | $146.0000 |
| Purchase | 3/31/2020 | 500 | $145.0000 |
| Purchase | 3/31/2020 | 500 | $146.8800 |
| Purchase | 4/1/2020 | 3,000 | $137.0000 |
| Purchase | 4/1/2020 | 1,000 | $141.0000 |
| Purchase | 4/1/2020 | 1,000 | $140.0000 |
| Purchase | 4/1/2020 | 1,000 | $138.5000 |
| Purchase | 4/1/2020 | 1,000 | $139.0000 |
| Purchase | 4/1/2020 | 1,000 | $138.6800 |
| Purchase | 4/1/2020 | 1,000 | $138.0000 |
| Purchase | 4/1/2020 | 1,000 | $136.8000 |
| Purchase | 4/1/2020 | 1,000 | $137.0000 |
| Purchase | 4/1/2020 | 1,000 | $136.5000 |
| Purchase | 4/1/2020 | 500 | $142.0000 |
| Purchase | 4/1/2020 | 500 | $141.0000 |
| Purchase | 4/1/2020 | 500 | $137.5000 |
| Purchase | 4/2/2020 | 1,000 | $131.0000 |
| Purchase | 4/2/2020 | 1,000 | $130.0000 |
| Purchase | 4/2/2020 | 1,000 | $129.0000 |
| Purchase | 4/2/2020 | 1,000 | $128.6000 |
| Purchase | 4/2/2020 | 1,000 | $128.0000 |
| Purchase | 4/2/2020 | 500 | $118.0000 |
| Purchase | 4/2/2020 | 500 | $116.0000 |
| Sale | 3/31/2020 | (500) | $146.5000 |
| Sale | 3/31/2020 | (500) | $148.0000 |
| Sale | 3/31/2020 | (1,000) | $145.4500 |
| Sale | 4/1/2020 | (500) | $139.0000 |
| Sale | 4/1/2020 | (500) | $140.0000 |
| Sale | 4/1/2020 | (912) | $137.6000 |
| Sale | 4/1/2020 | (1,000) | $139.5000 |
| Sale | 4/1/2020 | (1,000) | $138.0000 |
| Sale | 4/1/2020 | (2,088) | $137.2000 |
| Sale | 4/1/2020 | (4,000) | $136.8000 |
| Sale | 4/2/2020 | (1,000) | $129.5000 |
| Sale | 4/2/2020 | (1,000) | $130.5000 |
| Sale | 4/2/2020 | (2,000) | $133.0000 |
| Sale | 4/6/2020 | (1,000) | $122.0000 |
| Sale | 4/6/2020 | (2,000) | $110.0000 |
| Sale | 4/6/2020 | (2,000) | $114.0000 |
| Sale | 4/6/2020 | (2,000) | $116.0000 |
| Sale | 4/6/2020 | (2,000) | $119.0000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Michael Bens, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Zoom Video Communications, Inc. ("Zoom" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire Zoom securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Zoom securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of my transactions in Zoom securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed __06/08/2020__
          (Date)

_____
(Signature)

Michael Bens
_____
(Type or Print Name)

**Zoom Video Communications, Inc. (ZM)**                                          **Bens, Michael**

### List of Purchases and Sales

| Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/24/2020 | 2,118 | $155.0000 |
| Purchase | 3/25/2020 | 276 | $141.0150 |

## CERTIFICATION PURSUANT
## <u>TO FEDERAL SECURITIES LAWS</u>

1.      I, Bhadresh Shah, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Zoom Video Communications, Inc. ("Zoom" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire Zoom securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Zoom securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of my transactions in Zoom securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.


     6/8/2020 | 1:36 PM PDT
**Executed** _____
          **(Date)**


                                        DocuSigned by:

                                        _____
                                        28FAEA0A9EF54BC...
                                                  **(Signature)**

                                        Bhadresh Shah

                                        _____
                                                **(Type or Print Name)**

**Zoom Video Communications, Inc. (ZM)**                                      **Shah, Bhadresh**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 2/24/2020 | 5,000 | $109.1200 |
| Purchase | 3/2/2020 | 100 | $112.3200 |
| Purchase | 3/2/2020 | 100 | $112.3600 |
| Purchase | 3/2/2020 | 100 | $112.4100 |
| Purchase | 3/2/2020 | 100 | $112.4100 |
| Purchase | 3/2/2020 | 100 | $112.4200 |
| Purchase | 3/2/2020 | 100 | $112.4300 |
| Purchase | 3/2/2020 | 100 | $112.4400 |
| Purchase | 3/2/2020 | 100 | $112.4500 |
| Purchase | 3/2/2020 | 100 | $112.4600 |
| Purchase | 3/2/2020 | 100 | $112.4700 |
| Purchase | 3/2/2020 | 100 | $112.4800 |
| Purchase | 3/2/2020 | 200 | $112.3400 |
| Purchase | 3/2/2020 | 200 | $112.3500 |
| Purchase | 3/2/2020 | 200 | $112.3900 |
| Purchase | 3/2/2020 | 300 | $112.4000 |
| Purchase | 3/2/2020 | 300 | $112.4100 |
| Purchase | 3/2/2020 | 400 | $112.4000 |
| Purchase | 3/2/2020 | 500 | $112.4500 |
| Purchase | 3/2/2020 | 734 | $112.4700 |
| Purchase | 3/2/2020 | 1,066 | $112.4600 |
| Purchase | 3/3/2020 | 1 | $116.8000 |
| Purchase | 3/3/2020 | 19 | $116.8800 |
| Purchase | 3/3/2020 | 100 | $116.7600 |
| Purchase | 3/3/2020 | 100 | $116.8600 |
| Purchase | 3/3/2020 | 100 | $116.8900 |
| Purchase | 3/3/2020 | 177 | $116.8300 |
| Purchase | 3/3/2020 | 200 | $116.8500 |
| Purchase | 3/3/2020 | 200 | $116.9300 |
| Purchase | 3/3/2020 | 300 | $116.7700 |
| Purchase | 3/3/2020 | 300 | $116.8900 |
| Purchase | 3/3/2020 | 386 | $116.8100 |
| Purchase | 3/3/2020 | 401 | $116.7900 |
| Purchase | 3/3/2020 | 515 | $116.9700 |
| Purchase | 3/3/2020 | 600 | $116.9200 |
| Purchase | 3/3/2020 | 600 | $116.9500 |
| Purchase | 3/3/2020 | 1,001 | $116.8700 |
| Purchase | 3/25/2020 | 100 | $144.7900 |
| Purchase | 3/25/2020 | 3,900 | $144.8000 |
| Purchase | 3/27/2020 | 100 | $152.4700 |
| Purchase | 3/27/2020 | 400 | $152.4800 |
| Purchase | 3/27/2020 | 1,500 | $152.4300 |
| Purchase | 3/27/2020 | 2,000 | $152.4900 |
| Sale | 2/28/2020 | (5,000) | $119.7900 |
| Sale | 3/3/2020 | (52) | $114.4600 |
| Sale | 3/3/2020 | (200) | $114.5500 |
| Sale | 3/3/2020 | (600) | $114.5000 |
| Sale | 3/3/2020 | (1,000) | $114.5000 |
| Sale | 3/3/2020 | (1,200) | $114.5200 |
| Sale | 3/3/2020 | (1,948) | $114.4900 |

**Zoom Video Communications, Inc. (ZM)**                    **Shah, Bhadresh**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 3/4/2020 | (5,000) | $116.0600 |
| Sale | 3/27/2020 | (48) | $149.0800 |
| Sale | 3/27/2020 | (52) | $149.0700 |
| Sale | 3/27/2020 | (77) | $149.0500 |
| Sale | 3/27/2020 | (100) | $149.1700 |
| Sale | 3/27/2020 | (200) | $149.1400 |
| Sale | 3/27/2020 | (200) | $149.1600 |
| Sale | 3/27/2020 | (397) | $149.2300 |
| Sale | 3/27/2020 | (400) | $149.1500 |
| Sale | 3/27/2020 | (688) | $148.9900 |
| Sale | 3/27/2020 | (900) | $149.1000 |
| Sale | 3/27/2020 | (938) | $149.1400 |
| Sale | 4/6/2020 | (300) | $112.1300 |
| Sale | 4/6/2020 | (3,700) | $112.1300 |