**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movants and [Proposed] Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZOOM SECURITIES LITIGATION, | Case No. 5:20-cv-02353-JD<br><br>**DECLARATION OF LAURENCE M. ROSEN: (1) IN FURTHER SUPPORT OF MOTION OF THE ZOOM INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. James Donato<br>Hearing Date: July 16, 2020<br>Time: 10:00 a.m.<br>Ctrm: 11 – 19th Floor |

I, Laurence M. Rosen, declare:

1.     I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., attorneys for the Zoom Investor Group. I make this declaration: (1) in Further Support of Motion of The Zoom Investor Group for Appointment as Lead Plaintiff and Approval of Counsel; and (2) in Opposition to Competing Motion. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

1

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Joint Declaration in Further Support of Lead Plaintiff Motion, executed by the members of the Zoom Investor Group.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 22nd of June 2020

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN #219683)

2

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On June 22, 2020, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN: (1) IN FURTHER SUPPORT OF MOTION OF THE ZOOM INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 22, 2020

*/s/Laurence M. Rosen*
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN: (1) IN FURTHER SUPPORT OF MOTION OF THE ZOOM INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTION– 5:20-cv-02353-JD