# EXHIBIT 1

**JOINT DECLARATION IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    We, Tony D. Pham, Kwan Sin Ng, Michael Bens and Bhaderesh Shah respectfully submit this Joint Declaration in further support of our motion for appointment as Co-Lead Plaintiffs and approval of our selections of Pomerantz LLP ("Pomerantz") and The Rosen Law Firm, P.A. ("Rosen") as Co-Lead Counsel in the instant class action on behalf of investors in the securities of Zoom Video Communications, Inc. ("Zoom" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  We are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration.

2.    We have discussed this case both with our counsel and with one another via telephone.  Accordingly, each of us is aware of the current status of this litigation.  We understand that in addition to ourselves, two other investors in Zoom securities filed motions seeking appointment as Lead Plaintiff in this Action, and that these motions remain pending.  We understand that on June 22, 2020 our counsel will file a memorandum of law in further support of our Lead Plaintiff motion and in opposition to the competing motions.  We understand that this Joint Declaration and other supporting submissions prepared by our counsel will be filed concurrently with the memorandum of law.

3.    In our initial Joint Declaration, we attested to, among other things, our shared belief in the merits of this action; our shared desire to achieve the best possible result for the class; our shared interest in prosecuting the case in a collaborative and likeminded manner; our understanding of the fiduciary obligations of Lead Plaintiffs; and our preparedness to supervise counsel and undertake all actions necessary to ensure that the class's claims will be zealously and

{00370201;2 }

efficiently litigated. We hereby affirm that the foregoing statements, as well as all other statements set forth in our initial Joint Declaration, remain true and correct statements of our views and intentions with respect to this litigation, and we continue to seek appointment as Co-Lead Plaintiffs in this action.

4.      Given our significant financial interest in the claims against the defendants, we remain strongly motivated to recover the significant losses that we and the class suffered as a result of defendants' violations of the federal securities laws. Our principal goal in seeking to serve as Lead Plaintiffs in this case is to achieve the best possible recovery for the class from all culpable parties. We are committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with our duties under the PSLRA.

5.      If appointed Lead Plaintiffs, we will satisfy our fiduciary obligations to the class by, among other steps, conferring with each other and with our counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, we will ensure that Zoom securities litigation will be vigorously prosecuted consistent with the obligations of Lead Plaintiffs under the PSLRA and in the best interests of the class, and will seek to obtain the greatest possible recovery for the class.

6.      We each determined that we could maximize the class's recovery by pooling our respective resources and experience by jointly seeking appointment as Lead Plaintiffs. After reviewing the allegations pleaded in the complaint, and consulting with our respective counsel, we each independently determined to seek joint appointment as Lead Plaintiff, and subsequently approved the filing of a joint motion seeking our appointment as Lead Plaintiff. We agree that our

collective resources and our ability to engage in joint decision-making will materially benefit and advance the interests of the class in this case.

7.      We understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of small groups of investors to serve as lead plaintiff when the group is able to establish that its members are able to oversee the litigation and their proposed lead counsel in an independent manner.  We intend to prosecute this litigation in such an independent and vigorous manner.

8.      While we believe our group is appropriate, if the Court is not inclined to appoint a group of investors as Lead Plaintiff, we are each ready, willing and able to be considered and serve as sole Lead Plaintiff.

{00370201;2 }

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

6/21/2020

Executed on this __ day of June 2020.

DocuSigned by:

*Tony D. Pham*

5AB192320EB3414...

Tony D. Pham

{00370201;2 }

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

6/22/2020

Executed on this __ day of June 2020.

DocuSigned by:

B5ABBBF60B80496...

Kwan Sin Ng

{00370201;2 }

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this 22ⁿᵈ day of June 2020.

Michael Bens

{00370201;2 }

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this __ day of June 2020.

DocuSigned by:                                    6/21/2020 | 1:57 PM PDT

28FAEA0A9EF54BC...

Bhaderesh Shah

{00370201;2 }