# EXHIBIT A

**Motions**

[3:20-cv-02353-JD Drieu v. Zoom Video Communications, Inc. et al](#)

CONSOL

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered by Myers, Danielle on 6/8/2020 at 9:47 PM and filed on 6/8/2020

**Case Name:**     Drieu v. Zoom Video Communications, Inc. et al
**Case Number:**     [3:20-cv-02353-JD](#)
**Filer:**     Adam M. Butt
**Document Number:** [28](#)

**Docket Text:**
**MOTION to Appoint Lead Plaintiff and Lead Counsel *; Memorandum of Law in Support Thereof* filed by Adam M. Butt. Motion Hearing set for 7/16/2020 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Responses due by 6/22/2020. Replies due by 6/29/2020. (Attachments: # (1) Proposed Order)(Myers, Danielle) (Filed on 6/8/2020)**

**3:20-cv-02353-JD Notice has been electronically mailed to:**

Craig Edward TenBroeck     ctenbroeck@cooley.com, efiling-notice@ecf.pacerpro.com

Danielle Suzanne Myers     dmyers@rgrdlaw.com, dmyers@ecf.courtdrive.com, e_file_sd@rgrdlaw.com

Jenna C Bailey     jbailey@cooley.com, jcorrell@cooley.com

Jennifer Pafiti     jpafiti@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, disaacson@pomlaw.com, egoodman@pomlaw.com, jalieberman@pomlaw.com

Jeremy A. Lieberman     jalieberman@pomlaw.com, abarbosa@pomlaw.com, disaacson@pomlaw.com, lpvega@pomlaw.com, tcrockett@pomlaw.com

Jessica Valenzuela Santamaria     jsantamaria@cooley.com, galancr@cooley.com

Joseph Alexander Hood , II     ahood@pomlaw.com

Patrick Edward Gibbs     pgibbs@cooley.com, bgiovannoni@cooley.com

Reza John Harris     rjharris@cooley.com

**3:20-cv-02353-JD Please see [Local Rule 5-5](#); Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Brief.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=6/8/2020] [FileNumber=17022331-0]
[8651e4e165be69ecaa8d0b207b9f341217a74c1c8fe6c9f89deda1091e86f0538ca91
9127f20d9112b84fdb3d459ef1dcc0859a42db44847c026af421ed81318]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\Prop osed Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/8/2020] [FileNumber=17022331-1]
[0883fbab2390d84a679f4104263628086f6fefe6b9eeffd10878fa9ac65d7c62f3755
42d4c8a6a81d51355342558478dfd6d08b7f920db1e2e2b8679d1448e47]]