POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
and Proposed Co-Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE ZOOM SECURITIES LITIGATION. | Case No.: 20-cv-02353-JD |
|---|---|
| | REQUEST TO FILE STATEMENT OF RECENT DECISION IN FURTHER SUPPORT OF MOTION OF THE ZOOM INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL |
| | CLASS ACTION |
| | Judge:  Hon. James Donato<br>Courtroom:  11 – 19th Floor |

Lead Plaintiff Movant the Zoom Investor Group[1] hereby respectfully seeks leave, pursuant to Civil L.R. 7-3(d), to submit as new authority in further support of its motion for appointment as Lead Plaintiff and approval of Co-Lead Counsel (Dkt. No. 38) the recent decision in *In re Sinclair Broadcast Group, Inc. Sec. Litig.*, 1:18-cv-02445 (D. Md.) ("*Sinclair*"), Dkt. No. 75, entered on July 20, 2020.  A true and correct copy of the *Sinclair* decision is appended hereto as Exhibit A.

In *Sinclair*, the court denied a motion for reconsideration of its order dismissing securities fraud claims against the defendants based on 66 of the 68 statements alleged to be materially false and misleading by lead plaintiffs the City of Atlanta Police Pension Fund and the City of Atlanta Firefighters' Pension Fund (collectively, "Atlanta P&F").  The court's finding that all but two of the alleged misstatements were non-actionable truncated the class period in *Sinclair* significantly, to a 17-day period within which Atlanta P&F acknowledged that it had not purchased any of the securities at issue.  *Sinclair* at 19-20.  On this basis, the court found that Atlanta P&F "lacked standing to pursue the remaining claims" in the *Sinclair* action.  *Id.* at 20.  Noting that "***Atlanta P&F is currently the only plaintiff in the case*** and, by its own admission, is unaware of any parties that could prosecute the remaining claims[,]" the court ordered the remaining claims dismissed.  *Id.* at 21 (emphasis added).

The *Sinclair* decision highlights the risk to the putative Class of appointing a single Lead Plaintiff rather than a group of Co-Lead Plaintiffs in this Action.  The initial Complaint in this Action alleges multiple corrective disclosures, and the Zoom Investor Group's purchases of securities occurred at various times throughout the Class Period, both before and after these corrective disclosures.  Accordingly, even if the Court ultimately dismisses fraud claims with respect to certain of the alleged misstatements by the Defendants, the Zoom Investor Group's diverse membership makes it likely that at least one or more group members will continue to have standing to pursue the remaining claims on behalf of the putative Class.  Appointing Mr. Butt, by contrast, raises the risk of a *Sinclair*-like situation, in which the claims of the entire Class are

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meanings as set forth in the Zoom Investor Group's moving, opposition or reply briefs.  *See* Dkt. Nos. 38, 43, 49.

needlessly dismissed if the Court deems certain misstatements inactionable and the only Lead Plaintiff suddenly lacks standing as a result. In light of the Supreme Court's holding in *China Agritech, Inc. v. Resh*, 138 S. Ct. 1800 (2018), that the principle of equitable tolling does not extend to successively-filed class actions, such an outcome would wholly preclude recovery by Zoom investors defrauded within the Class Period. The Zoom Investor Group respectfully submits that its appointment as Lead Plaintiff mitigates this risk.

The Zoom Investor Group respectfully requests that the Court deem the foregoing submission filed as a statement of recent decision in support of its motion.

Dated:  July 23, 2020                    Respectfully submitted,


POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
(admitted *pro hac vice*)
J. Alexander Hood II
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*and Proposed Co-Lead Counsel for the Class*

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

2
REQUEST TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION - 20-cv-02353-JD

lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Movant*
*and Proposed Co-Lead Counsel for the Class*

REQUEST TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION - 20-cv-02353-JD

## **PROOF OF SERVICE**

I hereby certify that on July 23, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

4
REQUEST TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION - 20-cv-02353-JD