POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*and Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ZOOM SECURITIES LITIGATION. | Case No.: 20-cv-02353-JD <br><br> DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE ZOOM INVESTOR GROUP FOR LEAVE OF COURT TO FILE MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL (DKT. NO. 56) <br><br> CLASS ACTION <br><br> Judge:  Hon. James Donato <br> Courtroom:  11 – 19th Floor |

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Michael Bens, Bhadresh Shah, Kwan Sin Ng, and Tony D. Pham (collectively, the "Zoom Investor Group" or "Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Zoom Investor Group's motion for leave of Court to file a motion seeking reconsideration of this Court's Order appointing Lead Plaintiff and Approving Lead Counsel in the above-referenced Action (Dkt. No. 56).

2.    Attached hereto as the exhibits indicated are true and correct copies of the settlement plans of allocation in the following actions:

- Exhibit 1:  *Lazan v. Quantum Corporation et al.*, 3:18-cv-00923-RS (N.D. Cal. Feb 13, 2018);

- Exhibit 2:  *In re RH, Inc. Securities Litigation*, 4:17-cv-00554-YGR (N.D. Cal. Feb. 2, 2017);

- Exhibit 3:  *In re: SanDisk LLC Securities Litigation*, 3:15-cv-01455-VC (N.D. Cal. Mar. 30, 2015);

- Exhibit 4:  *In re Extreme Networks, Inc. Securities Litigation*, 5:15-cv-04883-BLF (N.D. Cal. Oct. 23, 2015);

- Exhibit 5:  *In re K12 Inc. Securities Litigation*, 4:16-cv-04069-PJH (N.D. Cal. Jul. 20, 2016);

- Exhibit 6:  *Cooper v. Thoratec Corporation et al.*, 4:14-cv-00360-CW (N.D. Cal. Jan. 24, 2014);

- Exhibit 7:  *Rabkin v. Lion Biotechnologies, Inc. et al.*, 3:17-cv-02086-SI (N.D. Cal. Apr. 14, 2017);

- Exhibit 8:  *In re Sunrun Inc. Securities Litigation*, 3:17-cv-02537-VC (N.D. Cal. May 3, 2017);

- Exhibit 9:  *Banerjee, et al v. Avinger, Inc. et al.*, 4:17-cv-03400-CW (N.D. Cal. June 12, 2017);

1

- Exhibit 10: *Hefler et al. v. Wells Fargo & Company et al.*, 4:16-cv-05479-JST (N.D. Cal. Sept. 26, 2016);

- Exhibit 11: *In Re: LeapFrog Enterprise, Inc. Securities Litigation*, 3:15-cv-00347-EMC (N.D. Cal. Jan. 23, 2015);

- Exhibit 12: *In Re Yahoo! Inc. Securities Litigation*, 5:17-cv-00373-LHK (N.D. Cal. Jan. 24, 2017);

- Exhibit 13: *In re LendingClub Securities Litigation*, 3:16-cv-02627-WHA (N.D. Cal. May 16, 2016);

- Exhibit 14: *Robb v. Fitbit Inc. et al.*, 3:16-cv-00151-SI (N.D. Cal. Jan. 11, 2016);

- Exhibit 15: *Shankar v. Imperva, Inc. et al.*, 4:14-cv-01680-PJH (N.D. Cal. Apr. 11, 2014);

- Exhibit 16: *Luna et al. v. Marvell Technology Group, Ltd. et al.*, 3:15-cv-05447-WHA (N.D. Cal. Nov. 27, 2015);

- Exhibit 17: *Hatamian et al. v. Advanced Micro Devices, Inc. et al.*, 4:14-cv-00226-YGR (N.D. Cal. Jan. 15, 2014);

- Exhibit 18: *In re Ubiquiti Networks, Inc. Securities Litigation*, 4:12-cv-04677-YGR (N.D. Cal. Sept. 7, 2012);

- Exhibit 19: *In re Rocket Fuel, Inc. Securities Litigation*, 4:14-cv-03998-PJH (N.D. Cal. Sept. 3, 2014);

- Exhibit 20: *Linus Aruliah v. Impax Laboratories, Inc. et al.*, 3:14-cv-03673-JD (N.D. Cal. Aug. 13, 2014);

- Exhibit 21: *Thomas v. Magnachip Semiconductor Corp. et al.*, 3:14-cv-01160-JST (N.D. Cal. Mar. 12, 2014);

- Exhibit 22: *Brado v. Vocera Communications Inc et al.*, 3:13-cv-03567-EMC (N.D. Cal. Aug. 1, 2013);

- Exhibit 23: *In re Violin Memory Inc. Securities Litigation*, 4:13-cv-05486-YGR (N.D. Cal. Nov. 26, 2013);

- Exhibit 24: *In re Celera Corporation Securities Litigation*, 5:10-cv-02604-EJD (N.D. Cal. June 17, 2010);

- Exhibit 25: *In re HP Securities Litigation*, 3:12-cv-05980-CRB (N.D. Cal. Nov. 26, 2012);

DECLARATION IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL - 20-cv-02353-JD

- Exhibit 26:  *In Re Ecotality, Inc. Securities Litigation*, 3:13-cv-03791-SC (N.D. Cal. Aug. 15, 2013);

- Exhibit 27:  *Mulligan v. Impax Laboratories, Inc., et al.*, 3:13-cv-01037-EMC (N.D. Cal. Mar. 7, 2013);

- Exhibit 28:  *In re OmniVision Technologies, Inc. Securities Litigation*, 5:11-cv-05235-RMW (N.D. Cal. Oct. 26, 2011);

- Exhibit 29:  *Westley et al. v. Oclaro, Inc. et al.*, 3:11-cv-02448-EMC (N.D. Cal. May 19, 2011);

- Exhibit 30:  *Curry v. Hansen Medical, Inc. et al.*, 4:09-cv-05094-CW (N.D. Cal. Oct. 23, 2009);

- Exhibit 31:  *In re Cadence Design Systems, Inc. Securities Litigation*, 3:08-cv-04966 (N.D. Cal. Oct. 29, 2008);

- Exhibit 32:  *City of Ann Arbor Employees' Retirement System v. Accuray Incorporated et al.*, 4:09-cv-03362-CW (N.D. Cal. July 22, 2009); and

- Exhibit 33:  *Hodges v. Akeena Solar, Inc. et al.*, 5:09-cv-02147-JW (N.D. Cal. May 18, 2009).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 18, 2020, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL - 20-cv-02353-JD

PROOF OF SERVICE

I hereby certify that on November 18, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL - 20-cv-02353-JD