# EXHIBIT 3

Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102-3489, on weekdays (other than court holidays) between 9:00 a.m. and 4:00 p.m.  Subscribers to PACER, a fee-based service, can also view the papers filed publicly in the Action through the Court's on-line Case Management/Electronic Case Files System at https://www.pacer.gov.

**Please do not Call the Court with Questions about the Settlement.**

**PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND**

The Plan of Allocation set forth below is the plan for distributing the proceeds of the Settlement among eligible Class Members that is being proposed by Class Representatives and their counsel to the Court for approval. The Court may approve this Plan of Allocation or modify it without additional notice to the Class. Any order modifying the Plan of Allocation will be posted on the Settlement website at: www.SanDiskSecuritiesLitigation.com.

The $50 million Settlement Amount and any interest earned thereon is the "Settlement Fund." The Settlement Fund, less all Taxes, approved costs, fees and expenses (the "Net Settlement Fund") will be distributed to members of the Class who submit valid Claim Forms that are accepted for payment, in accordance with the Plan of Allocation approved by the Court ("Authorized Claimants").

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's "Recognized Claim." The calculations made pursuant to the Plan of Allocation are not intended to estimate the amount a Class Member might have been able to recover after a trial; nor are they to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The calculations pursuant to the Plan are a method to weigh the claims of Authorized Claimants against one another for the purpose of making *pro rata* allocations of the Net Settlement Fund.

The objective of this Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants who suffered economic losses as a result of the alleged violations of the federal securities laws during the Class Period (October 16, 2014 through April 15, 2015). To design this Plan, Class Counsel has conferred with their damages expert. This Plan is intended

to be generally consistent with an assessment of, among other things, the damages that Class Counsel and Class Representatives believe were recoverable in the Action. The Plan of Allocation, however, is not a formal damages analysis.

For losses to be compensable damages under the federal securities laws, the disclosure of the allegedly misrepresented information must be the cause of the decline in the price of the securities at issue. In this case, Class Representatives allege that Defendants issued false statements and omitted material facts during the Class Period, which artificially inflated the price of SanDisk common stock. It is alleged that corrective information released to the market on March 26, 2015 (prior to market open and continuing through March 27, 2015) and April 15, 2015 (after market close) impacted the market price of SanDisk common stock in a statistically significant manner and removed portions of the alleged artificial inflation from SanDisk common stock on March 26-27, 2015 and April 16, 2015. Accordingly, in order to have a compensable loss in this Settlement, SanDisk common stock must have been purchased or otherwise acquired during the Class Period and held through at least one of the alleged corrective disclosures listed above.

**CALCULATION OF RECOGNIZED LOSS AND RECOGNIZED GAIN AMOUNTS**

For purposes of determining whether a Claimant has a "Recognized Claim," purchases, acquisitions, and sales of SanDisk common stock will first be matched on a First In/First Out ("FIFO") basis. Class Period sales will be matched first against any holdings at the beginning of the Class Period and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Class Period.

A "Recognized Loss Amount" will be calculated as set forth for each purchase of SanDisk common stock during the Class Period from October 16, 2014 through April 15, 2015 that is listed in the Claim Form and for which adequate documentation is provided. To the extent that the calculation of a Claimant's Recognized Loss Amount results in a negative number, that number shall be set to zero.

For each share of SanDisk common stock purchased or otherwise acquired during the Class Period and sold before the close of trading on July 14, 2015, an "Out of Pocket Loss" will be calculated. Out of Pocket Loss is defined as the purchase price (without regard to any fees, taxes, commissions or other costs) minus the sale price (without regard to any fees, taxes, commissions or other costs). To the extent that the calculation of the Out of Pocket Loss results in a negative number, that number shall be set to zero.

**For each share of SanDisk common stock purchased or acquired at any point from October 16, 2014 through and including April 15, 2015 and**:

A. Sold before the opening of trading on March 26, 2015, the Recognized Loss Amount for each such share shall be zero.

B. Sold after the opening of trading on March 26, 2015, and before the close of trading on April 15, 2015, the Recognized Loss Amount for each such share shall be *the lesser of*:

1. the dollar artificial inflation applicable to each such share on the date of purchase/acquisition as set forth in **Table 1** below *minus* the dollar artificial inflation applicable to each such share on the date of sale as set forth in **Table 1** below; or

2. the Out of Pocket Loss.

C. Sold after the close of trading on April 15, 2015, and before the close of trading on July 14, 2015, the Recognized Loss Amount for each such share shall be *the least of*:

1. the dollar artificial inflation applicable to each such share on the date of purchase/acquisition as set forth in **Table 1** below; or

2. the actual purchase/acquisition price of each such share *minus* the average closing price from April 16, 2015, up to the date of sale as set forth in **Table 2** below; or

3. the Out of Pocket Loss.

D. Held as of the close of trading on July 14, 2015, the Recognized Loss Amount for each such share shall be *the lesser of*:

1. the dollar artificial inflation applicable to each such share on the date of purchase/acquisition as set forth in **Table 1** below; or

2. the actual purchase/acquisition price of each such share *minus* $64.90.[4]

**For shares of SanDisk common stock held as of the close of trading on October 15, 2014 and sold during the Class Period, a Recognized Gain Amount will be calculated as follows:**

Shares of SanDisk common stock held as of the close of trading on October 15, 2014 and sold during the Class Period were sold at artificially inflated prices. For each share of SanDisk common stock held as of the close of trading on October 15, 2014 and sold at any point from October 16, 2014 through and including April 15, 2015, a Recognized Gain Amount will be calculated by multiplying the number of shares held as of the close of trading on October 15, 2014 by the amount of artificial inflation per share on the date of sale as set forth in **Table 1**.

### TABLE 1

**SanDisk Common Stock Artificial Inflation
For Purposes of Calculating Purchase and Sale Inflation**

| Transaction Date | Artificial Inflation Per Share |
|---|---|
| October 16, 2014 – March 25, 2015 | $9.04 |
| March 26, 2015 | $2.26 |
| March 27, 2015 – April 15, 2015 | $1.35 |

---

[4] Pursuant to Section 21D(e)(1) of the Exchange Act, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." Consistent with the requirements of the Exchange Act, Recognized Loss Amounts are reduced to an appropriate extent by taking into account the closing prices of SanDisk common stock during the "90-day look-back period," April 16, 2015 through July 14, 2015. The mean (average) closing price for SanDisk common stock during this 90-day look-back period was $64.90.

**TABLE 2**

**SanDisk Common Stock Closing Price and Average Closing Price**
**April 16, 2015 – July 14, 2015**

| Date | Closing Price | Average Closing Price between April 16, 2015 and Date Shown | Date | Closing Price | Average Closing Price between April 16, 2015 and Date Shown |
|---|---|---|---|---|---|
| 4/16/2015 | $67.91 | $67.91 | 6/1/2015 | $68.23 | $67.60 |
| 4/17/2015 | $67.01 | $67.46 | 6/2/2015 | $67.07 | $67.59 |
| 4/20/2015 | $66.87 | $67.26 | 6/3/2015 | $67.51 | $67.59 |
| 4/21/2015 | $67.92 | $67.43 | 6/4/2015 | $67.10 | $67.57 |
| 4/22/2015 | $68.48 | $67.64 | 6/5/2015 | $68.67 | $67.60 |
| 4/23/2015 | $68.76 | $67.82 | 6/8/2015 | $67.51 | $67.60 |
| 4/24/2015 | $67.92 | $67.84 | 6/9/2015 | $66.81 | $67.58 |
| 4/27/2015 | $67.67 | $67.82 | 6/10/2015 | $67.26 | $67.57 |
| 4/28/2015 | $68.69 | $67.91 | 6/11/2015 | $66.66 | $67.55 |
| 4/29/2015 | $67.84 | $67.91 | 6/12/2015 | $66.10 | $67.51 |
| 4/30/2015 | $66.94 | $67.82 | 6/15/2015 | $64.18 | $67.43 |
| 5/1/2015 | $68.47 | $67.87 | 6/16/2015 | $64.52 | $67.37 |
| 5/4/2015 | $67.51 | $67.84 | 6/17/2015 | $64.73 | $67.31 |
| 5/5/2015 | $66.97 | $67.78 | 6/18/2015 | $65.21 | $67.26 |
| 5/6/2015 | $66.64 | $67.71 | 6/19/2015 | $63.92 | $67.19 |
| 5/7/2015 | $66.59 | $67.64 | 6/22/2015 | $65.48 | $67.15 |
| 5/8/2015 | $67.73 | $67.64 | 6/23/2015 | $65.09 | $67.11 |
| 5/11/2015 | $67.77 | $67.65 | 6/24/2015 | $63.79 | $67.04 |
| 5/12/2015 | $66.67 | $67.60 | 6/25/2015 | $63.35 | $66.97 |
| 5/13/2015 | $67.20 | $67.58 | 6/26/2015 | $62.12 | $66.87 |
| 5/14/2015 | $67.00 | $67.55 | 6/29/2015 | $60.19 | $66.74 |
| 5/15/2015 | $67.19 | $67.53 | 6/30/2015 | $58.22 | $66.58 |
| 5/18/2015 | $67.50 | $67.53 | 7/1/2015 | $56.41 | $66.39 |
| 5/19/2015 | $67.33 | $67.52 | 7/2/2015 | $56.36 | $66.21 |

| Date | Closing Price | Average Closing Price between April 16, 2015 and Date Shown | Date | Closing Price | Average Closing Price between April 16, 2015 and Date Shown |
|------|------|------|------|------|------|
| 5/20/2015 | $67.08 | $67.51 | 7/6/2015 | $55.48 | $66.02 |
| 5/21/2015 | $67.02 | $67.49 | 7/7/2015 | $55.89 | $65.84 |
| 5/22/2015 | $67.08 | $67.47 | 7/8/2015 | $54.15 | $65.64 |
| 5/26/2015 | $66.39 | $67.43 | 7/9/2015 | $53.81 | $65.44 |
| 5/27/2015 | $69.01 | $67.49 | 7/10/2015 | $53.53 | $65.24 |
| 5/28/2015 | $69.59 | $67.56 | 7/13/2015 | $53.65 | $65.05 |
| 5/29/2015 | $68.38 | $67.58 | 7/14/2015 | $55.45 | $64.90 |

## ADDITIONAL PROVISIONS

Purchases or acquisitions and sales of SanDisk common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of SanDisk common stock during the Class Period shall not be deemed a purchase, acquisition, or sale of these shares of SanDisk common stock for the calculation of an Authorized Claimant's Recognized Claim, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition of such shares of such SanDisk common stock unless (i) the donor or decedent purchased or otherwise acquired such shares of SanDisk common stock during the Class Period; (ii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such shares of SanDisk common stock; and (iii) it is specifically so provided in the instrument of gift or assignment.

In accordance with the Plan of Allocation, the Recognized Loss Amount on any portion of a purchase or acquisition that matches against (or "covers") a "short sale" is zero. The Recognized Loss Amount on a "short sale" that is not covered by a purchase or acquisition is also zero.

In the event that a Claimant has an opening short position in SanDisk common stock at the start of the Class Period, the earliest Class Period purchases or acquisitions shall be matched