# EXHIBIT 8

of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Persons, and shall be permanently barred from instituting, commencing, or prosecuting any such Released Claim against the Released Persons except to enforce the releases and other terms and conditions contained in the Stipulation or the Judgment entered pursuant thereto.

## GETTING MORE INFORMATION

**26.     How do I get more information about the proposed settlement?**

This Notice contains only a summary of the terms of the proposed settlement and does not describe all of the details of the Stipulation.  For the precise terms and conditions of the settlement, please see the Stipulation available at www.sunrunsecuritiesclassaction.com, by contacting Lead Counsel at (212) 661-1100, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, Box 36060, San Francisco, California 94102-3489, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.  **DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.**

If you have any questions about the settlement of the Litigation, you may contact Lead Counsel by writing to:

Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, Floor 20
New York, New York 10016

### SPECIAL NOTICE TO NOMINEES

Nominees who purchased or otherwise acquired the securities of Sunrun for the beneficial interest of other Persons during the Class Period shall, within ten (10) calendar days after receipt of this Notice: (1) provide the Claims Administrator with the names and addresses of such beneficial owners or (2) forward a copy of this Notice and the Proof of Claim and Release by First-Class Mail to each such beneficial owner, and provide Lead Counsel with written confirmation that the Notice and Proof of Claim and Release have been so forwarded.  Upon submission of appropriate documentation, Lead Counsel will reimburse your reasonable costs and expenses of complying with this provision. Additional copies of this Notice may be obtained from the Claims Administrator by writing to:

Sunrun Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
P.O. Box 230
Media, PA 19063
Tel: (866) 274-4004
Fax: (610) 565-7985
info@strategicclaims.net

### PROPOSED PLAN OF ALLOCATION

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality

NOTICE OF PENDENCY AND PROPOSED
SETTLEMENT OF CLASS ACTION                 13

of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the settlement website, www.sunrunsecuritiesclassaction.com.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount of what a Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

### THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

**(I)** **Recognized Loss for the Company's common shares purchased or otherwise acquired during the Class Period will be calculated as follows:**

(A) For common shares purchased during the Class Period <u>and sold during the Class Period</u>, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

(B) For common shares purchased during the Class Period <u>and retained as of the close of trading on August 19, 2017</u>, the Recognized Loss will be the *lesser* of:

(1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus $6.46^2$ per share.

(C)     For common shares purchased or otherwise acquired during the Class Period and sold during the period May 22, 2017 through August 19, 2017, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing stock price as of date of sale provided in Table B below.

| INFLATION TABLE A | |
| :-- | :-- |
| Sunrun Common Shares Purchased During the Class Period | |
| **Period** | **Inflation** |
| September 16, 2015 to March 10, 2016, inclusive | $1.71 per share |
| March 11, 2016 to May 2, 2017, inclusive | $.78 per share |
| May 3, 2017 to May 21, 2017, inclusive | $.19 per share |

Table B

| Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price |
| :--: | :--: | :--: | :--: | :--: | :--: |
| 5/22/2017 | $4.90 | $4.90 | 7/7/2017 | $6.79 | $5.85 |
| 5/23/2017 | $4.89 | $4.90 | 7/10/2017 | $6.89 | $5.88 |
| 5/24/2017 | $4.92 | $4.90 | 7/11/2017 | $6.87 | $5.91 |
| 5/25/2017 | $4.91 | $4.91 | 7/12/2017 | $7.06 | $5.94 |
| 5/26/2017 | $4.94 | $4.91 | 7/13/2017 | $6.99 | $5.97 |
| 5/30/2017 | $5.02 | $4.93 | 7/14/2017 | $7.07 | $6.00 |
| 5/31/2017 | $5.04 | $4.95 | 7/17/2017 | $7.01 | $6.03 |
| 6/1/2017 | $5.13 | $4.97 | 7/18/2017 | $7.14 | $6.05 |
| 6/2/2017 | $5.12 | $4.99 | 7/19/2017 | $7.27 | $6.08 |
| 6/5/2017 | $5.00 | $4.99 | 7/20/2017 | $7.25 | $6.11 |
| 6/6/2017 | $5.02 | $4.99 | 7/21/2017 | $7.29 | $6.14 |
| 6/7/2017 | $4.93 | $4.99 | 7/24/2017 | $7.56 | $6.17 |
| 6/8/2017 | $5.34 | $5.01 | 7/25/2017 | $7.35 | $6.20 |
| 6/9/2017 | $5.41 | $5.04 | 7/26/2017 | $7.30 | $6.22 |
| 6/12/2017 | $5.44 | $5.07 | 7/27/2017 | $7.37 | $6.25 |
| 6/13/2017 | $5.48 | $5.09 | 7/28/2017 | $7.48 | $6.27 |
| 6/14/2017 | $5.49 | $5.12 | 7/31/2017 | $7.53 | $6.30 |
| 6/15/2017 | $5.52 | $5.14 | 8/1/2017 | $7.44 | $6.32 |
| 6/16/2017 | $5.74 | $5.17 | 8/2/2017 | $7.19 | $6.34 |

---

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $6.46 per share was the mean (average) daily closing trading price of the Company's common shares during the 90-day period beginning on May 22, 2017 and ending on August 19, 2017.

NOTICE OF PENDENCY AND PROPOSED
SETTLEMENT OF CLASS ACTION            15

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/19/2017 | $5.85 | $5.20 | | 8/3/2017 | $7.24 | $6.36 |
| 6/20/2017 | $6.36 | $5.26 | | 8/4/2017 | $7.27 | $6.37 |
| 6/21/2017 | $6.52 | $5.32 | | 8/7/2017 | $7.42 | $6.39 |
| 6/22/2017 | $6.65 | $5.37 | | 8/8/2017 | $7.05 | $6.40 |
| 6/23/2017 | $6.75 | $5.43 | | 8/9/2017 | $6.84 | $6.41 |
| 6/26/2017 | $6.83 | $5.49 | | 8/10/2017 | $6.69 | $6.42 |
| 6/27/2017 | $6.89 | $5.54 | | 8/11/2017 | $6.82 | $6.42 |
| 6/28/2017 | $7.10 | $5.60 | | 8/14/2017 | $6.96 | $6.43 |
| 6/29/2017 | $7.27 | $5.66 | | 8/15/2017 | $6.94 | $6.44 |
| 6/30/2017 | $7.12 | $5.71 | | 8/16/2017 | $6.84 | $6.45 |
| 7/3/2017 | $7.24 | $5.76 | | 8/17/2017 | $6.65 | $6.45 |
| 7/5/2017 | $6.80 | $5.79 | | 8/18/2017 | $6.85 | $6.46 |
| 7/6/2017 | $6.75 | $5.82 | | 8/19/2017 | $6.85 | $6.46 |

To the extent a claimant had a trading gain or "broke even" from his, her or its overall transactions in the Company's shares during the Class Period, the value of the Recognized Loss will be zero and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on his, her or its overall transactions in the Company's common shares during the Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim enclosed with this Notice, you must provide all of your purchases and acquisitions of the Company common shares during the period September 16, 2015 through and including August 19, 2017.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Lead Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim and Release. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

The Court has reserved jurisdiction to allow, disallow, or adjust the claim of any Class Member on equitable grounds.

NOTICE OF PENDENCY AND PROPOSED
SETTLEMENT OF CLASS ACTION                16

Defendants, their respective counsel, and all other Released Persons will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. No Person shall have any claim against the Lead Plaintiffs, Lead Counsel, the Claims Administrator, or other Person designated by Lead Counsel, or Defendants or Defendants' counsel, based on distributions made substantially in accordance with the Stipulation and the settlement contained therein, the Plan of Allocation, or further orders of the Court. All Class Members who fail to complete and file a valid and timely Proof of Claim and Release shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Stipulation, including the terms of any judgment entered and the releases given.

DATED: _____     BY ORDER OF THE COURT
                                    UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
                                    SAN FRANCISCO DIVISION