# EXHIBIT 10

48. Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked on or before _____, 2018 shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 36 above) against the Defendants' Releasees (as defined in ¶ 37 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

49. Participants in and beneficiaries of a Wells Fargo employee benefit plan covered by ERISA ("Wells Fargo ERISA Plan") should NOT include any information relating to their transactions in Wells Fargo common stock held through the Wells Fargo ERISA Plan in any Claim Form that they may submit in this Action. They should include ONLY those shares or notes that they purchased outside of the Plan. For Claims based on any Wells Fargo ERISA Plan's purchases of Wells Fargo common stock during the Settlement Class Period, a determination about whether to participate in the Settlement will be made by a Plan fiduciary and, if that Plan fiduciary determines to participate in the Settlement, it will submit such Claims. To the extent that any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the Wells Fargo ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the Plan.

50. The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

51. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

52. Only Settlement Class Members or persons authorized to submit a claim on their behalf will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.

## PROPOSED PLAN OF ALLOCATION

53. The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund to those Settlement Class Members who suffered economic losses as a result of the alleged violations of the federal securities laws set forth in the Complaint. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

54. In developing the Plan of Allocation, Lead Plaintiff's damages expert calculated the estimated amount of artificial inflation in the per-share closing price of Wells Fargo common

14

stock which allegedly was proximately caused by Defendants' alleged false and misleading statements and material omissions.

55.   In calculating the estimated artificial inflation allegedly caused by Defendants' alleged misrepresentations and omissions, Lead Plaintiff's damages expert considered price changes in Wells Fargo common stock in reaction to certain public announcements allegedly revealing the truth concerning Defendants' alleged misrepresentations and material omissions, adjusting for price changes that were attributable to market or industry forces.   The estimated artificial inflation per share of Wells Fargo common stock is stated in Table A at the end of this Notice.

56.   In order to have recoverable damages, the disclosure of the allegedly misrepresented information must be the cause of the decline in the price of Wells Fargo common stock.   In this case, Lead Plaintiff alleges that Defendants made false statements and omitted material facts during the period between February 26, 2014 and September 20, 2016, inclusive, which had the effect of artificially inflating the price of Wells Fargo common stock.   Lead Plaintiff further alleges that corrective information was released to the market on September 8, 2016, September 13, 2016, September 14, 2016, and September 20 and 21, 2016, which partially removed the artificial inflation from the price of Wells Fargo common stock, and caused material stock price declines on:   September 9-12, 2016, September 13, 2016, September 15, 2016, and September 21, 2016.

57.   Recognized Loss Amounts are based primarily on the difference in the amount of alleged artificial inflation in the prices of Wells Fargo common stock at the time of purchase and at the time of sale or the difference between the actual purchase price and sale price.   In order to have a Recognized Loss Amount under the Plan of Allocation, a Settlement Class Member who or which purchased Wells Fargo common stock prior to the first corrective disclosure, which occurred on September 8, 2016, must have held his, her or its shares of Wells Fargo common stock until at least September 9, 2016.   A Settlement Class Member who purchased Wells Fargo common stock from September 9, 2016 through and including the end of the day on September 20, 2016, must have held those shares through at least one of the later dates where new corrective information was released to the market and partially removed the artificial inflation from the price of Wells Fargo common stock.

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

58.   Based on the formula stated below, a "Recognized Loss Amount" will be calculated for each purchase of Wells Fargo common stock during the Class Period that is listed on the Claim Form and for which adequate documentation is provided.   If a Recognized Loss Amount calculates to a negative number or zero under the formula below, that number will be zero.

59.   For each share of Wells Fargo common stock purchased during the Class Period (*i.e.*, during the period from February 26, 2014 through and including the close of trading on September 20, 2016), and:

   (a)   Sold before September 9, 2016, the Recognized Loss Amount will be $0.00;

   (b)   Sold from September 9, 2016 through and including September 20, 2016, the Recognized Loss Amount will be *the lesser of*: (i) the amount of artificial inflation per share on the date of purchase as stated in Table A *minus* the amount of artificial inflation per share on the date of sale as stated in Table A; or (ii) the

15

purchase price *minus* the sale price.

(c)     Sold from September 21, 2016 through and including the close of trading on December 19, 2016, the Recognized Loss Amount will be *the least of*: (i) the amount of artificial inflation per share on the date of purchase as stated in Table A; (ii) the purchase price *minus* the average closing price between September 21, 2016 and the date of sale as stated in Table B below; or (iii) the purchase price *minus* the sale price.

(d)     Held as of the close of trading on December 19, 2016, the Recognized Loss Amount will be *the lesser of*: (i) the amount of artificial inflation per share on the date of purchase as stated in Table A; or (ii) the purchase price *minus* $48.96.[5]

## ADDITIONAL PROVISIONS

60.     **Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" will be the sum of his, her or its Recognized Loss Amounts as calculated above with respect to Wells Fargo common stock.

61.     **FIFO Matching:** If a Settlement Class Member made more than one purchase or sale of Wells Fargo common stock during the relevant period, all purchases and sales will be matched on a First In, First Out ("FIFO") basis. Sales will be matched first against any holdings at the beginning of the Class Period, and then against purchases in chronological order, beginning with the earliest purchase made during the Class Period.

62.     **"Purchase/Sale" Dates:** Purchases and sales of Wells Fargo common stock will be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. "Purchases" eligible under the Settlement and this Plan of Allocation include all purchases or other acquisitions of Wells Fargo common stock in exchange for value and are not limited to purchases made on or through a stock exchange, as long as the purchase is adequately documented. However, the receipt or grant by gift, inheritance, or operation of law of Wells Fargo common stock during the Class Period shall not be deemed a purchase or sale of Wells Fargo common stock for the calculation of a Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/sale of Wells Fargo common stock unless (i) the donor or decedent purchased the shares during the Class Period; (ii) the instrument of gift or assignment specifically provides that it is intended to

---

[5] Pursuant to Section 21D(e)(1) of the Exchange Act, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." Consistent with the requirements of the Exchange Act, Recognized Loss Amounts are reduced to an appropriate extent by taking into account the closing prices of Wells Fargo common stock during the "90-day look-back period," September 21, 2016 through and including December 19, 2016. The mean (average) closing price for Wells Fargo common stock during this period was $48.96.