# EXHIBIT 11

*LeapFrog Enterprises Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box _____
Louisville, KY  40233-4041

**PLAN OF ALLOCATION OF NET SETTLEMENT FUND**

The Net Settlement Fund will be distributed to Settlement Class Members who, in accordance with the terms of the Stipulation, are entitled to a distribution from the Net Settlement Fund pursuant to any Plan of Allocation or any order of the Court and who submit a valid and timely Proof of Claim under the Plan of Allocation described below.  The Plan of Allocation provides that you will be eligible to participate in the distribution of the Net Settlement Fund only if you have an overall net loss on all of your transactions in LeapFrog common stock during the Class Period.

For purposes of determining the amount an Authorized Claimant may recover under the Plan of Allocation, Lead Counsel has conferred with its damages expert and developed a Plan of Allocation that divides the settlement proceeds equitably among Settlement Class Members.  The calculation of claims below is not an estimate of the amount you will receive.  It is a formula for allocating the Net Settlement Fund among all Authorized Claimants.  In order to have a claim under the Plan of Allocation, shares of LeapFrog common stock must have been purchased or otherwise acquired during the Class Period and held through at least one of the corrective disclosures.  Shares purchased prior to May 5, 2014 or after June 11, 2015 have no claim under the Plan of Allocation.

In the unlikely event there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's claim, as defined below.  If, however, and as is more likely, the amount in the Net Settlement Fund is not sufficient to permit payment of the total claim of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's claim bears to the total of the claims of all Authorized Claimants.  Payment in this manner shall be deemed conclusive against all Authorized Claimants.

The allocation below is based on the following Inflation Amounts[2] for Class Period common stock purchases and sales as well as the statutory Private Securities Litigation Reform Act of 1995 ("PSLRA") 90 day-look back price of $1.16.[3]  Furthermore, if any of the formulas set forth below yield an amount less than $0.00 the claim per share is $0.00.

---

[2]   The Inflation Amounts which are listed in Table A are based on the May 18, 2015, June 12, 2015, and June 15, 2015 price declines in LeapFrog common stock that Lead Plaintiff alleges resulted from LeapFrog's correction of earlier false and misleading statements.  Market adjusted dollar declines of $0.11, $0.52, and $0.06 were used for the May 18, 2015 price decline, the June 12, 2015 price decline, and the June 15, 2015 price decline, respectively.  For the time period of May 5, 2014 through January 22, 2015, the combined market adjusted price declines of $0.69 (equal to the sum of the declines of $0.11, $0.52, and $0.06) were reduced by approximately 90% to $0.07 (equal to approximately 90% of the sum of $0.11, $0.52, and $0.06), or $0.01, $0.05, and $0.01, because the Court did not uphold claims related to that time period, as reflected in the Court's August 2, 2016 Order Granting Defendants' Motion to Dismiss (ECF No. 88) and its February 24, 2017 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (ECF No. 117).  As a result, the $0.69 inflation amount for the time period January 23, 2015 through May 17, 2015 listed in Table A reflects the full combined inflation amounts for the market adjusted price declines on May 18, 2015 ($0.11), June 12, 2015 ($0.52) and on June 15, 2015 ($0.06).

[3]   Pursuant to Section 21(D)(e)(1) of the PSLRA, "in any private action arising under this chapter in which the plaintiff seeks to establish damages by reference to the market price of a security, the

A "Claim" will be calculated as follows:

1.      For shares of LeapFrog common stock *purchased or acquired on or between May 5, 2014 through and including January 22, 2015*, the claim per share shall be as follows:

(a)      If sold prior to May 18, 2015, the claim per share is \$0.00.

(b)      If sold on or after May 18, 2015, but prior to June 12, 2015, the claim per share shall be the lesser of (i) \$0.01 (*see* Table A); and (ii) the difference between the purchase price and the selling price.

(c)      If sold on June 12, 2015, the claim per share shall be the lesser of (i) \$0.06 (*see* Table A); and (ii) the difference between the purchase price and the selling price.

(d)      If retained at the end of June 12, 2015 and sold prior to, or, on September 11, 2015, the claim per share shall be the lesser of (i) \$0.07 (*see* Table A); (ii) the difference between the purchase price and the selling price; and (iii) the difference between the purchase price per share and the average closing price per share up to the date of sale as set forth in Table B below.

(e)      If retained at the close of trading on September 11, 2015, or sold thereafter, the claim per share shall be the lesser of (i) \$0.07 (*see* Table A); and (ii) the difference between the purchase price per share and \$1.16 per share.

2.      For shares of LeapFrog common stock *purchased or acquired on or between January 23, 2015 through and including June 11, 2015*, the claim per share shall be as follows:

(a)      If sold prior to May 18, 2015, the claim per share is \$0.00.

(b)      If sold on or after May 18, 2015, but prior to June 12, 2015, the claim per share shall be the lesser of (i) \$0.11 (*see* Table A); and (ii) the difference between the purchase price and the selling price.

(c)      If sold on June 12, 2015, the claim per share shall be the lesser of (i) \$0.63 (*see* Table A); and (ii) the difference between the purchase price and the selling price.

---

award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."  15 U.S.C. §78u-4(e)(1). \$1.16 was the mean (average) daily closing trading price of LeapFrog common stock during the 90-day period beginning on June 15, 2015 and ending on September 11, 2015.

(d)     If retained at the end of June 12, 2015 and sold prior to, or, on September 11, 2015, the claim per share shall be the lesser of (i) $0.69 (*see* Table A); (ii) the difference between the purchase price and the selling price; and (iii) the difference between the purchase price per share and the average closing price per share up to the date of sale as set forth in Table B below.

(e)     If retained at the close of trading on September 11, 2015, or sold thereafter, the claim per share shall be the lesser of (i) $0.69 (*see* Table A); and (ii) the difference between the purchase price per share and $1.16 per share.

**TABLE A**
Inflation Amounts and Calculation of Claim
by Date of Purchase and Date of Sale

| | Date of Sale | | | |
| Purchase Date | 5/5/2014 through 5/17/2015 | 5/18/2015 through 6/11/2015 | 6/12/2015 | Retained Beyond 6/15/2015 |
|---|---|---|---|---|
| 5/5/2014 through 1/22/2015 | $0.00 | $0.01 | $0.06 | $0.07 |
| 1/23/2015 through 5/17/2015 | | $0.11 | $0.63 | $0.69 |
| 5/18/2015 through 6/11/2015 | | | $0.63 | $0.69 |
| Purchased on or After 6/12/2015 | | | | $0.00 |

**TABLE B**

LeapFrog Common Stock Closing Prices and Average Closing Prices
June 15, 2015 – September 11, 2015

| Date | Closing Price | Average Closing Price |
|---|---|---|
| 6/15/2015 | $1.47 | $1.47 |
| 6/16/2015 | $1.39 | $1.43 |
| 6/17/2015 | $1.51 | $1.46 |
| 6/18/2015 | $1.47 | $1.46 |
| 6/19/2015 | $1.43 | $1.45 |
| 6/22/2015 | $1.44 | $1.45 |
| 6/23/2015 | $1.51 | $1.46 |
| 6/24/2015 | $1.50 | $1.47 |
| 6/25/2015 | $1.53 | $1.47 |
| 6/26/2015 | $1.48 | $1.47 |
| 6/29/2015 | $1.45 | $1.47 |
| 6/30/2015 | $1.40 | $1.47 |
| 7/1/2015 | $1.33 | $1.45 |
| 7/2/2015 | $1.42 | $1.45 |
| 7/6/2015 | $1.35 | $1.45 |
| 7/7/2015 | $1.37 | $1.44 |
| 7/8/2015 | $1.34 | $1.43 |
| 7/9/2015 | $1.33 | $1.43 |
| 7/10/2015 | $1.29 | $1.42 |
| 7/13/2015 | $1.37 | $1.42 |
| 7/14/2015 | $1.34 | $1.42 |
| 7/15/2015 | $1.35 | $1.41 |
| 7/16/2015 | $1.33 | $1.41 |
| 7/17/2015 | $1.33 | $1.41 |
| 7/20/2015 | $1.26 | $1.40 |
| 7/21/2015 | $1.24 | $1.39 |
| 7/22/2015 | $1.24 | $1.39 |
| 7/23/2015 | $1.18 | $1.38 |
| 7/24/2015 | $1.16 | $1.37 |
| 7/27/2015 | $1.17 | $1.37 |
| 7/28/2015 | $1.12 | $1.36 |
| 7/29/2015 | $1.09 | $1.35 |
| 7/30/2015 | $1.01 | $1.34 |
| 7/31/2015 | $0.94 | $1.33 |

| | | |
|---|---|---|
| 8/3/2015 | $0.97 | $1.32 |
| 8/4/2015 | $1.01 | $1.31 |
| 8/5/2015 | $0.95 | $1.30 |
| 8/6/2015 | $0.97 | $1.29 |
| 8/7/2015 | $1.00 | $1.28 |
| 8/10/2015 | $1.00 | $1.28 |
| 8/11/2015 | $0.98 | $1.27 |
| 8/12/2015 | $1.00 | $1.26 |
| 8/13/2015 | $0.95 | $1.25 |
| 8/14/2015 | $0.98 | $1.25 |
| 8/17/2015 | $0.99 | $1.24 |
| 8/18/2015 | $0.98 | $1.24 |
| 8/19/2015 | $0.95 | $1.23 |
| 8/20/2015 | $0.99 | $1.23 |
| 8/21/2015 | $0.97 | $1.22 |
| 8/24/2015 | $0.97 | $1.22 |
| 8/25/2015 | $0.93 | $1.21 |
| 8/26/2015 | $0.91 | $1.20 |
| 8/27/2015 | $0.93 | $1.20 |
| 8/28/2015 | $0.92 | $1.19 |
| 8/31/2015 | $0.95 | $1.19 |
| 9/1/2015 | $0.92 | $1.18 |
| 9/2/2015 | $0.93 | $1.18 |
| 9/3/2015 | $0.93 | $1.18 |
| 9/4/2015 | $0.92 | $1.17 |
| 9/8/2015 | $0.93 | $1.17 |
| 9/9/2015 | $0.92 | $1.16 |
| 9/10/2015 | $0.91 | $1.16 |
| 9/11/2015 | $0.90 | $1.16 |

The date of purchase or sale is the "contract" or "trade" date as distinguished from the "settlement" date.

For Settlement Class Members who held LeapFrog common stock at the beginning of the Class Period or made multiple purchases, acquisitions or sales during the Class Period, the First-In, First-Out ("FIFO") method will be applied to such holdings, purchases and acquisitions, and sales for purposes of calculating a claim. Under the FIFO method, sales of LeapFrog common stock during the Class Period will be matched, in chronological order, first against shares of LeapFrog common stock held at the beginning of the Class Period. The remaining sales of common stock during the Class Period will then be matched, in chronological order, against shares purchased or acquired during the Class Period.

A Settlement Class Member will be eligible to receive a distribution from the Net Settlement Fund only if a Settlement Class Member had a net overall loss, after all profits from transactions in all LeapFrog common stock described above during the Class Period are subtracted from all losses. However, the proceeds from sales of shares that have been matched against the shares held at the beginning of the Class Period will not be used in the calculation of such net loss. No distributions

will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

The Court has reserved jurisdiction to allow, disallow, or adjust the claim of any Settlement Class Member on equitable grounds. Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim. If you are unsatisfied with the determinations, you may ask the Court to decide the issue by submitting a written request to the Court, Lead Counsel, or the Claims Administrator.

Defendants, their respective counsel, and all other Released Defendant Parties will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. No Person shall have any claim against the Lead Plaintiff, Lead Counsel, any claims administrator, or other Person designated by Lead Counsel, or any Defendant or Defendants' Counsel, based on distributions made under the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. All Class Members who fail to complete and file a valid and timely Proof of Claim shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Stipulation, including the terms of any judgment entered and the releases given.

DATED: _____          BY ORDER OF THE COURT
                                      UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA