# EXHIBIT 13

If you have questions regarding the settlement, you may also contact State Lead Counsel by writing to:

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
WILLIAM C. FREDERICKS
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-233-6444

-or-

COTCHETT, PITRE & McCARTHY, LLP
MARK C. MOLUMPHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000

## SPECIAL NOTICE TO NOMINEES

Nominees who purchased or otherwise acquired LendingClub common stock for the beneficial interest of other Persons between December 10, 2014 and May 6, 2016, inclusive, shall, within ten (10) business days after receipt of this Notice: (1) provide the Claims Administrator with the names and addresses of such beneficial owners, or (2) forward a copy of this Notice and the Proof of Claim by First-Class Mail to each such beneficial owner, and provide Federal Lead Counsel with written confirmation that the Notice and Proof of Claim have been so forwarded. Upon submission of appropriate documentation, Federal Lead Counsel will reimburse your reasonable costs and expenses of complying with this provision. Additional copies of this Notice may be obtained from the Claims Administrator by writing to:

*LendingClub Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 404041
Louisville, KY 40233-4041

## PLAN OF ALLOCATION OF NET SETTLEMENT FUND

1. Thirty-six percent (36%) of the Net Settlement Fund shall be allocated to LendingClub shares purchased from December 10, 2014 (including in the initial public offering) through June 8, 2015, and claims for such shares shall be calculated as follows:

   (a) for shares sold from December 10, 2014 through May 8, 2016, the claim per share is 25% of *the difference between*:

      (i) the purchase price per share (not exceeding $15.00 per share), minus

      (ii) the sales price per share;

   (b) for shares retained at the end of May 8, 2016,

      (i) for shares sold on May 9, 2016, the claim per share is *the sum of*:

         1) $1.98 per share (25% of the decline from the $15.00 IPO price to the $7.10 May 6, 2016 closing price), *PLUS*

         2) *the lesser of*:

            a) $2.46 per share (the May 9, 2016 market adjusted price decline), and

            b) the difference between $7.10 per share (May 6, 2016 closing price) and the sales price per share;

      (ii) for shares sold after May 9, 2016, through April 9, 2018, the claim per share shall be *the lesser of*:

14

1) $5.01 per share ($1.98 per share (25% of the decline from the $15.00 IPO price to the $7.10 May 6, 2016 closing price), *plus* $3.03 per share (the May 9, 2016 and May 10, 2016 market adjusted price declines)), and

2) the difference between the purchase price per share (not exceeding $15.00 per share) and the sales price per share; and

(iii) for shares retained at the end of April 9, 2018, the claim per share shall be $5.01 per share ($1.98 per share (25% of the decline from the $15.00 IPO price to the $7.10 May 6, 2016 closing price), *plus* $3.03 per share (the May 9, 2016 and May 10, 2016 market adjusted price declines)).

2. Sixty-four percent (64%) of the Net Settlement Fund shall be allocated to LendingClub shares purchased from June 9, 2015 through May 8, 2016, and claims for such shares shall be calculated as follows:

(a) for shares sold prior to May 9, 2016, the claim per share is $0;

(b) for shares sold on May 9, 2016, the claim per share is 93% of *the lesser of*:

(i) $2.46 per share (the May 9, 2016 market adjusted price decline), and

(ii) the difference between the purchase price per share and the sales price per share;

(c) for shares sold from May 10, 2016 through August 5, 2016, the claim per share is 93% of *the lesser of*:

(i) $3.03 per share (the May 9, 2016 and May 10, 2016 market adjusted price declines),

(ii) the difference between the purchase price per share and the sales price per share, and

(iii) the difference between the purchase price per share and the average closing price per share from May 9, 2016 up to the date of sale, as set forth in Table A below.

(d) for shares retained at the end of August 5, 2016, the claim per share is 93% of *the lesser of*:

(i) $3.03 per share (the May 9, 2016 and May 10, 2016 market adjusted price declines), and

(ii) the difference between the purchase price per share and $4.45 per share (90-day average closing price after May 6, 2016).

15

**The Last-In-First-Out (LIFO) methodology shall be used for purposes of determining which shares are sold when.**

Table A:

| Date | Closing Price | Average Closing Price from May 9, 2016 through Sales Date | Date | Closing Price | Average Closing Price from May 9, 2016 through Sales Date |
|---|---|---|---|---|---|
| 5/9/2016 | $4.62 | $4.62 | 6/23/2016 | $4.98 | $4.44 |
| 5/10/2016 | $4.10 | $4.36 | 6/24/2016 | $4.69 | $4.45 |
| 5/11/2016 | $4.08 | $4.27 | 6/27/2016 | $4.30 | $4.44 |
| 5/12/2016 | $3.76 | $4.14 | 6/28/2016 | $4.61 | $4.45 |
| 5/13/2016 | $3.51 | $4.01 | 6/29/2016 | $4.54 | $4.45 |
| 5/16/2016 | $3.94 | $4.00 | 6/30/2016 | $4.30 | $4.44 |
| 5/17/2016 | $3.60 | $3.94 | 7/1/2016 | $4.38 | $4.44 |
| 5/18/2016 | $3.99 | $3.95 | 7/5/2016 | $4.17 | $4.44 |
| 5/19/2016 | $3.70 | $3.92 | 7/6/2016 | $4.20 | $4.43 |
| 5/20/2016 | $3.99 | $3.93 | 7/7/2016 | $4.25 | $4.43 |
| 5/23/2016 | $4.32 | $3.96 | 7/8/2016 | $4.32 | $4.42 |
| 5/24/2016 | $4.43 | $4.00 | 7/11/2016 | $4.37 | $4.42 |
| 5/25/2016 | $4.45 | $4.04 | 7/12/2016 | $4.10 | $4.42 |
| 5/26/2016 | $4.37 | $4.06 | 7/13/2016 | $4.25 | $4.41 |
| 5/27/2016 | $4.81 | $4.11 | 7/14/2016 | $4.51 | $4.41 |
| 5/31/2016 | $4.76 | $4.15 | 7/15/2016 | $4.49 | $4.42 |
| 6/1/2016 | $4.98 | $4.20 | 7/18/2016 | $4.60 | $4.42 |
| 6/2/2016 | $5.06 | $4.25 | 7/19/2016 | $4.60 | $4.42 |
| 6/3/2016 | $4.62 | $4.27 | 7/20/2016 | $4.61 | $4.43 |
| 6/6/2016 | $4.74 | $4.29 | 7/21/2016 | $4.59 | $4.43 |
| 6/7/2016 | $4.39 | $4.30 | 7/22/2016 | $4.41 | $4.43 |
| 6/8/2016 | $4.42 | $4.30 | 7/25/2016 | $4.34 | $4.43 |
| 6/9/2016 | $4.47 | $4.31 | 7/26/2016 | $4.64 | $4.43 |
| 6/10/2016 | $4.26 | $4.31 | 7/27/2016 | $4.65 | $4.44 |
| 6/13/2016 | $4.44 | $4.31 | 7/28/2016 | $4.60 | $4.44 |
| 6/14/2016 | $4.42 | $4.32 | 7/29/2016 | $4.62 | $4.44 |
| 6/15/2016 | $4.65 | $4.33 | 8/1/2016 | $4.59 | $4.44 |
| 6/16/2016 | $4.96 | $4.35 | 8/2/2016 | $4.47 | $4.44 |
| 6/17/2016 | $4.87 | $4.37 | 8/3/2016 | $4.64 | $4.45 |
| 6/20/2016 | $5.00 | $4.39 | 8/4/2016 | $4.60 | $4.45 |
| 6/21/2016 | $4.92 | $4.41 | 8/5/2016 | $4.75 | $4.45 |
| 6/22/2016 | $4.84 | $4.42 |  |  |  |

DATED:  March 26, 2018

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16