# EXHIBIT 15

## GETTING MORE INFORMATION

| 26. | **How do I get more information about the proposed settlement?** |
|---|---|

This Notice contains only a summary of the terms of the proposed settlement and does not describe all of the details of the Stipulation. For the precise terms and conditions of the settlement, please see the Stipulation available at www.impervasecuritieslitigation.com, by contacting Lead Counsel at (800) 449-4900, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Oakland Division, Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, California 94612, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. **DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE**

If you have any questions about the settlement of the Litigation, you may contact Lead Counsel by writing to:

> ROBBINS GELLER RUDMAN
> & DOWD LLP
> DOUGLAS R. BRITTON
> 655 West Broadway, Suite 1900
> San Diego, CA 92101

## SPECIAL NOTICE TO NOMINEES

Nominees who purchased or otherwise acquired the securities of Imperva for the beneficial interest of other Persons during the Class Period shall, within ten (10) calendar days after receipt of this Notice: (1) provide the Claims Administrator with the names and addresses of such beneficial owners or (2) forward a copy of this Notice and the Proof of Claim and Release by First-Class Mail to each such beneficial owner, and provide Lead Counsel with written confirmation that the Notice and Proof of Claim and Release have been so forwarded. Upon submission of appropriate documentation, Lead Counsel will reimburse your reasonable costs and expenses of complying with this provision. Additional copies of this Notice may be obtained from the Claims Administrator by writing to:

> *Imperva Litigation*
> Claims Administrator
> c/o Gilardi & Co. LLC
> P.O. Box 8040
> San Rafael, CA 94912-8040

## PLAN OF ALLOCATION

The Net Settlement Fund will be distributed to Class Members who, in accordance with the terms of the Stipulation, are entitled to a distribution from the Net Settlement Fund pursuant to any Plan of Allocation or any order of the Court and who submit a valid and timely Proof of Claim and Release under the Plan of Allocation described below. The Plan of Allocation provides that you will be eligible to participate in the distribution of the Net Settlement Fund only if you have an overall net loss on all of your transactions in Imperva securities during the Class Period.

For purposes of determining the amount an Authorized Claimant may recover under the Plan of Allocation, Lead Counsel have conferred with their damages expert and developed a Plan of Allocation that reflects an assessment of the damages that they believe could have been recovered by Class Members had Lead Plaintiff prevailed at trial.

1297338_4

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT
OF CLASS ACTION – EXHIBIT A-1 - 4:14-cv-01680-PJH

- 13 -

In the unlikely event there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's claim, as defined below. If, however, and as is more likely, the amount in the Net Settlement Fund is not sufficient to permit payment of the total claim of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's claim bears to the total of the claims of all Authorized Claimants. Payment in this manner shall be deemed conclusive against all Authorized Claimants.

A claim will be calculated as follows:

1. For shares of Imperva common stock purchased or otherwise acquired on or after May 2, 2013 through on or before May 21, 2013, the claim per share is zero.

2. For shares of Imperva common stock purchased or otherwise acquired on or after May 22, 2013 through on or before April 9, 2014, the claim per share shall be as follows (but no less than zero):

    a. If sold prior to April 10, 2014, then the claim per share is zero.

    b. If sold on or after April 10, 2014 but on or before July 8, 2014, then the claim per share shall be the lesser of:

        (i) $20.12 per share, the market adjusted price decline on April 10, 2014;

        (ii) the difference between the purchase price per share and the sales price per share; and

        (iii) the difference between the purchase price per share and the average closing price per share from April 10, 2014 up to the date of sale, as set forth in Table A below.

    c. If retained at the close of trading on July 8, 2014, or sold thereafter, the claim per share shall be the lesser of:

        (i) $20.12 per share, the market adjusted price decline on April 10, 2014; and

        (ii) the difference between the purchase price per share and $22.82 per share (90-day average closing price after the end of the Class Period).

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT
OF CLASS ACTION – EXHIBIT A-1 - 4:14-cv-01680-PJH

- 14 -

**Table A**

| Date | Closing Price | Average Closing Price from April 10, 2014 through Sales Date | Date | Closing Price | Average Closing Price from April 10, 2014 through Sales Date |
|---|---|---|---|---|---|
| 4/10/2014 | $28.00 | $28.00 | 5/27/2014 | $22.81 | $23.07 |
| 4/11/2014 | $28.11 | $28.06 | 5/28/2014 | $22.30 | $23.05 |
| 4/14/2014 | $26.42 | $27.51 | 5/29/2014 | $22.35 | $23.03 |
| 4/15/2014 | $26.56 | $27.27 | 5/30/2014 | $20.88 | $22.96 |
| 4/16/2014 | $26.95 | $27.21 | 6/2/2014 | $20.02 | $22.88 |
| 4/17/2014 | $26.92 | $27.16 | 6/3/2014 | $20.08 | $22.81 |
| 4/21/2014 | $26.72 | $27.10 | 6/4/2014 | $19.60 | $22.72 |
| 4/22/2014 | $26.77 | $27.06 | 6/5/2014 | $20.35 | $22.66 |
| 4/23/2014 | $26.38 | $26.98 | 6/6/2014 | $20.67 | $22.61 |
| 4/24/2014 | $25.62 | $26.85 | 6/9/2014 | $21.25 | $22.58 |
| 4/25/2014 | $24.37 | $26.62 | 6/10/2014 | $20.98 | $22.54 |
| 4/28/2014 | $23.75 | $26.38 | 6/11/2014 | $21.16 | $22.51 |
| 4/29/2014 | $23.30 | $26.14 | 6/12/2014 | $21.95 | $22.50 |
| 4/30/2014 | $22.88 | $25.91 | 6/13/2014 | $22.03 | $22.48 |
| 5/1/2014 | $23.32 | $25.74 | 6/16/2014 | $21.98 | $22.47 |
| 5/2/2014 | $22.76 | $25.55 | 6/17/2014 | $22.29 | $22.47 |
| 5/5/2014 | $21.61 | $25.32 | 6/18/2014 | $22.73 | $22.48 |
| 5/6/2014 | $20.83 | $25.07 | 6/19/2014 | $22.90 | $22.48 |
| 5/7/2014 | $19.67 | $24.79 | 6/20/2014 | $22.40 | $22.48 |
| 5/8/2014 | $18.66 | $24.48 | 6/23/2014 | $22.37 | $22.48 |
| 5/9/2014 | $18.57 | $24.20 | 6/24/2014 | $21.77 | $22.47 |
| 5/12/2014 | $19.73 | $24.00 | 6/25/2014 | $22.79 | $22.47 |
| 5/13/2014 | $19.38 | $23.79 | 6/26/2014 | $23.66 | $22.49 |
| 5/14/2014 | $20.75 | $23.67 | 6/27/2014 | $24.78 | $22.54 |
| 5/15/2014 | $20.97 | $23.56 | 6/30/2014 | $26.18 | $22.60 |
| 5/16/2014 | $20.71 | $23.45 | 7/1/2014 | $26.58 | $22.67 |
| 5/19/2014 | $21.05 | $23.36 | 7/2/2014 | $26.47 | $22.74 |
| 5/20/2014 | $21.14 | $23.28 | 7/3/2014 | $25.90 | $22.79 |
| 5/21/2014 | $21.03 | $23.20 | 7/7/2014 | $24.67 | $22.82 |
| 5/22/2014 | $21.22 | $23.14 | 7/8/2014 | $22.97 | $22.82 |
| 5/23/2014 | $21.24 | $23.08 | | | |

**STOCK OPTIONS**

**Call Options:**

1. For call options on Imperva common stock purchased or acquired on or after May 2, 2013 through on or before May 21, 2013, the claim per call option is zero.

2. For call options on Imperva common stock purchased or acquired on or after May 22, 2013 through on or before April 9, 2014, and

   a. held at the end of April 9, 2014, the claim per call option is the difference between the price paid for the call option and the proceeds received upon the settlement of the call option contract;

   b. not held at the end of April 9, 2014, the claim per call option is zero.

3. For call options on Imperva common stock written on or after May 2, 2013 through on or before April 9, 2014, the claim per call option is zero.

1297338_4

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT
OF CLASS ACTION – EXHIBIT A-1 - 4:14-cv-01680-PJH

**Put Options:**

1.    For put options on Imperva common stock written on or after May 2, 2013 through on or before May 21, 2013, the claim per put option is zero.

2.    For put options on Imperva common stock written on or after May 22, 2013 through on or before April 9, 2014, and

    a.    held at the end of April 9, 2014, the claim per put option is the difference between the price paid upon settlement of the put option contract and the initial proceeds received upon the sale of the put option contract;

    b.    not held at the end of April 9, 2014, the claim per put option is zero.

3.    For put options on Imperva common stock purchased or acquired on or after May 2, 2013 through on or before April 9, 2014, the claim per put option is zero.

In the case where the option was exercised for Imperva common stock, the amount paid, or proceeds received, upon settlement of the option contract, equals the intrinsic value of the option using Imperva's common stock's closing price on the date the option was exercised.

The combined recovery for the put/call options shall not exceed 3% of the Net Settlement Fund.

The date of purchase or sale is the "contract" or "trade" date as distinguished from the "settlement" date.

For Class Members who held Imperva securities at the beginning of the Class Period or made multiple purchases, acquisitions or sales during the Class Period, the First-In, First-Out ("FIFO") method will be applied to such holdings, purchases and acquisitions, and sales for purposes of calculating a claim. Under the FIFO method, sales of Imperva securities during the Class Period will be matched, in chronological order, first against shares of securities held at the beginning of the Class Period. The remaining sales of securities during the Class Period will then be matched, in chronological order, against securities purchased or acquired during the Class Period.

A Class Member will be eligible to receive a distribution from the Net Settlement Fund only if a Class Member had a net overall loss, after all profits from transactions in all Imperva securities described above during the Class Period are subtracted from all losses. However, the proceeds from sales of securities that have been matched against the securities held at the beginning of the Class Period will not be used in the calculation of such net loss. No distributions will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

The Court has reserved jurisdiction to allow, disallow, or adjust the claim of any Class Member on equitable grounds.

Defendants, their respective counsel, and all other Released Persons will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. No Person shall have any claim against the Lead Plaintiff, Lead Plaintiff's counsel, any claims administrator, or other Person designated by Lead Plaintiff's counsel, or Defendants or Defendants' counsel, based on distributions made substantially in accordance with the Stipulation and the settlement contained therein, the Plan of Allocation, or further orders of the Court. All Class Members who fail to complete and file a valid and timely Proof of Claim and Release shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise

shall be bound by all of the terms of the Stipulation, including the terms of any judgment entered and the releases given.

DATED: _____        BY ORDER OF THE COURT
                                         UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA
                                         OAKLAND DIVISION