# EXHIBIT 16

limitation, by submitting a Proof of Claim, any distribution from the Settlement Fund, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Persons, and shall be permanently barred and enjoined from instituting, commencing, or prosecuting any such Released Claim against the Released Persons except to enforce the releases and other terms and conditions contained in the Stipulation or the Judgment entered pursuant thereto.

## GETTING MORE INFORMATION

### 26.     How do I get more information about the proposed Settlement?

This Notice contains only a summary of the terms of the proposed Settlement and does not describe all of the details of the Stipulation. For the precise terms and conditions of the Settlement, please see the Stipulation available at www.MarvellSecuritiesClassAction.com, by contacting Lead Counsel at (800) 449-4900, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk on the 16th floor of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. **DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.**

If you have any questions about the Settlement of the Litigation, you may contact Lead Counsel by writing to:

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101
EllenG@rgrdlaw.com

### SPECIAL NOTICE TO NOMINEES

Nominees who purchased or otherwise acquired the Marvell common stock for the beneficial interest of other Persons during the Class Period shall, within ten (10) business days after receipt of this Notice: (1) provide the Claims Administrator with the names and addresses of such beneficial owners, or (2) forward a copy of this Notice and the Proof of Claim by First-Class Mail to each such beneficial owner, and provide Lead Counsel with written confirmation that the Notice and Proof of Claim have been so forwarded. Upon submission of appropriate documentation, Lead Counsel will reimburse your reasonable costs and expenses of complying with this provision. Additional copies of this Notice may be obtained from the Claims Administrator by writing to:

*Marvell Technology Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 404041
Louisville, KY 40233-4041

### PLAN OF ALLOCATION OF NET SETTLEMENT FUND

The Net Settlement Fund will be distributed to Class Members who, in accordance with the terms of the Stipulation, are entitled to a distribution from the Net Settlement Fund pursuant to any Plan of Allocation or any order of the Court and who submit a valid and timely Proof of Claim under the Plan of Allocation described below. The Plan of Allocation provides that you will be eligible to

participate in the distribution of the Net Settlement Fund only if you have an overall net loss on all of your transactions in Marvell common stock during the Class Period.

For purposes of determining the amount an Authorized Claimant may recover under the Plan of Allocation, Lead Counsel has conferred with its damages expert and developed a Plan of Allocation that divides the Settlement proceeds equitably among Class Members.

In the unlikely event there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's claim, as defined below. If, however, and as is more likely, the amount in the Net Settlement Fund is not sufficient to permit payment of the total claim of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's claim bears to the total of the claims of all Authorized Claimants. Payment in this manner shall be deemed conclusive against all Authorized Claimants.

A claim will be calculated as follows:

**Marvell Technology Group, Ltd.**
**ISIN: BMG5876H1051**

February 19, 2015 – December 7, 2015

The allocation below is based on the following inflation per share amounts for Class Period common stock purchases and sales as well as the statutory PSLRA 90 day-look back amount of $8.73. Furthermore, if any of the formulas set forth below yield an amount less than $0.00 the claim per share is $0.00.

| Inflation Period | Inflation per Share |
| --- | --- |
| February 19, 2015 – September 10, 2015 | $3.75 |
| September 11, 2015 – October 26, 2015 | $2.03 |
| October 27, 2015 – December 6, 2015 | $0.68 |
| December 7, 2015 | $0.61 |

For shares of Marvell common stock *purchased, or acquired, on or between February 19, 2015 through December 7, 2015*, the claim per share shall be as follows:

a)      If sold prior to September 11, 2015, the claim per share is $0.00.

b)      If sold on or between September 11, 2015 through December 7, 2015, the claim per share shall be the lesser of: (i) the inflation per share at the time of purchase less the inflation per share at the time of sale; and (ii) the difference between the purchase price and the selling price.

c)      If retained at the end of December 7, 2015 and sold on or before March 4, 2016, the claim per share shall be the least of: (i) the inflation per share at the time of purchase; (ii) the difference between the purchase price and the selling price; and (iii) the difference between the purchase price and the average closing price up to the date of sale as set forth in the table below.

d)      If retained at the close of trading on March 4, 2016, or sold thereafter, the claim per share shall be the lesser of: (i) the inflation per share at the time of purchase; and (ii) the difference between the purchase price and $8.73.

| Date | Closing Price | Average Closing Price |
|---|---|---|
| 12/8/2015 | $8.42 | $8.42 |
| 12/9/2015 | $8.27 | $8.35 |
| 12/10/2015 | $8.42 | $8.37 |
| 12/11/2015 | $8.23 | $8.34 |
| 12/14/2015 | $8.04 | $8.28 |
| 12/15/2015 | $8.24 | $8.27 |
| 12/16/2015 | $8.56 | $8.31 |
| 12/17/2015 | $8.47 | $8.33 |
| 12/18/2015 | $8.57 | $8.36 |
| 12/21/2015 | $8.55 | $8.38 |
| 12/22/2015 | $8.68 | $8.40 |
| 12/23/2015 | $8.94 | $8.45 |
| 12/24/2015 | $9.02 | $8.49 |
| 12/28/2015 | $8.89 | $8.52 |
| 12/29/2015 | $8.96 | $8.55 |
| 12/30/2015 | $8.76 | $8.56 |
| 12/31/2015 | $8.82 | $8.58 |
| 1/4/2016 | $8.80 | $8.59 |
| 1/5/2016 | $8.52 | $8.59 |
| 1/6/2016 | $8.05 | $8.56 |
| 1/7/2016 | $8.13 | $8.54 |
| 1/8/2016 | $8.22 | $8.53 |
| 1/11/2016 | $8.32 | $8.52 |
| 1/12/2016 | $8.48 | $8.52 |
| 1/13/2016 | $8.29 | $8.51 |
| 1/14/2016 | $8.34 | $8.50 |
| 1/15/2016 | $8.11 | $8.49 |
| 1/19/2016 | $7.77 | $8.46 |
| 1/20/2016 | $7.91 | $8.44 |
| 1/21/2016 | $8.11 | $8.43 |
| 1/22/2016 | $8.18 | $8.42 |
| 1/25/2016 | $8.18 | $8.41 |
| 1/26/2016 | $8.32 | $8.41 |
| 1/27/2016 | $8.19 | $8.40 |
| 1/28/2016 | $8.38 | $8.40 |
| 1/29/2016 | $8.85 | $8.42 |
| 2/1/2016 | $8.93 | $8.43 |
| 2/2/2016 | $8.67 | $8.44 |
| 2/3/2016 | $9.27 | $8.46 |

| 2/4/2016 | $9.30 | $8.48 |
|---|---|---|
| 2/5/2016 | $8.96 | $8.49 |
| 2/8/2016 | $8.85 | $8.50 |
| 2/9/2016 | $8.70 | $8.50 |
| 2/10/2016 | $8.58 | $8.51 |
| 2/11/2016 | $8.41 | $8.50 |
| 2/12/2016 | $8.61 | $8.51 |
| 2/16/2016 | $9.12 | $8.52 |
| 2/17/2016 | $9.30 | $8.54 |
| 2/18/2016 | $9.28 | $8.55 |
| 2/19/2016 | $9.16 | $8.56 |
| 2/22/2016 | $9.30 | $8.58 |
| 2/23/2016 | $9.26 | $8.59 |
| 2/24/2016 | $9.49 | $8.61 |
| 2/25/2016 | $9.55 | $8.62 |
| 2/26/2016 | $9.54 | $8.64 |
| 2/29/2016 | $9.55 | $8.66 |
| 3/1/2016 | $9.75 | $8.68 |
| 3/2/2016 | $9.94 | $8.70 |
| 3/3/2016 | $9.80 | $8.72 |
| 3/4/2016 | $9.75 | $8.73 |

The date of purchase or sale is the "contract" or "trade" date as distinguished from the "settlement" date.

For Class Members who held Marvell common stock at the beginning of the Class Period or made multiple purchases, acquisitions or sales during the Class Period, the First-In, First-Out ("FIFO") method will be applied to such holdings, purchases and acquisitions, and sales for purposes of calculating a claim. Under the FIFO method, sales of Marvell common stock during the Class Period will be matched, in chronological order, first against shares of Marvell common stock held at the beginning of the Class Period. The remaining sales of common stock during the Class Period will then be matched, in chronological order, against shares purchased or acquired during the Class Period.

A Class Member will be eligible to receive a distribution from the Net Settlement Fund only if a Class Member had a net overall loss, after all profits from transactions in all Marvell common stock described above during the Class Period are subtracted from all losses. However, the proceeds from sales of shares that have been matched against the shares held at the beginning of the Class Period will not be used in the calculation of such net loss. No distributions will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

The Court has reserved jurisdiction to allow, disallow, or adjust the claim of any Class Member on equitable grounds.

Defendants, their respective counsel, and all other Released Persons will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. No Person shall have any claim against the Lead Plaintiff, Lead Plaintiff's Counsel, any claims administrator, or other Person designated by Lead Plaintiff's Counsel, or any Defendant or Defendant's counsel, based on

distributions made under the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court.  All Class Members who fail to complete and file a valid and timely Proof of Claim shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Stipulation, including the terms of any judgment entered and the releases given.

DATED: _____          BY ORDER OF THE COURT
                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA