# EXHIBIT 19

**PROPOSED PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND AMONG CLASS MEMBERS**

The objective of this Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants based on their respective alleged economic losses as a result of the alleged fraud, as opposed to losses caused by market- or industry-wide factors, or Company-specific factors unrelated to the alleged fraud. The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund based upon the recognized loss formula (the "Recognized Loss") described below. A Recognized Loss will be calculated for each share of Rocket Fuel common stock purchased or otherwise acquired during the Class Period (i.e., September 20, 2013 through August 5, 2014, inclusive).[2] The calculation of Recognized Loss will depend upon several factors, including when Rocket Fuel common stock was purchased or otherwise acquired during the Class Period, and in what amounts, and whether such shares were sold, and if sold, when they were sold, and for what amounts. The Recognized Loss is not intended to estimate the amount a Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. The Claims Administrator will use its best efforts to administer and distribute the Net Settlement Fund to the extent that it is equitably and economically feasible.

The Plan of Allocation was created with the assistance of a consulting damages expert, and reflects the assumption that the price of Rocket Fuel common stock was artificially inflated throughout the Class Period. The calculations made pursuant to the Plan of Allocation are generally based upon the measure of damages set forth in Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission. The estimated alleged artificial inflation in the price of Rocket Fuel common stock is reflected in Table 1 below. The estimated alleged artificial inflation in the price of Rocket Fuel common stock during the Class Period is based on certain misrepresentations alleged by Lead Plaintiffs and the stock price reaction to the public announcements that allegedly corrected the misrepresentations alleged by Lead Plaintiffs, net of market and industry effects, as well as Company-specific disclosures unrelated to the alleged fraud.

Federal securities laws allow investors to recover for losses caused by disclosures which corrected Defendants' previous alleged misleading statements or omissions. Thus, in order to have been damaged by the alleged violations of the federal securities laws, Rocket Fuel common stock purchased or otherwise acquired during the Class Period must have been held during a period of time in which its price declined due to the disclosure of information which corrected an allegedly misleading statement or omission. Lead Plaintiffs and Lead Plaintiffs' Counsel have determined that such price declines occurred on May 9, 2014 and August 6, 2014 (the "Corrective Disclosures"). Accordingly, if Rocket Fuel common stock was sold before May 9, 2014 (the earliest Corrective Disclosure date), the Recognized Loss for such stock is $0.00, and any loss suffered is not compensable under the federal securities laws. Likewise, if Rocket Fuel common stock was both purchased and sold during the period May 9, 2014 through August 5, 2014, inclusive, the Recognized Loss for such stock is $0.00.

The estimated alleged artificial inflation in the price of Rocket Fuel common stock during the Class Period also takes into account the Court's December 23, 2015 Order on Defendants' motions to dismiss the Complaint, which found claims relating to Defendants' statements prior to November 6, 2013 not actionable. Because of the dismissal of these claims, Lead Plaintiffs and Lead Plaintiffs' Counsel have determined that it is unlikely that Lead Plaintiffs could prevail on

---

[2] During the Class Period, Rocket Fuel common stock was listed on the NASDAQ Global Select Market under the ticker symbol "FUEL."

those claims. Accordingly, 5% of the total estimated artificial inflation in Rocket Fuel common stock during the period September 20, 2013 through November 5, 2013, inclusive, is used in Table 1 below to reflect the far lesser likelihood of success on the dismissed claims.

| Table 1<br>Artificial Inflation in Rocket Fuel Common Stock[3] | | |
|---|---|---|
| **From** | **To** | **Per-Share Price Inflation** |
| September 20, 2013 | November 5, 2013 | $0.18 |
| November 6, 2013 | May 8, 2014 | $3.66 |
| May 9, 2014 | August 5, 2014 | $2.52 |
| August 6, 2014 | Thereafter | $0 |

The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for Rocket Fuel common stock. The limitations on the calculation of the Recognized Loss imposed by the PSLRA are applied such that losses on Rocket Fuel common stock purchased during the Class Period and held as of the close of the 90-day period subsequent to the Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and the average price of Rocket Fuel common stock during the 90-Day Lookback Period. The Recognized Loss on Rocket Fuel common stock purchased during the Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and the rolling average price of Rocket Fuel common stock during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

**Calculation of Recognized Loss Per Share of Rocket Fuel Common Stock**

For each share of Rocket Fuel common stock purchased or otherwise acquired during the Class Period (*i.e.*, September 20, 2013 through August 5, 2014, inclusive), the Recognized Loss per share shall be calculated as described in what follows. In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions. If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero.

   i.    For each share of Rocket Fuel common stock that was purchased during the Class Period that was sold prior to May 9, 2014, the Recognized Loss per share is $0.00.

   ii.   For each share of Rocket Fuel common stock that was purchased during the Class Period that was sold during the period May 9, 2014 through August 5, 2014, inclusive, the Recognized Loss per share is *the lesser of*:

        a.   the amount of per-share price inflation on the date of purchase as appears in Table 1 above, *minus* the amount of per-share price inflation on the date of sale as appears in Table 1 above; or

        b.   the per-share purchase price minus the per-share sale price.

   iii.  For each share of Rocket Fuel common stock that was purchased during the Settlement Class Period that was sold during the period August 6, 2014 through

---

[3] Any transactions in Rocket Fuel common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

November 3, 2014, inclusive (i.e., sold during the 90-Day Lookback Period), the Recognized Loss per share is *the lesser of*:

    a. the amount of per-share price inflation on the date of purchase as appears in Table 1 above; or

    b. the per-share purchase price *minus* the per-share sale price; or

    c. the per-share purchase price *minus* the "90-Day Lookback Value" on the date of sale provided in Table 2 below.

iv. For each share of Rocket Fuel common stock that was purchased during the Class Period and still held as of the close of trading on November 3, 2014, the Recognized Loss per share is *the lesser of*:

    a. the amount of per-share price inflation on the date of purchase as appears in Table 1 above; or

    b. the per-share purchase price *minus* the average closing price for Rocket Fuel common stock during the 90-Day Lookback Period, which is $16.05.

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value |
| 8/6/2014 | $17.05 | 9/5/2014 | $15.68 | 10/6/2014 | $15.71 |
| 8/7/2014 | $16.86 | 9/8/2014 | $15.70 | 10/7/2014 | $15.74 |
| 8/8/2014 | $16.77 | 9/9/2014 | $15.68 | 10/8/2014 | $15.78 |
| 8/11/2014 | $16.74 | 9/10/2014 | $15.64 | 10/9/2014 | $15.82 |
| 8/12/2014 | $16.60 | 9/11/2014 | $15.66 | 10/10/2014 | $15.84 |
| 8/13/2014 | $16.40 | 9/12/2014 | $15.67 | 10/13/2014 | $15.86 |
| 8/14/2014 | $16.29 | 9/15/2014 | $15.69 | 10/14/2014 | $15.87 |
| 8/15/2014 | $16.21 | 9/16/2014 | $15.69 | 10/15/2014 | $15.89 |
| 8/18/2014 | $16.12 | 9/17/2014 | $15.68 | 10/16/2014 | $15.92 |
| 8/19/2014 | $16.02 | 9/18/2014 | $15.67 | 10/17/2014 | $15.94 |
| 8/20/2014 | $15.92 | 9/19/2014 | $15.66 | 10/20/2014 | $15.97 |
| 8/21/2014 | $15.79 | 9/22/2014 | $15.64 | 10/21/2014 | $15.99 |
| 8/22/2014 | $15.70 | 9/23/2014 | $15.62 | 10/22/2014 | $16.01 |
| 8/25/2014 | $15.64 | 9/24/2014 | $15.61 | 10/23/2014 | $16.03 |
| 8/26/2014 | $15.61 | 9/25/2014 | $15.60 | 10/24/2014 | $16.06 |
| 8/27/2014 | $15.61 | 9/26/2014 | $15.60 | 10/27/2014 | $16.07 |
| 8/28/2014 | $15.61 | 9/29/2014 | $15.62 | 10/28/2014 | $16.08 |
| 8/29/2014 | $15.65 | 9/30/2014 | $15.62 | 10/29/2014 | $16.08 |
| 9/2/2014 | $15.69 | 10/1/2014 | $15.63 | 10/30/2014 | $16.07 |
| 9/3/2014 | $15.70 | 10/2/2014 | $15.65 | 10/31/2014 | $16.06 |
| 9/4/2014 | $15.68 | 10/3/2014 | $15.67 | 11/3/2014 | $16.05 |

## INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS

The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payment will depend on the number of eligible securities that participate in the Settlement,

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION
CASE NO.: 4:14-cv-03998-PJH (JCS)

18