# EXHIBIT 23

**6. Are there exceptions to being included?**

Excluded from the Settlement Class are Defendants, members of the Defendants' immediate families, officers, directors, and subsidiaries of Violin, any firm, entity, or corporation wholly owned by any Defendant and/or any member(s) of a Defendant's immediate family, any trust of which an Individual Defendant or Violin is the settlor or which is for the benefit of an Individual Defendant or Violin and/or any member of their immediate families, and the legal representatives, heirs, or successors-in-interest of Violin and the Individual Defendants. Also excluded from the Settlement Class are those Persons who timely and validly request exclusion from the Settlement Class pursuant to the Notice of Pendency and Proposed Settlement of Class Action to be sent to Settlement Class Members.

If you **sold** but did not purchase Violin common stock during the Settlement Class Period, you are not a Settlement Class Member. You are a Settlement Class Member only if you **purchased or otherwise acquired** your shares during the Settlement Class Period.

**7. What if I am still not sure if I am included?**

If you are still not sure whether you are included, you can ask for free help. You can contact the Claims Administrator by writing to RG/2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479 for more information.

## WHAT ARE THE SETTLEMENT BENEFITS?

**8. What does the Settlement provide?**

Defendants have agreed to create a $7.5 million fund to be distributed, after the payment of claims administration and notice costs and Lead Counsel's attorneys' fees and expenses as awarded by the Court, and any incentive awards to Lead Plaintiffs as awarded by the Court, to all Settlement Class Members who send in a valid and timely Proof of Claim form.

In return, the Parties will agree to dismiss the Action and Lead Plaintiffs and all Settlement Class Members who do not opt out agree to release, relinquish and discharge all Released Claims (including Unknown Claims) against the Defendants and their respective Related Persons, whether or not these Settlement Class Members execute and deliver the Proof of Claim and Release.

**9. How will the Settlement be allocated among class members?**

The proposed settlement provides for a Settlement Amount of $7,500,000 in cash. After payment of any attorneys' fees and reimbursement of costs and expenses, any incentive awards to Lead Plaintiffs, and administrative fees ("Net Settlement Fund"), the Settlement Amount will be distributed to the Settlement Class according to the plan of allocation.

The objective of the plan of allocation is to equitably distribute the settlement proceeds to those Class Members who suffered economic losses as a proximate result of the alleged wrongdoing. The plan of allocation generally measures the amount of loss that a Class Member can claim for purposes of making *pro rata* allocations of the Net Settlement Fund to Authorized Claimants. The plan of allocation is not a formal damage analysis. The calculations made pursuant to the plan of allocation are not intended to be estimates of, nor indicative of, the amounts that Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the plan of allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the plan of allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

If the sum total of Recognized Claims of all Authorized Claimants who are entitled to receive payment out of the Net Settlement Fund is greater than the Net Settlement Fund, each Authorized Claimant shall receive his,

her, or its *pro rata* share of the Net Settlement Fund. The *pro rata* share shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

If the Net Settlement Fund exceeds the sum total amount of the Recognized Claims of all Authorized Claimants entitled to receive payment out of the Net Settlement Fund, the excess amount in the Net Settlement Fund shall be distributed *pro rata* to all Authorized Claimants entitled to receive payment.

The Claims Administrator will use the following plan of allocation to determine how much each claimant is entitled to claim in Recognized Loss:

For each share of Violin common stock *purchased or otherwise acquired during the Class Period*, the amount of the claim will be:

i. If shares were sold prior to November 22, 2013, then the claim is $0. The truth concerning Defendants' violations did not emerge until November 22, 2013 and, therefore, any losses are not related to Defendants' alleged conduct; **or**

ii. If shares were sold on or after November 22, 2013, then the claim is equal to the amount of shares owned prior to market open on November 22, 2013 multiplied by the decline in Violin's stock price immediately following the disclosure of Violin's quarterly earnings, or $2.89 per share. If, however, shares were sold on or after November 22, 2013 for an amount equal to or greater than $3.11 per share, then the claim is equal to the amount of shares owned prior to market open on November 22, 2013 multiplied by the difference between $6.00 and the amount per share at which the shares were sold; **or**

iii. If shares are currently held and have not been sold at any point previously, then the claim is equal to the amount of shares currently owned multiplied by the decline in Violin's stock price immediately following the disclosure of Violin's quarterly earnings, or $2.89 per share.

| 10. How much will my payment be? |
| --- |

If you are entitled to a payment, your share of the Settlement Fund will depend on the number of members of the Settlement Class who submit valid Proofs of Claim (the "Authorized Claimants"). Payments will be calculated on a *pro rata* basis, meaning that the Settlement Fund (less all administrative costs, including the costs of notice, attorneys' fees and expenses, and incentive awards to the Lead Plaintiffs, as awarded by the Court) will be divided among the Authorized Claimants and distributed accordingly after the deadline for submission of Proof of Claim forms has passed.

Claims which result in payment of less than $10 will be deemed to be *de minimus* and will not be issued. No claims will be calculated for any purchase of Violin securities to cover a short sale.

To the extent that any amount of the Settlement Fund remains after the Claims Administrator has caused distributions to be made to all Authorized Claimants, whether by reason of uncashed distributions or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants cash their distributions, any balance remaining in the Settlement Fund one (1) year after the initial distribution of such funds shall be redistributed to Authorized Claimants who have cashed their initial distributions, after payment of any unpaid costs or fees incurred in administering the Settlement Fund for such redistribution if Lead Counsel, in consultation with the Claims Administrator, determines that additional redistributions, after deduction of any additional fees and expenses that would be incurred with respect to such redistribution, would be cost-effective. At such time as it is determined that the redistribution of funds remaining in the Settlement Fund is not cost-effective, the remaining balance in the Settlement Fund shall be contributed to non-sectarian, not-for-profit 501(c)(3) organization(s), to be recommended by Lead Counsel and approved by the Court.