# EXHIBIT 24

### 4.     Why is there a settlement?

The Court did not decide in favor of the Lead Plaintiff or Defendants.  Instead, the lawyers for both sides of the lawsuit have negotiated a settlement, with the assistance of a former United States District Judge, that they believe is in the best interests of their respective clients.  The settlement allows both sides to avoid the risks and cost of lengthy and uncertain litigation and the uncertainty of a trial and appeals, and permits Class Members to be compensated without further delay.  The Lead Plaintiff and its attorneys think the settlement is best for all Class Members.

## WHO GETS MONEY FROM THE SETTLEMENT

To see if you will get money from this settlement, you first have to determine if you are a Class Member.

### 5.     How do I know if I am part of the settlement?

The Class includes *all persons or entities who purchased or otherwise acquired Celera common stock between April 24, 2008 and July 22, 2009.*[3]

### 6.     Are there exceptions to being included in the Class?

Yes.  Excluded from the Class are Defendants and their family members, the officers and directors of the Company, at all relevant times, members of the immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.  Also excluded from the Class are those Persons who timely and validly request exclusion from the Class.

### 7.     I'm still not sure if I am included.

If you still are not sure whether you are included, you can ask for free help.  You can call 1-877-430-4824 or visit www.celerasecuritiessettlement.com for more information; or, you can call Rick Nelson at 1-800-449-4900 for more information.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

### 8.     What does the settlement provide?

The Celera Defendants have agreed to pay or cause to be paid $23,000,000 in cash and PwC has agreed to pay or cause to be paid $1,750,000 in cash for a total of $24,750,000 (the "Settlement Fund").  The Settlement Fund, plus interest earned from the date it is established, less costs, fees, and expenses (the "Net Settlement Fund"), will be divided among all eligible Class Members who send in valid Proofs of Claim ("Authorized Claimants").  Costs, fees, and expenses include Court-approved attorneys' fees and expenses, the costs of notifying Class Members, including the costs of printing and mailing this Notice and the cost of publishing newspaper notice, the costs of claims administration, and taxes on the Settlement Fund.

### 9.     How much will my payment be?

Your share of the Net Settlement Fund will depend on the number of valid Proofs of Claim that Class Members send in and how many shares of Celera common stock you purchased or otherwise acquired during the relevant period and when you bought and sold them.

For purposes of determining the amount an Authorized Claimant may recover under the Plan of Allocation, Lead Plaintiff's counsel conferred with their damages consultants and the Plan of Allocation reflects an assessment of damages that they believe could have been recovered had Lead Plaintiff prevailed at trial.

Each Authorized Claimant will receive an amount equal to the Authorized Claimant's claim, as defined below, if there are sufficient funds in the Net Settlement Fund.  If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total claim of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's claim bears to the total of the claims of all Authorized Claimants.  Payment in this manner shall be deemed conclusive against all Authorized Claimants.

The calculation of claims below is not an estimate of the amount you will receive.  It is a formula for allocating the Net Settlement Fund among all Authorized Claimants.

The allocation below is based on the following market adjusted price declines as well as the statutory PSLRA 90-day look-back amount of $6.28:

February 18, 2009 Price Decline:     $2.41

July 23, 2009 Price Decline:     $2.25

A claim will be calculated as follows:

---

[3]     This includes purchasers of Celera Group common stock, a tracking stock of Applera Corporation, which traded on the New York Stock Exchange (NYSE) under the ticker CRA, and purchasers of Celera common stock after it split-off from Applera Corporation on July 1, 2008 to become an independent public company traded on the National Association of Securities Dealers Automatic Quotation System (NASDAQ) under the ticker CRA.

A.   For shares of Celera common stock *purchased, or acquired, on or between April 24, 2008 through February 17, 2009*, the claim per share shall be as follows:

(a)   If sold prior to February 18, 2009, the claim per share is zero.

(b)   If sold on, or between, February 18, 2009 through July 22, 2009, the claim per share shall be the lesser of (i) $2.41(February 18, 2009 Price Decline), or (ii) the difference between the purchase price and the selling price.

(c)   If retained at the end of July 22, 2009 and sold before October 20, 2009, the claim per share shall be the lesser of (i) $4.66 (February 18, 2009 and July 23, 2009 Price Declines), or (ii) the difference between the purchase price and the selling price, or (iii) the difference between the purchase price per share and the average closing price per share up to the date of sale as set forth in the table below.

(d)   If retained, or sold, on or after October 20, 2009, the claim per share shall be the lesser of (i) $4.66 (February 18, 2009 and July 23, 2009 Price Declines), or (ii) the difference between the purchase price per share and $6.28 per share.

B.   For shares of Celera common stock *purchased, or acquired, on or between February 18, 2009 through July 22, 2009*, the claim per share shall be as follows:

(a)   If sold prior to July 23, 2009, the claim per share is zero.

(b)   If retained at the end of July 22, 2009 and sold before October 20, 2009, the claim per share shall be the lesser of (i) $2.25 (July 23, 2009 Price Decline), or (ii) the difference between the purchase price and the selling price, or (iii) the difference between the purchase price per share and the average closing price per share up to the date of sale as set forth in the table below.

(c)   If retained, or sold, on or after October 20, 2009, the claim per share shall be the lesser of (i) $2.25 (July 23, 2009 Price Decline), or (ii) the difference between the purchase price per share and $6.28 per share.

| Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price |
|---|---|---|---|---|---|
| 23-Jul-09 | $5.83 | $5.83 | 8-Sep-09 | $6.50 | $6.22 |
| 24-Jul-09 | $5.98 | $5.91 | 9-Sep-09 | $6.50 | $6.23 |
| 27-Jul-09 | $6.04 | $5.95 | 10-Sep-09 | $6.47 | $6.23 |
| 28-Jul-09 | $5.96 | $5.95 | 11-Sep-09 | $6.45 | $6.24 |
| 29-Jul-09 | $5.97 | $5.96 | 14-Sep-09 | $6.38 | $6.24 |
| 30-Jul-09 | $6.01 | $5.97 | 15-Sep-09 | $6.45 | $6.25 |
| 31-Jul-09 | $6.00 | $5.97 | 16-Sep-09 | $6.50 | $6.25 |
| 3-Aug-09 | $5.99 | $5.97 | 17-Sep-09 | $6.51 | $6.26 |
| 4-Aug-09 | $6.03 | $5.98 | 18-Sep-09 | $6.18 | $6.26 |
| 5-Aug-09 | $6.03 | $5.98 | 21-Sep-09 | $6.26 | $6.26 |
| 6-Aug-09 | $5.93 | $5.98 | 22-Sep-09 | $6.41 | $6.26 |
| 7-Aug-09 | $5.91 | $5.97 | 23-Sep-09 | $6.39 | $6.27 |
| 10-Aug-09 | $5.95 | $5.97 | 24-Sep-09 | $6.22 | $6.26 |
| 11-Aug-09 | $6.09 | $5.98 | 25-Sep-09 | $6.33 | $6.27 |
| 12-Aug-09 | $6.13 | $5.99 | 28-Sep-09 | $6.37 | $6.27 |
| 13-Aug-09 | $6.15 | $6.00 | 29-Sep-09 | $6.35 | $6.27 |
| 14-Aug-09 | $5.99 | $6.00 | 30-Sep-09 | $6.24 | $6.27 |
| 17-Aug-09 | $5.98 | $6.00 | 1-Oct-09 | $6.09 | $6.27 |
| 18-Aug-09 | $6.06 | $6.00 | 2-Oct-09 | $5.97 | $6.26 |
| 19-Aug-09 | $6.24 | $6.01 | 5-Oct-09 | $6.11 | $6.26 |
| 20-Aug-09 | $6.51 | $6.04 | 6-Oct-09 | $6.28 | $6.26 |
| 21-Aug-09 | $6.70 | $6.07 | 7-Oct-09 | $6.14 | $6.26 |
| 24-Aug-09 | $6.58 | $6.09 | 8-Oct-09 | $6.25 | $6.26 |
| 25-Aug-09 | $6.74 | $6.12 | 9-Oct-09 | $6.48 | $6.26 |
| 26-Aug-09 | $6.68 | $6.14 | 12-Oct-09 | $6.37 | $6.26 |
| 27-Aug-09 | $6.61 | $6.16 | 13-Oct-09 | $6.35 | $6.26 |
| 28-Aug-09 | $6.55 | $6.17 | 14-Oct-09 | $6.56 | $6.27 |
| 31-Aug-09 | $6.54 | $6.19 | 15-Oct-09 | $6.62 | $6.27 |
| 1-Sep-09 | $6.34 | $6.19 | 16-Oct-09 | $6.67 | $6.28 |
| 2-Sep-09 | $6.31 | $6.19 | 19-Oct-09 | $6.47 | $6.28 |
| 3-Sep-09 | $6.35 | $6.20 | 20-Oct-09 | $6.21 | $6.28 |
| 4-Sep-09 | $6.50 | $6.21 | | | |

For Class Members who held Celera common stock at the beginning of the Class Period or made multiple purchases, acquisitions, or sales during the Class Period, the first-in, first-out ("FIFO") method will be applied to such

4

holdings, purchases, acquisitions and sales for purposes of calculating a claim. Under the FIFO method, sales of Celera common stock during the Class Period will be matched in chronological order, first against common stock held at the beginning of the Class Period. The remaining sales of Celera common stock during the Class Period will then be matched, in chronological order, against like Celera common stock purchased during the Class Period.

An Authorized Claimant will be eligible to receive a distribution from the Net Settlement Fund only if a Class Member had a net loss, after all profits from transactions in Celera common stock during the Class Period are subtracted from all losses. However, the proceeds from sales of Celera common stock which have been matched against Celera common stock held at the beginning of the Class Period will not be used in the calculation of such net loss.

The Court has reserved jurisdiction to allow, disallow or adjust the claim of any Class Member on equitable grounds.

Payment pursuant to the Plan of Allocation set forth above shall be conclusive against all Authorized Claimants. No Person shall have any claim against Lead Plaintiff, any counsel for Lead Plaintiff, any claims administrator or other Person designated by Lead Plaintiff's counsel or Defendants and/or the Related Parties and/or the Released Persons and/or their counsel based on distributions made substantially in accordance with the Stipulation and the settlement contained therein, the Plan of Allocation, or further orders of the Court. All Class Members who fail to complete and file a valid and timely Proof of Claim shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Stipulation, including the terms of any judgment entered and the releases given.

## HOW YOU GET A PAYMENT – SUBMITTING A CLAIM FORM

### 10. How will I get a payment?

To qualify for a payment, you must send in a Proof of Claim. A Proof of Claim is enclosed with this Notice or it can be downloaded at www.celerasecuritiessettlement.com. Read the instructions carefully, fill out the form, include all the documents the form asks for, sign it, and mail it in the enclosed envelope or submit it online no later than June 28, 2015. The claim form may be submitted online at www.celerasecuritiessettlement.com.

### 11. When would I get my payment?

The Court will hold a hearing on July 16, 2015 at 9:00 a.m., to decide whether to approve the settlement.[4] If Judge Davila approves the settlement, there may be appeals. It is always uncertain whether these appeals can be resolved favorably, and resolving them can take time, perhaps more than a year. It also takes time for all the claim forms to be processed. If there are no appeals and depending on the number of claims submitted, the Claims Administrator could distribute the Net Settlement Fund as early as nine months after the fairness hearing. Please be patient.

### 12. What am I giving up to get a payment or stay in the Class?

Unless you exclude yourself, you are staying in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants about the same issues in this case or about issues that could have been asserted in this case. It also means that all of the Court's orders will apply to you and legally bind you and you will release your Released Claims in this case against Defendants and their Related Parties. "Released Claims" means any and all claims, against Defendants and their Related Parties, based upon or arising out of both (a) the facts, transactions, events, occurrences, disclosures, statements, acts, omissions or failures to act which were or could have been alleged in the Litigation, and (b) the purchase or acquisition of Celera common stock by any Class Member during the Class Period. For avoidance of doubt, Released Claims do not include any derivative claims or ERISA claims, or claims to enforce the settlement.

"Related Parties" means each of a Defendant's past or present directors, officers, employees, partners, insurers, co-insurers, reinsurers, controlling shareholders, attorneys, accountants or auditors, personal or legal representatives, predecessors, successors, direct or indirect parents, direct or indirect subsidiaries, divisions, joint ventures, agents, assigns, spouses, heirs, executors, estates, administrators, related or affiliated entities, any entity in which a Defendant has a controlling interest, any members of any Individual Defendant's immediate family, or any trust of which any Individual Defendant is the settlor or which is for the benefit of any Individual Defendant or his or her family.

---

[4] The date and/or time of the Court hearing on the fairness of the settlement may change without further notice to the Class. If you plan on attending the Court hearing, please check the website, www.celerasecuritiessettlement.com or call Rick Nelson, Shareholder Relations representative of Lead Counsel at 1-800-449-4900 to confirm the date and/or time has not changed.