# EXHIBIT 26

**THE SETTLEMENT BENEFITS – WHAT YOU GET**

**8.      What does the settlement provide?**

The Defendants have agreed to cause to be paid $1,100,000 in cash (the "Settlement Fund"). The Settlement Fund, plus interest earned from the date it is established, less costs, fees, and expenses (the "Net Settlement Fund"), will be divided among all eligible Class Members who send in valid Proofs of Claim ("Authorized Claimants").  Costs, fees, and expenses include Court-approved attorneys' fees and expenses, the time and expenses of Lead Plaintiff approved by the Court, the costs of notifying Class Members, including the costs of printing and mailing this Notice and the cost of publishing newspaper notice, the costs of claims administration, and taxes on the Settlement Fund.

**9.      How much will my payment be?**

Your share of the Net Settlement Fund will depend on the number of valid Proofs of Claim that Class Members send in and how many shares of ECOtality common stock you purchased during the relevant period and when you bought and sold them.

For purposes of determining the amount an Authorized Claimant may recover under the Plan of Allocation, Lead Plaintiff's counsel conferred with their damages consultant and the Plan of Allocation reflects an assessment of damages that they believe could have been recovered had Lead Plaintiff prevailed at trial.

In the unlikely event there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's claim, as defined below.  If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total claim of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's claim bears to the total of the claims of all Authorized Claimants.  Payment in this manner shall be deemed conclusive against all Authorized Claimants.

978712_5      NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION - 3:13-cv-03791-SC      - 8 -

The calculation of claims below is not an estimate of the amount you will receive.  It is a formula for allocating the Net Settlement Fund among all Authorized Claimants.[5]

Class Period:  April 16, 2013 – August 12, 2013

The allocation is based on the August 12, 2013 price decline of $1.16.

1.    For shares of ECOtality common stock *purchased on or between April 16, 2013 through August 11, 2013*, the claim per share shall be as follows:

a)    If sold prior to August 12, 2013, the claim per share is $0.00.

b)    If retained, or sold, on or after August 12, 2013, the claim per share shall be the lesser of: (i) $1.16 (August 12, 2013 price decline), or (ii) the difference between the purchase price per share and $0.31 per share (August 12, 2013 closing price), or (iii) the difference between the purchase price per share the sales price per share.

2.    For shares of ECOtality common stock *purchased on August 12, 2013*, the claim per share shall be $0.00.[6]

For Class Members who held ECOtality common stock at the beginning of the Class Period or made multiple purchases or sales during the Class Period, the first-in, first-out ("FIFO") method will be applied to such holdings, purchases, and sales for purposes of calculating a claim.  Under the FIFO method, sales of ECOtality common stock during the Class Period will be matched in chronological order, first against common stock held at the beginning of the Class Period.  The remaining sales of ECOtality common stock during the Class Period will then be matched, in chronological order, against ECOtality common stock purchased during the Class Period.

An Authorized Claimant will be eligible to receive a distribution from the Net Settlement Fund only if a Class Member had a net loss, after all profits from transactions in ECOtality common stock during the Class Period are subtracted from all losses.  However, the proceeds from sales of

---

[5]    If any of the formulas set forth below yield an amount less than $0.00 the claim per share is $0.00.

[6]    Please note that although the Class Period includes August 12, 2013, shares of ECOtality common stock that were purchased on August 12, 2013 are not eligible for a recovery under the Plan of Allocation because the disclosure made on August 12, 2013 that Lead Plaintiff alleges corrected earlier alleged misrepresentations and omissions was made before the opening of trading that day.

978712_5          NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION - 3:13-cv-03791-SC                    - 9 -

ECOtality common stock which have been matched against ECOtality common stock held at the beginning of the Class Period will not be used in the calculation of such net loss.

The Court has reserved jurisdiction to allow, disallow or adjust the claim of any Class Member on equitable grounds.

Payment pursuant to the Plan of Allocation set forth above shall be conclusive against all Authorized Claimants. No Person shall have any claim against Lead Plaintiff, any counsel for Lead Plaintiff, any claims administrator or other Person designated by Lead Plaintiff's counsel, Defendants, the Related Parties, the Released Persons, or counsel for Defendants based on distributions made substantially in accordance with the Stipulation and the settlement contained therein, the Plan of Allocation, or further orders of the Court. All Class Members who fail to complete and file a valid and timely Proof of Claim shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Stipulation, including the terms of any judgment entered and the releases given.

### HOW YOU GET A PAYMENT – SUBMITTING A CLAIM FORM

**10.    How will I get a payment?**

To qualify for a payment, you must send in a Proof of Claim. A Proof of Claim is enclosed with this Notice or it can be downloaded at www.ecotalitysecuritieslitigation.com. Read the instructions carefully, fill out the form, include all the documents the form asks for, sign it, and mail it in the enclosed envelope or submit it online no later than _____, 2015. The claim form may be submitted online at www.ecotalitysecuritieslitigation.com.

**11.    When would I get my payment?**

The Court will hold a hearing on _____, 2015, at _____, to decide whether to approve the settlement.[7] If Judge Conti approves the settlement, there may be appeals. It is always uncertain whether these appeals can be resolved favorably, and resolving them can take time, perhaps more

---

[7]    The date and/or time of the Court hearing on the fairness of the settlement may change without further notice to the Class. If you plan on attending the Court hearing, please check the website, www.ecotalitysecuritieslitigation.com or call Rick Nelson, Shareholder Relations representative of Lead Counsel at 1-800-449-4900 to confirm that the date and/or time has not changed.

978712_5    NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION - 3:13-cv-03791-SC    - 10 -