# EXHIBIT 27

Defendants have agreed to pay $8,000,000 in cash into the Settlement Fund. The balance of this fund, after payment of court-approved attorneys' fees and expenses, taxes, and the costs of claims administration, including the costs of printing and mailing this Notice and the cost of publishing newspaper notice (the "Net Settlement Fund"), will be divided among all Class Members who submit valid claim forms.

### PLAN OF ALLOCATION OF NET SETTLEMENT FUND AMONG SETTLEMENT CLASS MEMBERS

**9. How much will my payment be?**

If you are entitled to a payment, your share of the Net Settlement Fund will depend on the number of valid claim forms that Class Members submit, how many shares of Impax common stock you purchased and at what price(s), and when you bought and sold your Impax shares. By following the Plan of Allocation described below, you can calculate your "Recognized Loss." The Claims Administrator will distribute the Net Settlement Fund according to the Plan of Allocation after the deadline for submission of Proof of Claim and Release forms has passed.

The Claims Administrator will determine each Class Member's *pro rata* share of the Net Settlement Fund based upon each Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Class Members pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Class Members with valid claims.

**10. The Basis for the Calculation of Your Recognized Loss**

The Net Settlement Fund will be distributed to Class Members who submit valid, timely claim forms ("Authorized Claimants") under the following Plan of Allocation proposed by Lead Plaintiff.

### PLAN OF ALLOCATION

Lead Counsel has consulted with a damages consultant and developed the Plan of Allocation to calculate how Class Members will share in the Net Settlement Fund. Defendants have had, and will have, no involvement or responsibility for the terms or application of the Plan of Allocation set forth here.

A "Recognized Loss" will be calculated for each Authorized Claimant, as listed in the claim form and for which adequate documentation is provided. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss. If, however, as expected, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant will be

paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total of the Recognized Losses of all Authorized Claimants – thus, the Class Member's *pro rata* share of the Net Settlement Fund. Receipt of these monies by each Authorized Claimant will be deemed full and complete payment from the Settlement of his/her/its Recognized Loss.

Computation of an Authorized Claimant's Recognized Loss reflects price changes of Impax common stock in reaction to certain public announcements regarding Impax, or other Company information unrelated to the alleged fraud, based on the allegations in the Consolidated Class Action Complaint for Violations of the Federal Securities Laws filed on September 13, 2013 and the evidence developed in support thereof.

For Class Members who held shares of Impax common stock at the beginning of the Class Period, or who made multiple purchases, acquisitions or sales during the Class Period, the first-in, first-out ("FIFO") method will be applied to such holdings, purchases, and sales for purposes of calculating a Recognized Loss. Under the FIFO method, shares of Impax common stock sold during the Class Period will be matched first against shares held at the beginning of the Class Period. The sale of any remaining shares during the Class Period will then be matched in chronological order against shares purchased during the Class Period.

Transactions during the Class Period resulting in a gain will be netted against the Authorized Claimant's transactions resulting in a loss to arrive at the Recognized Loss. However, the proceeds from sales of stock which have been matched against stock held at the beginning of the Class Period will not be used in the calculation of Recognized Loss.

If a Class Member acquired Impax common stock by way of gift, inheritance, or operation of law, such a claim will be computed by using the date and price of the original purchase and not the date and price of transfer. In such instances, the recipient must provide documentation of the original purchase in addition to the transfer.

A payment to any Class Member that would amount to less than $10.00 in total will not be included in the calculation of the Net Settlement Fund, and no payment to these Class Members will be distributed.

An Authorized Claimant's Recognized Loss will be calculated as follows:

For each share of Impax common stock purchased or otherwise acquired during the period June 6, 2011 through March 4, 2013, and:

 i. sold on or before March 4, 2013, the Recognized Loss will be zero.[2]

 ii. sold between March 5, 2013 and May 31, 2013, inclusive, the Recognized Loss will be the lesser of: (a) $5.36 per share; or (b) the difference between the purchase price per share and the mean closing price per share up to the date of sale as set forth in Table A below.

---

[2] A purchase or sale of shares of Impax common stock shall be deemed to have occurred on the "contract" or "trade" dated as opposed to the "settlement" or "payment" date.

iii. retained at the close of trading on May 31, 2013, the Recognized Loss will be the lesser of: (a) $5.36 per share; or (b) the difference between the purchase price per share and $16.86.

| TABLE A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Mean Closing Price** | | **Date** | **Mean Closing Price** | | **Date** | **Mean Closing Price** | |
| 3/5/2013 | $14.80 | | 4/4/2013 | $15.81 | | 5/3/2013 | $16.29 | |
| 3/6/2013 | $15.29 | | 4/5/2013 | $15.83 | | 5/6/2013 | $16.31 | |
| 3/7/2013 | $15.52 | | 4/8/2013 | $15.84 | | 5/7/2013 | $16.31 | |
| 3/8/2013 | $15.80 | | 4/9/2013 | $15.85 | | 5/8/2013 | $16.31 | |
| 3/11/2013 | $16.02 | | 4/10/2013 | $15.88 | | 5/9/2013 | $16.31 | |
| 3/12/2013 | $16.14 | | 4/11/2013 | $15.90 | | 5/10/2013 | $16.33 | |
| 3/13/2013 | $16.17 | | 4/12/2013 | $15.92 | | 5/13/2013 | $16.36 | |
| 3/14/2013 | $16.18 | | 4/15/2013 | $15.92 | | 5/14/2013 | $16.39 | |
| 3/15/2013 | $16.14 | | 4/16/2013 | $15.93 | | 5/15/2013 | $16.42 | |
| 3/18/2013 | $16.09 | | 4/17/2013 | $15.94 | | 5/16/2013 | $16.47 | |
| 3/19/2013 | $16.04 | | 4/18/2013 | $15.95 | | 5/17/2013 | $16.50 | |
| 3/20/2013 | $16.03 | | 4/19/2013 | $15.97 | | 5/20/2013 | $16.54 | |
| 3/21/2013 | $15.99 | | 4/22/2013 | $16.00 | | 5/21/2013 | $16.57 | |
| 3/22/2013 | $15.96 | | 4/23/2013 | $16.05 | | 5/22/2013 | $16.61 | |
| 3/25/2013 | $15.93 | | 4/24/2013 | $16.09 | | 5/23/2013 | $16.65 | |
| 3/26/2013 | $15.91 | | 4/25/2013 | $16.13 | | 5/24/2013 | $16.68 | |
| 3/27/2013 | $15.88 | | 4/26/2013 | $16.17 | | 5/28/2013 | $16.73 | |
| 3/28/2013 | $15.85 | | 4/29/2013 | $16.20 | | 5/29/2013 | $16.78 | |
| 4/1/2013 | $15.82 | | 4/30/2013 | $16.23 | | 5/30/2013 | $16.82 | |
| 4/2/2013 | $15.80 | | 5/1/2013 | $16.26 | | 5/31/2013 | $16.86 | |
| 4/3/2013 | $15.80 | | 5/2/2013 | $16.28 | | | | |

## HOW YOU RECEIVE A PAYMENT – SUBMITTING A CLAIM FORM

**11.     How will I receive a payment?**

To qualify for payment, you must be an eligible Class Member and you must submit a Proof of Claim and Release form. This form is enclosed with this Notice. Read the instructions carefully, fill out the form, include all the documents the form requests, sign it, and mail it in an envelope postmarked no later than _____, 2015. Retain a copy of everything you mail, in case the materials are lost or destroyed during shipping.

**12.     When will I receive my payment?**

10