# EXHIBIT 31

including the costs of printing and mailing this Notice and the cost of publishing newspaper notice, the costs of claims administration, and taxes on the Settlement Fund.

**9.     How much will my payment be?**

Your share of the Net Settlement Fund will depend on the number of valid Proofs of Claim that Class Members send in and how many Cadence Publicly Traded Securities you purchased during the relevant period and when you bought and sold them.

For purposes of determining the amount an Authorized Claimant may recover under the Plan of Allocation, Lead Plaintiff's counsel conferred with their damage consultants and the Plan of Allocation reflects an assessment of damages that they believe could have been recovered had Lead Plaintiff prevailed at trial.

In the unlikely event there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's claim, as defined below. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total claim of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's claim bears to the total of the claims of all Authorized Claimants. Payment in this manner shall be deemed conclusive against all Authorized Claimants.

A "Claim" will be calculated as follows:

The allocation below is based on the following price declines as well as the statutory PSLRA 90-day look-back amount of $3.80:

| | |
|---|---|
| October 23, 2008 Price Decline: | $1.10 |
| December 11, 2008 Price Decline: | $0.89 |

### *COMMON STOCK (CUSIP: 127387108)*

1.     For shares of Cadence common stock *purchased on or between April 23, 2008 through October 22, 2008*, the claim per share shall be as follows:

      (a)     If sold prior to October 23, 2008, the claim per share is zero.

(b)     If sold on October 23, 2008 through December 10, 2008, the claim per share shall be the lesser of (i) $1.10 (October 23, 2008 Price Decline), or (ii) the difference between the purchase price and the selling price.

(c)     If retained at the end of December 10, 2008 and sold before March 11, 2009, the claim per share shall be the lesser of (i) $1.99 (October 23, 2008 and December 11, 2008 Price Declines), or (ii) the difference between the purchase price and the selling price, or (iii) the difference between the purchase price per share and the average closing price per share up to the date of sale as set forth in the table below.

(d)     If retained, or sold, on or after March 11, 2009, the claim per share shall be the lesser of (i) $1.99 (October 23, 2008 and December 11, 2008 Price Declines), or (ii) the difference between the purchase price per share and $3.80 per share.

2.     For shares of Cadence common stock *purchased on or between October 23, 2008 through December 10, 2008*, the claim per share shall be as follows:

(a)     If sold prior to December 11, 2008, the claim per share is zero.

(b)     If retained at the end of December 10, 2008 and sold before March 11, 2009, the claim per share shall be the lesser of (i) $0.89 (December 11, 2008 Price Decline), or (ii) the difference between the purchase price and the selling price, or (iii) the difference between the purchase price per share and the average closing price per share up to the date of sale as set forth in the table below.

(c)     If retained, or sold, on or after March 11, 2009, the claim per share shall be the lesser of (i) $1.99 (October 23, 2008 and December 11, 2008 Price Declines), or (ii) the difference between the purchase price per share and $3.80 per share.

*CALL OPTIONS*

1.     For call options on Cadence common stock *purchased* from *April 23, 2008 through December 10, 2008*, and

(a)     *held* at the end of October 22, 2008 and/or December 10, 2008, the claim per call option is the difference between the price paid for the call option less the proceeds received upon the settlement of the call option contract;

(b)      *not held* at the end of October 22, 2008 and/or December 10, 2008, the claim per call option is $0.

2.      For call options on Cadence common stock *written* from *April 23, 2008 through December 10, 2008*, the claim per call option is $0.

### *PUT OPTIONS*

1.      For put options on Cadence common stock *written* from *April 23, 2008 through December 10, 2008*, and

(a)      *held* at the end of October 22, 2008 and/or December 10, 2008, the claim per put option is the difference between the price paid upon settlement of the put option contract less the initial proceeds received upon the sale of the put option contract;

(b)      *not held* at the end of October 22, 2008 and/or December 10, 2008, the claim per put option is $0.

2.      For put options on Cadence common stock *purchased* from *April 23, 2008 through December 10, 2008*, the claim per put option is $0.

Note:  In the case the option was exercised for Cadence common stock, the amount paid, or proceeds received, upon the settlement of the option contract equals the intrinsic value of the option using Cadence common stock's closing price on the date the option was exercised.

Note:  The combined recovery for the put/call options shall not exceed 3% of the Net Settlement Fund.

### *Section 10(b) Claims – 1.375% Notes due December 15, 2011 (CUSIP: 127387AF5)*

1.      For Cadence 1.375% Notes *purchased on April 23, 2008 through October 22, 2008*, and

(a)      sold prior to October 23, 2008, the claim per Note is $0.

(b)      sold on October 23, 2008 through December 10, 2008, the claim per Note is the purchase price less the sales price.

(c)      retained at the end of December 10, 2008, the claim per Note is the purchase price less $600.00 (December 11, 2008 Price).

2.      For Cadence 1.375% Notes *purchased on October 23, 2008 through December 10, 2008*, and

(a) sold prior to December 11, 2008, the claim per Note is $0.

(b) retained at the end of December 10, 2008, the claim per Note is the purchase price less $600.00 (December 11, 2008 Price).

*Section 10(b) Claims – 1.5% Notes due December 15, 2011 (CUSIP: 127387AD0)*

1. For Cadence 1.5% Notes *purchased on April 23, 2008 through October 22, 2008*, and

(a) sold prior to October 23, 2008, the claim per Note is $0.

(b) sold on October 23, 2008 through December 10, 2008, the claim per Note is the purchase price less the sales price.

(c) retained at the end of December 10, 2008, the claim per Note is the purchase price less $442.50 (December 16, 2008 Price).

2. For Cadence 1.5% Notes *purchased on October 23, 2008 through December 10, 2008*, and

(a) sold prior to December 11, 2008, the claim per Note is $0.

(b) retained at the end of December 10, 2008, the claim per Note is the purchase price less $442.50 (December 16, 2008 Price).

Note:  The combined recovery for the Notes shall not exceed 2% of the Net Settlement Fund.

| *Date* | *Closing Price* | *Average Closing Price* |
|---|---|---|
| 12/11/2008 | $3.04 | $3.04 |
| 12/12/2008 | $2.73 | $2.89 |
| 12/15/2008 | $2.61 | $2.79 |
| 12/16/2008 | $3.11 | $2.87 |
| 12/17/2008 | $3.26 | $2.95 |
| 12/18/2008 | $3.18 | $2.99 |
| 12/19/2008 | $3.29 | $3.03 |
| 12/22/2008 | $3.29 | $3.06 |
| 12/23/2008 | $3.22 | $3.08 |
| 12/24/2008 | $3.23 | $3.10 |
| 12/26/2008 | $3.26 | $3.11 |
| 12/29/2008 | $3.28 | $3.13 |
| 12/30/2008 | $3.40 | $3.15 |
| 12/31/2008 | $3.66 | $3.18 |
| 1/2/2009 | $3.84 | $3.23 |
| 1/5/2009 | $3.98 | $3.27 |
| 1/6/2009 | $4.17 | $3.33 |
| 1/7/2009 | $4.03 | $3.37 |

| Date | Closing Price | Average Closing Price |
|---|---|---|
| 1/8/2009 | $4.12 | $3.41 |
| 1/9/2009 | $4.29 | $3.45 |
| 1/12/2009 | $4.12 | $3.48 |
| 1/13/2009 | $4.11 | $3.51 |
| 1/14/2009 | $4.07 | $3.53 |
| 1/15/2009 | $3.94 | $3.55 |
| 1/16/2009 | $3.99 | $3.57 |
| 1/20/2009 | $3.63 | $3.57 |
| 1/21/2009 | $3.79 | $3.58 |
| 1/22/2009 | $3.53 | $3.58 |
| 1/23/2009 | $3.86 | $3.59 |
| 1/26/2009 | $3.90 | $3.60 |
| 1/27/2009 | $4.06 | $3.61 |
| 1/28/2009 | $4.18 | $3.63 |
| 1/29/2009 | $4.01 | $3.64 |
| 1/30/2009 | $3.78 | $3.65 |
| 2/2/2009 | $3.64 | $3.65 |
| 2/3/2009 | $3.68 | $3.65 |
| 2/4/2009 | $3.65 | $3.65 |
| 2/5/2009 | $4.20 | $3.66 |
| 2/6/2009 | $4.50 | $3.68 |
| 2/9/2009 | $4.55 | $3.70 |
| 2/10/2009 | $4.26 | $3.72 |
| 2/11/2009 | $4.30 | $3.73 |
| 2/12/2009 | $4.35 | $3.75 |
| 2/13/2009 | $4.23 | $3.76 |
| 2/17/2009 | $4.01 | $3.76 |
| 2/18/2009 | $3.86 | $3.77 |
| 2/19/2009 | $3.94 | $3.77 |
| 2/20/2009 | $3.85 | $3.77 |
| 2/23/2009 | $3.79 | $3.77 |
| 2/24/2009 | $3.98 | $3.78 |
| 2/25/2009 | $4.11 | $3.78 |
| 2/26/2009 | $4.25 | $3.79 |
| 2/27/2009 | $4.20 | $3.80 |
| 3/2/2009 | $3.97 | $3.80 |
| 3/3/2009 | $3.83 | $3.80 |
| 3/4/2009 | $3.83 | $3.80 |
| 3/5/2009 | $3.73 | $3.80 |
| 3/6/2009 | $3.70 | $3.80 |
| 3/9/2009 | $3.60 | $3.80 |
| 3/10/2009 | $3.83 | $3.80 |

For Class Members who held Cadence Publicly Traded Securities at the beginning of the Class Period or made multiple purchases or sales during the Class Period, the first-in, first-out ("FIFO") method will be applied to such holdings, purchases, and sales for purposes of calculating a

claim.  Under the FIFO method, sales of Cadence Publicly Traded Securities during the Class Period will be matched against the same type of security, in chronological order, first against securities held at the beginning of the Class Period.  The remaining sales of Cadence Publicly Traded Securities during the Class Period will then be matched, in chronological order, against like Cadence Publicly Traded Securities purchased during the Class Period.

An Authorized Claimant will be eligible to receive a distribution from the Net Settlement Fund only if a Class Member had a net loss, after all profits from transactions in Cadence Publicly Traded Securities during the Class Period are subtracted from all losses.  However, the proceeds from sales of Cadence Publicly Traded Securities which have been matched against Cadence Publicly Traded Securities held at the beginning of the Class Period will not be used in the calculation of such net loss.

The Court has reserved jurisdiction to allow, disallow or adjust the claim of any Class Member on equitable grounds.

Payment pursuant to the Plan of Allocation set forth above shall be conclusive against all Authorized Claimants.  No Person shall have any claim against Lead Plaintiff, any Plaintiffs' counsel, any claims administrator or other Person designated by Lead Plaintiff's counsel or Defendants and/or the Related Parties and/or the Released Persons and/or their counsel based on distributions made substantially in accordance with the Stipulation and the settlement contained therein, the Plan of Allocation, or further orders of the Court.  All Class Members who fail to complete and file a valid and timely Proof of Claim shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Stipulation, including the terms of any judgment entered and the releases given.

### HOW YOU GET A PAYMENT – SUBMITTING A CLAIM FORM

10.     How will I get a payment?

To qualify for a payment, you must send in a Proof of Claim.  A Proof of Claim is enclosed with this Notice.  Read the instructions carefully, fill out the form, include all the documents the