# EXHIBIT 32

Settlement Fund") will be divided among all eligible Settlement Class Members who send in valid claim forms.

### 9. How Much Will My Payment Be?

Your share of the Net Settlement Fund will depend on the number of valid claim forms that Settlement Class Members send in and the number of shares of Accuray common stock you purchased during the relevant period and when you bought and sold them. As discussed above in answer to Question 2, Lead Plaintiffs contend that, during the Settlement Class Period, Defendants misrepresented and/or failed to disclose certain important facts about Accuray's business and financial condition. Lead Plaintiffs assert that, as a result, the price of Accuray common stock was "artificially inflated" during the Settlement Class Period and Settlement Class Members paid more for Accuray common stock than they would have if the truth was known. The Plan of Allocation described below is based on this damage theory. As noted above in answer to Question 2, Defendants deny all of these contentions.

A claim will be calculated based on the following inflation per share amounts for Settlement Class Period common stock purchases and sales, as well as the statutory PSLRA 90-day look-back amount of $6.97:

TABLE 1

| Inflation Period | Inflation Per Share | Inflation Period | Inflation Per Share |
|---|---|---|---|
| 2/7/2007 - 8/16/2007 | $9.38 | 9/19/2007 | $5.23 |
| 8/17/2007 | $4.53 | 9/20/2007 | $4.94 |
| 8/20/2007 | $4.83 | 9/21/2007 | $5.66 |
| 8/21/2007 | $4.62 | 9/24/2007 - 10/26/2007 | $6.06 |
| 8/22/2007 | $4.26 | 10/29/2007 | $7.42 |
| 8/23/2007 | $3.88 | 10/30/2007-11/7/2007 | $7.53 |
| 8/24/2007 | $4.26 | 11/8/2007 - 12/11/2007 | $6.06 |
| 8/27/2007 | $4.12 | 12/12/2007 | $6.03 |
| 8/28/2007 | $4.18 | 12/13/2007 | $5.91 |
| 8/29/2007 | $1.48 | 12/14/2007 | $5.65 |
| 8/30/2007 | $4.81 | 12/17/2007 | $5.40 |
| 8/31/2007 | $4.91 | 12/18/2007 - 12/20/07 | $6.06 |
| 9/4/2007 | $4.30 | 12/21/2007 | $5.95 |

S:\eFiling\Accuray\Settlement\Revised Proposed Preliminary Approval Filing 2-2-11\Exhibit A1 Notice of Pendency and Proposed Settlement of Class Action.DOC

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION - 4:09-cv-03362-CW

- 8 -

| 9/5/2007 | $4.90 | 12/24/2007 - 1/25/2008 | $6.06 |
|---|---|---|---|
| 9/6/2007 | $4.19 | 1/28/2008 | $6.00 |
| 9/7/2007 | $4.63 | 1/29/2008 - 1/30/2008 | $6.06 |
| 9/10/2007 | $4.68 | 1/31/2008 - 4/29/2008 | $1.02 |
| 9/11/2007 | $4.73 | 4/30/2008 - 8/13/2008 | $0.81 |
| 9/12/2007 | $4.63 | 8/14/2008 | $0.57 |
| 9/13/2007 | $4.63 | 8/15/2008 | $0.29 |
| 9/14/2007 | $4.75 | 8/18/2008 | $0.07 |
| 9/17/2007 | $4.76 | 8/19/2008 | $0.16 |
| 9/18/2007 | $4.87 | | |

For shares of Accuray common stock *purchased on or between February 7, 2007 and August 19, 2008*, the claim per share shall be as follows:

(a)     If sold on or between February 7, 2007 and August 19, 2008, the claim per share shall be the lesser of: (i) the inflation per share at the time of purchase, as shown in Table 1, less the inflation per share at the time of sale, as shown in Table 1; or (ii) the difference between the purchase price and the sales price.

(b)     If held at the close of trading on August 19, 2008 and sold on or before November 16, 2008 the claim per share shall be the least of: (i) the inflation per share at the time of purchase, as shown in Table 1; (ii) the difference between the purchase price and the sales price; or (iii) the difference between the purchase price per share and the average closing price per share at the date of sale as set forth in Table 2 below.

(c)     If held on November 17, 2008, or sold thereafter, the claim per share shall be the lesser of: (i) the inflation per share at the time of purchase, as shown in Table 1; or (ii) the difference between the purchase price per share and $6.97 (the statutory PSLRA 90-day look-back amount).

TABLE 2

| Date | Average Closing Price |
|---|---|
| 20-Aug-08 | $7.71 |
| 21-Aug-08 | $7.73 |
| 22-Aug-08 | $7.84 |
| 25-Aug-08 | $7.78 |

S:\eFiling\Accuray\Settlement\Revised Proposed Preliminary Approval Filing 8-2-11\Exhibit A1 Notice of Pendency and Proposed Settlement of Class Action.DOC

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION - 4:09-cv-03362-CW

- 9 -

| | |
|---|---|
| 26-Aug-08 | $7.77 |
| 27-Aug-08 | $7.82 |
| 28-Aug-08 | $7.89 |
| 29-Aug-08 | $7.94 |
| 2-Sep-08 | $7.95 |
| 3-Sep-08 | $7.99 |
| 4-Sep-08 | $8.00 |
| 5-Sep-08 | $8.01 |
| 8-Sep-08 | $8.02 |
| 9-Sep-08 | $8.02 |
| 10-Sep-08 | $8.00 |
| 11-Sep-08 | $8.01 |
| 12-Sep-08 | $7.99 |
| 15-Sep-08 | $7.97 |
| 16-Sep-08 | $7.97 |
| 17-Sep-08 | $7.96 |
| 18-Sep-08 | $7.98 |
| 19-Sep-08 | $8.01 |
| 22-Sep-08 | $8.04 |
| 23-Sep-08 | $8.05 |
| 24-Sep-08 | $8.08 |
| 25-Sep-08 | $8.11 |
| 26-Sep-08 | $8.14 |
| 29-Sep-08 | $8.15 |
| 30-Sep-08 | $8.14 |
| 1-Oct-08 | $8.15 |
| 2-Oct-08 | $8.13 |
| 3-Oct-08 | $8.11 |
| 6-Oct-08 | $8.07 |
| 7-Oct-08 | $8.03 |
| 8-Oct-08 | $7.97 |
| 9-Oct-08 | $7.90 |
| 10-Oct-08 | $7.84 |
| 13-Oct-08 | $7.82 |
| 14-Oct-08 | $7.78 |
| 15-Oct-08 | $7.73 |
| 16-Oct-08 | $7.69 |
| 17-Oct-08 | $7.66 |
| 20-Oct-08 | $7.64 |
| 21-Oct-08 | $7.61 |
| 22-Oct-08 | $7.56 |
| 23-Oct-08 | $7.51 |
| 24-Oct-08 | $7.46 |
| 27-Oct-08 | $7.41 |
| 28-Oct-08 | $7.36 |
| 29-Oct-08 | $7.32 |
| 30-Oct-08 | $7.29 |
| 31-Oct-08 | $7.27 |

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION - 4:09-cv-03362-CW

S:\eFiling\Accuray\Settlement\Revised Proposed Preliminary Approval Filing 8-2-11\Exhibit A1 Notice of Pendency and Proposed Settlement of Class Action.DOC

- 10 -

| | |
|---|---|
| 3-Nov-08 | $7.26 |
| 4-Nov-08 | $7.25 |
| 5-Nov-08 | $7.24 |
| 6-Nov-08 | $7.22 |
| 7-Nov-08 | $7.18 |
| 10-Nov-08 | $7.15 |
| 11-Nov-08 | $7.11 |
| 12-Nov-08 | $7.07 |
| 13-Nov-08 | $7.04 |
| 14-Nov-08 | $7.01 |
| 17-Nov-08 | $6.97 |

The date of purchase or sale is the "contract" or "trade" date as distinguished from the "settlement" date.

For Settlement Class Members who made multiple purchases or sales during the Settlement Class Period, the first-in, first-out ("FIFO") method will be applied to such holdings, purchases and sales for purposes of calculating a claim. Under the FIFO method, sales of common stock during the Settlement Class Period will be matched, in chronological order, against common stock purchased during the Settlement Class Period.

A Settlement Class Member will be eligible to receive a distribution from the Net Settlement Fund only if a Settlement Class Member had a net loss. All gains and losses (as calculated under the above plan) will be combined and thereafter netted against each other. In addition, no distribution will be made unless the amount of the check is at least $5.00.

**HOW YOU OBTAIN A PAYMENT — SUBMITTING A CLAIM FORM**

**10.     How Will I Obtain a Payment?**

To qualify for payment, you must be an eligible Settlement Class Member, send in a timely and valid claim form, and properly document your claim as requested in the claim form. A claim form is enclosed with this Notice. Read the instructions carefully, fill out the form, include all the documents the form asks for, sign it, and mail it in the enclosed envelope postmarked no later than September 12, 2011.

S:\eFiling\Accuray\S
ettlement\Revised
Proposed Preliminary
Approval Filing 8-2-
11\Exhibit A1 Notice
of Pendency and
Proposed Settlement
of Class Action.DOC

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION - 4:09-cv-03362-CW