# EXHIBIT 33

Defendant, or the legal representative, heir, successor, or assign, of any of them, or any entity in which any Defendant has or had a controlling interest. You are also not a Class Member if you timely and validly request exclusion from the Class pursuant to this Notice.

If you sold Akeena Solar common stock between December 26, 2007 and March 13, 2008, inclusive, that alone does not make you a Class Member. You are a Class Member only if you purchased or otherwise acquired Akeena Solar common stock between December 26, 2007 and March 13, 2008, inclusive.

### 7. I'm Still Not Sure if I Am Included.

If you are still not sure whether you are included, you can ask for free help. You can call 1-800-495-7490 or visit www.akeenasolarsecuritieslitigation.com for more information; or you can call Michael Burnett of Scott+Scott LLP at 1-800-404-7770 for more information; or you can fill out and return the claim form described in Question 10, to see if you qualify.

### THE SETTLEMENT BENEFITS -- WHAT YOU GET

### 8. What Does the Settlement Provide?

Defendants have agreed to pay a total of $4.77 million in cash. The balance of the settlement fund after payment of Court-approved attorneys' fees and expenses and the costs of claims administration, including the costs of printing and mailing this Notice and the cost of publishing newspaper notice (the "Net Settlement Fund") will be divided among all eligible Class Members who send in valid claim forms.

### 9. How Much Will My Payment Be?

Your share of the Net Settlement Fund will depend on the number of valid claim forms that Class Members send in and the number of Akeena Solar shares you purchased or otherwise acquired during the relevant period and when you bought and sold them. The allocation below is based on the following inflation per share amounts for Class Period purchases, acquisitions, and sales as well as the statutory Private Securities Litigation Reform Act 90-day look-back amount of $6.61.

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION
NO. C-09-02147-JW
- 6 -

| Inflation Period | Inflation Per Share |
|---|---|
| December 26, 2007 – January 1, 2008 | $0.83 |
| January 2, 2008 – January 2, 2008 | $2.38 |
| January 3, 2008 – January 7, 2008 | $3.36 |
| January 8, 2008 – January 8, 2008 | $2.29 |
| January 9, 2008 – January 13, 2008 | $1.36 |
| January 14, 2008 – January 14, 2008 | $0.95 |
| January 15, 2008 – January 15, 2008 | $0.62 |
| January 16, 2008 – March 12, 2008 | $0.36 |
| March 13, 2008 – March 18, 2008 | $0.21 |
| March 19, 2008 – Present | $0.00 |

A claim will be calculated as follows:

For each share of Akeena Solar common stock *purchased or otherwise acquired between December 26, 2007 and March 13, 2008,* the recovery per share shall be as follows:

(a) If sold on or before January 7, 2008, the claim per share shall be zero;

(b) If sold between January 8, 2008 and March 18, 2008, the claim per share shall be the lesser of (i) the inflation per share at the time of purchase (as set forth above); or (ii) the difference between the actual purchase price of each share (excluding all fees and commissions) and the actual selling price of each share (excluding all fees and commissions).

(c) If sold between March 19, 2008 and June 16, 2008, the claim per share shall be the lesser of (i) the inflation per share at the time of purchase (as set forth above); (ii) the difference between the actual purchase price of each share (excluding all fees and commissions) and the actual selling price of each share (excluding all fees and commissions); or (iii) the difference between the actual purchase price of

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION
NO. C-09-02147-JW                                                                                    - 7 -

each share (excluding all fees and commissions) and the average closing price on the date of sale (as set forth below).

(d)  If held on June 16, 2008, or sold thereafter, the claim shall be the lesser of (i) the inflation per share at the time of purchase (as set forth above); or (ii) the difference between the actual purchase price per share (excluding all fees and commissions) and $6.61 per share.

| Date | Average Closing Price |
| --- | --- |
| 3/19/2008 | $ 5.08 |
| 3/20/2008 | $ 4.92 |
| 3/24/2008 | $ 4.94 |
| 3/25/2008 | $ 5.21 |
| 3/26/2008 | $ 5.38 |
| 3/27/2008 | $ 5.70 |
| 3/28/2008 | $ 5.98 |
| 3/31/2008 | $ 6.20 |
| 4/1/2008 | $ 6.40 |
| 4/2/2008 | $ 6.59 |
| 4/3/2008 | $ 6.75 |
| 4/4/2008 | $ 6.88 |
| 4/7/2008 | $ 6.97 |
| 4/8/2008 | $ 7.07 |
| 4/9/2008 | $ 7.14 |
| 4/10/2008 | $ 7.16 |
| 4/11/2008 | $ 7.17 |
| 4/14/2008 | $ 7.19 |
| 4/15/2008 | $ 7.19 |
| 4/16/2008 | $ 7.21 |
| 4/17/2008 | $ 7.23 |
| 4/18/2008 | $ 7.23 |
| 4/21/2008 | $ 7.22 |
| 4/22/2008 | $ 7.20 |
| 4/23/2008 | $ 7.18 |
| 4/24/2008 | $ 7.15 |
| 4/25/2008 | $ 7.13 |
| 4/28/2008 | $ 7.12 |
| 4/29/2008 | $ 7.10 |
| 4/30/2008 | $ 7.08 |
| 5/1/2008 | $ 7.04 |
| 5/2/2008 | $ 7.03 |
| 5/5/2008 | $ 7.00 |
| 5/6/2008 | $ 6.99 |
| 5/7/2008 | $ 6.98 |
| 5/8/2008 | $ 6.94 |
| 5/9/2008 | $ 6.90 |
| 5/12/2008 | $ 6.85 |
| 5/13/2008 | $ 6.82 |

| Date | Average Closing Price |
|---|---|
| 5/14/2008 | $ 6.79 |
| 5/15/2008 | $ 6.76 |
| 5/16/2008 | $ 6.77 |
| 5/19/2008 | $ 6.77 |
| 5/20/2008 | $ 6.78 |
| 5/21/2008 | $ 6.78 |
| 5/22/2008 | $ 6.76 |
| 5/23/2008 | $ 6.75 |
| 5/27/2008 | $ 6.73 |
| 5/28/2008 | $ 6.73 |
| 5/29/2008 | $ 6.73 |
| 5/30/2008 | $ 6.73 |
| 6/2/2008 | $ 6.72 |
| 6/3/2008 | $ 6.72 |
| 6/4/2008 | $ 6.71 |
| 6/5/2008 | $ 6.70 |
| 6/6/2008 | $ 6.69 |
| 6/9/2008 | $ 6.68 |
| 6/10/2008 | $ 6.66 |
| 6/11/2008 | $ 6.65 |
| 6/12/2008 | $ 6.63 |
| 6/13/2008 | $ 6.61 |
| 6/16/2008 | $ 6.60 |

For all purposes, the transaction date and not the settlement date, shall be used as the date for determining inflation per share, eligibility to file a claim and the calculation of Recognized Losses. All purchases and sales of Akeena Solar common shares shall be accounted for and matched using the first-in-first-out (FIFO) method of accounting.

The date of purchase, acquisition or sale is the "contract" or "trade" date as distinguished from the "settlement" date.

For Class Members who made multiple purchases, acquisitions, or sales during the Class Period, the first-in, first-out ("FIFO") method will be applied to such holdings, purchases, acquisitions, and sales for purposes of calculating a claim. Under the FIFO method, sales of shares during the Class Period or within ninety (90) days thereafter will be matched, in chronological order, against shares purchased during the Class Period.

A Class Member will be eligible to receive a distribution from the Net Settlement Fund only if a Class Member had a net loss. All gains and losses (as calculated under the above plan)

will be combined and thereafter netted against each other. In addition, no distribution will be made unless the amount of the check is at least $10.00.

### HOW YOU OBTAIN A PAYMENT -- SUBMITTING A CLAIM FORM

#### 10.     How Will I Obtain a Payment?

To qualify for payment, you must be an eligible Class Member, send in a timely and valid claim form, and properly document your claim as requested in the claim form. A claim form is enclosed with this Notice. Read the instructions carefully, fill out the form, include all the documents the form asks for, sign it, and mail it in the enclosed envelope postmarked no later than December 19, 2011.

#### 11.     When Will I Receive My Payment?

The Court will hold a hearing on December 12, 2011, to decide whether to approve the Settlement. If Judge Ware approves the Settlement, there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps several years. Everyone who sends in a claim form will be informed of the determination with respect to their claim. Please be patient.

#### 12.     What Am I Giving Up to Receive a Payment or Stay in the Class?

Unless you timely and validly exclude yourself, you are staying in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants about the Released Claims in this case. It also means that all of the Court's orders will apply to you and legally bind you and you will release your claims in this case against the Defendants. The terms of the release are included in the claim form that is enclosed.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from this Settlement, but you want to keep the right to sue or continue to sue the Defendants on your own for the Released Claims in this case, then you must take steps to get out of the Class. This is called excluding yourself or is sometimes referred to as opting out of the Class.

NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION
NO. C-09-02147-JW                                                                                      - 10 -