COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
TIJANA M. BRIEN (286590) (tbrien@cooley.com)
ADDISON M. LITTON (305374) (alitton@cooley.com)
JENNA C. BAILEY (319302) (jbailey@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

CRAIG E. TENBROECK (287848) (ctenbroeck@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:    +1 858 550 6000
Facsimile:    +1 858 550 6420

Attorneys for Defendants
*Zoom Video Communications, Inc., Eric S. Yuan,*
*Kelly Steckelberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ZOOM SECURITIES LITIGATION | Case No.: 3:20-cv-02353-JD |
| This Document Relates To: ALL ACTIONS. | DECLARATION OF TIJANA M. BRIEN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO DESIGNATE OPERATIVE COMPLAINT SHOULD LEAD PLAINTIFF ORDER BE VACATED, AND IN THE ALTERNATIVE, TO SUSPEND RESPONSE DEADLINES PENDING RESOLUTION OF MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF |

I, Tijana M. Brien, declare:

1.      I am an attorney at law, duly qualified and admitted to practice before this Court.  I am an associate of Cooley LLP, counsel for Defendants Zoom Video Communications, Inc., Eric S. Yuan and Kelly Steckelberg ("Defendants") in this action.  I make this declaration in support of the Defendants' Administrative Motion to Designate Operative Complaint Should Operative

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

BRIEN DECL. ISO DFTS' ADMIN. MTN TO
DESIGNATE OPERATIVE COMPL.
3:20-CV-02353-JD

Complaint Be Vacated, and in the Alternative, to Suspend Response Deadlines Pending Motion for Reconsideration of Order Appointing Lead Plaintiff (the "Motion").  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.      Pursuant to Civil Local Rule 7-11, on January 11, 2020, I spoke with counsel for lead plaintiff Adam Butt and counsel for the Zoom Investor Group by phone, respectively, to notify them that Zoom planned to file the Motion and to explore a potential agreement regarding the same. Butt's counsel and the Zoom Investor Group's counsel stated that they would consider the relief requested by Defendants and asked to see a draft of the Motion.

3.      On January 13, 2020, I emailed a draft of the Motion to both Butt's counsel and the Zoom Investor Group's counsel

4.      On January 14, 2020, Butt's counsel informed me that Butt opposes the Motion and would not stipulate to the relief sought therein.

5.      On January 15, 2020, the Zoom Investor Group's counsel informed me that the Zoom Investor Group opposes the requested relief to designate the Class Action Complaint For Violation of the Federal Securities Laws ("CAC") (Dkt. 63) as the operative complaint notwithstanding resolution of its Motion for Reconsideration, but does not oppose deferring the motion to dismiss briefing until after the court rules on the Motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on January 15, 2021, in El Granada, California.

_/s/ Tijana M. Brien_
Tijana M. Brien

241990875

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**BRIEN DECL. ISO DFTS' ADMIN. MTN TO DESIGNATE OPERATIVE COMPL.
2:20-CV-02353-JD**