COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
TIJANA M. BRIEN (286590) (tbrien@cooley.com)
ADDISON M. LITTON (305374) (alitton@cooley.com)
JENNA C. BAILEY (319302) (jbailey@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:      +1 650 843 5000
Facsimile:      +1 650 849 7400

CRAIG E. TENBROECK (287848) (ctenbroeck@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:      +1 858 550 6000
Facsimile:      +1 858 550 6420

Attorneys for Defendants
*Zoom Video Communications, Inc., Eric S. Yuan,*
*Kelly Steckelberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ZOOM SECURITIES LITIGATION | Case No.: 3:20-cv-02353-JD |
|---|---|
| This Document Relates To:<br>ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO DESIGNATE OPERATIVE COMPLAINT SHOULD LEAD PLAINTIFF ORDER BE VACATED, AND IN THE ALTERNATIVE, TO SUSPEND RESPONSE DEADLINES PENDING RESOLUTION OF MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF** |

Having considered Defendants' Administrative Motion to Designate Operative Complaint, and in the Alternative, to Suspend Response Deadlines Pending Resolution of Motion for Reconsideration of Order Appointing Lead Plaintiff, and good cause appearing, Defendants' Motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**[PROPOSED] ORDER GRANTING ADMIN. MTN
TO DESIGNATE OPERATIVE COMPL.
3:20-CV-02353-JD**

1.      [The Class Action Complaint For Violation of the Federal Securities Laws ("CAC") (Dkt. 63) shall remain the operative complaint in this action for purposes of the current motion to dismiss briefing, notwithstanding the resolution of the Zoom Investor Group's Motion for Reconsideration.]

2.      [The schedule set forth in the Court's November 24, 2020 Order is hereby vacated until the Motion for Reconsideration has been resolved.  Should a new lead plaintiff be appointed and a new complaint be filed, Defendants' deadline to respond shall be 45 days from the filing of such new complaint.  Should Adam Butt remain lead plaintiff, the deadline to respond shall be 25 days from the date the Court enters an order confirming Butt as lead plaintiff.]

IT IS SO ORDERED.

Dated: _____, 2021

                                                                    _____
                                                                    The Honorable James Donato

241992572

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

[PROPOSED] ORDER GRANTING ADMIN. MTN
TO DESIGNATE OPERATIVE COMPL.
2:20-CV-02353-JD