COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
TIJANA M. BRIEN (286590) (tbrien@cooley.com)
ADDISON M. LITTON (305374) (alitton@cooley.com)
JENNA C. BAILEY (319302) (jbailey@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

CRAIG E. TENBROECK (287848) (ctenbroeck@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420

Attorneys for Defendants
*Zoom Video Communications, Inc., Eric S. Yuan,*
*Kelly Steckelberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ZOOM SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | Case No.: 3:20-cv-02353-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS' RESPONSE TO THE AMENDED CONSOLIDATED COMPLAINT** |

Defendants Zoom Video Communications, Inc. ("Zoom"), Eric S. Yuan, and Kelly Steckelberg (together, "Defendants"), and Lead Plaintiff, Adam M. Butt ("Lead Plaintiff") (collectively, the "Parties), by and through their undersigned counsel of record, respectfully request that the court enter an order as set forth below.

WHEREAS, on November 4, 2020, the Court appointed Mr. Butt as Lead Plaintiff and Robbins Geller Rudman & Dowd LLP as Lead Counsel. ECF No. 56.

WHEREAS, on November 18, 2020, the Zoom Investor Group filed a motion seeking

leave to file a motion for reconsideration of the Court's Order appointing Lead Plaintiff. ECF No. 58.

WHEREAS, on November 24, 2020, the Court approved the Parties' Joint Stipulation setting a schedule for filing a new consolidated complaint and responding thereto. ECF No. 59.

WHEREAS, pursuant to this schedule, Lead Plaintiff filed an Amended Consolidated Complaint ("Amended Consolidated Complaint") on December 23, 2020. ECF No. 63.

WHEREAS, on January 5, 2021, the Court granted the Zoom Investor Group leave to file a Motion for Reconsideration of the Lead Plaintiff appointment, which was then fully briefed by the Lead Plaintiff and Zoom Investor Group. ECF Nos. 64, 70.

WHEREAS, on January 22, 2021, the Court vacated the Defendants' deadline to respond to the Amended Consolidated Complaint pending further orders on the Zoom Investor Group's Motion for Reconsideration. ECF No. 69.

WHEREAS, on April 12, 2021, the Court denied the Zoom Investor Group's Motion for Reconsideration, upholding its previous order appointing Lead Plaintiff and Lead Counsel, and ordered the Parties to jointly propose a new schedule for Defendants to respond to the Amended Consolidated Complaint. ECF No. 74.

ACCORDINGLY, IT IS STIPULATED, by and between the undersigned counsel for the Parties, who respectfully request that the Court enter an order providing, that:

- Defendants' deadline to file a response to the Amended Consolidated Complaint is **May 20, 2021.**
- If Defendants move to dismiss the Amended Consolidated Complaint, Lead Plaintiff's deadline to file an opposition to the motion will be **July 9, 2021.**
- Defendants' deadline to file a reply in support of any motion to dismiss will be **August 9, 2021.**

DATED this 26th day of April 2021.

| | | |
|---|---|---|
| Dated: April 26, 2021 | | COOLEY LLP |
| | | By: */s/ Patrick E. Gibbs* |
| | |     Patrick E. Gibbs |
| | | Attorneys for Defendants |
| | | *Zoom Video Communications, Inc., Eric S. Yuan, Kelly Steckelberg* |
| Dated: April 26, 2021 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| | | By: */s/ John H. George* |
| | |     John H. George |
| | | Lead Counsel for Lead Plaintiff |

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: April 27, 2021

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Patrick E. Gibbs, am the ECF User whose identification and password are being used to file the JOINT STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS' RESPONSE TO THE AMENDED CONSOLIDATED COMPLAINT. In compliance with Local Rule 5-1(i)(3), I hereby attest that John H. George has concurred in this filing.

DATED: April 26, 2021

                                     */s/ Patrick E. Gibbs*
                                     PATRICK E. GIBBS

249375329