ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
JOHN H. GEORGE (292332)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jgeorge@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re ZOOM SECURITIES LITIGATION | ) | Case No. 3:20-cv-02353-JD |
| | ) | |
| | ) | DECLARATION OF SHAWN A. |
| This Document Relates To: | ) | WILLIAMS IN SUPPORT OF LEAD |
| | ) | PLAINTIFF'S OPPOSITION TO |
| ALL ACTIONS. | ) | DEFENDANTS' MOTION TO DISMISS |
| | ) | THE CONSOLIDATED CLASS ACTION |
| | | COMPLAINT |

4823-9677-6945.v1

1.    I, SHAWN A. WILLIAMS, declare as follows:

2.    I am an attorney duly licensed to practice in the State of a California and before this District Court.  I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff Adam M. Butt, in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.  This Declaration is made in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

3.    Attached is a true and correct copy of the following exhibit:

Exhibit A:    Complaint by the Federal Trade Commission against Zoom Video Communications, Inc. In the Matter of Zoom Video Communications, Inc. and Agreement Containing Consent Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of July, 2021, at San Francisco, California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

DECLARATION OF SHAWN A. WILLIAMS - 3:20-cv-02353-JD                - 1 -
4823-9677-6945.v1