UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ZOOM SECURITIES LITIGATION | Case No.: 3:20-cv-02353-JD |
| This Document Relates To:<br>ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO SEEK PARTIAL RECONSIDERATION OF MOTION TO DISMISS ORDER AND GRANTING PARTIAL RECONSIDERATION** |

Defendants Zoom Video Communications, Inc. and Eric S. Yuan (collectively, "Defendants") have filed a motion pursuant to Federal Rule of Civil Procedure 54(b) and Civil Local Rule 7-9 for leave to file a motion for partial reconsideration of this Court's Order granting and denying in part Defendants' Motion to Dismiss (Dkt. No. 86) (the "Order"). Defendants concurrently submitted the memorandum of points and authorities in support of the Motion for Leave as the basis for Defendants' underlying Motion for Partial Reconsider (together, the "Motion").

Having considered the Motion, the pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

1. Defendants' motion for leave to file a motion for reconsideration of the Order is **GRANTED.**

2. The Court accepts Defendants' memorandum of points and authorities attached to the

Motion as the basis for its Motion for Partial Reconsideration.

3. Defendants' Motion for Partial Reconsideration of the Order is **GRANTED**.

Good cause appearing therefor, **IT IS HEREBY ORDERED** that Defendants' Motion for Partial Reconsideration is **GRANTED,** and Lead Plaintiff's remaining Section 10(b)/Rule 10b-5 claim based on Statement No. 1 is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Honorable James Donato
United States District Judge

Cooley LLP
Attorneys at Law
Palo Alto

2

**[Proposed] Order Granting Defs.
Mtn. for Partial Reconsideration
3:20-cv-02353-JD**