**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
|---|---|---|
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Patton L. Johnson
pjohnson@rgrdlaw.com

June 7, 2023

The Honorable James Donato                                                    VIA ECF
United States District Court for the
Northern District of California
San Francisco Courthouse, Courtroom 11
450 Golden Gate Avenue, 19th Floor
San Francisco, CA  94102

      Re:    *In re Zoom Securities Litigation*
            No. 3:20-cv-02353-JD (N.D. Cal.)

Dear Judge Donato:

The parties[1] jointly submit this letter to the Court concerning the discovery disputes summarized in Plaintiff's May 23, 2023 discovery letter (ECF 102) and the Court's May 26, 2023 Order instructing Defendants to file a response (ECF 103). The parties respectfully submit that they have come to an agreement as to Defendants' production of documents that obviates the need for the Court's intervention at this time.

Defendants have agreed that they will immediately produce certain documents responsive to Plaintiff's first set of discovery requests. The parties also agree that the withdrawal of the dispute will not prejudice either party in any way whatsoever. The parties further agree that to the extent that the issues that gave rise to Plaintiff's letter are not resolved by their agreement and the forthcoming production of documents, Plaintiff will renew his letter motion.

Accordingly, the parties jointly request the Court to allow Plaintiff to withdraw his discovery letter at this time (ECF 102) and to order that Defendants do not need to file a response.

Respectfully submitted,

s/ Patton L. Johnson                                 s/ Nicholas Flath
PATTON L. JOHNSON                                    NICHOLAS FLATH
ROBBINS GELLER RUDMAN & DOWD LLP                     COOLEY LLP
*Counsel for Lead Plaintiff*                         *Counsel for Defendants*

---

[1]    "Parties" refers collectively to Lead Plaintiff Adam M. Butt ("Plaintiff"), and Zoom Video Communications, Inc. and Eric S. (Zeng) Yuan ("Defendants").

**Robbins Geller**
**Rudman & Dowd** LLP

The Honorable James Donato
June 7, 2023
Page 2

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

I, Patton L. Johnson, am the ECF user whose identification and password are being used to file the attached JOINT DISCOVERY LETTER. Pursuant to Local Rule 5-1(h)(3), I hereby attest that Nicholas Flath has concurred in this filing.

DATED:  June 7, 2023                              s/ Patton L. Johnson


## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 7, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Patton L. Johnson
PATTON L. JOHNSON

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
Email:  pjohnson@rgrdlaw.com

4874-8206-7817.v1

**Mailing Information for a Case 3:20-cv-02353-JD Drieu v. Zoom Video Communications, Inc. et al**

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jenna C. Bailey**
  jbailey@cooley.com,jcorrell@cooley.com

- **Tijana Martinovic Brien**
  tbrien@cooley.com,efilingnotice@cooley.com,efiling-notice@ecf.pacerpro.com,emadrigal@cooley.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,efilingnotice@cooley.com,jcorrell@cooley.com,efiling-notice@ecf.pacerpro.com

- **Reza John Harris**
  rjharris@cooley.com

- **Benjamin Heikali**
  bheikali@treehouselaw.com,lchapa@treehouselaw.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com

- **Patton L. Johnson**
  pjohnson@rgrdlaw.com,PJohnson2019@ecf.courtdrive.com,tdevries@rgrdlaw.com

- **Phillip C Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kperez@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Heather G. Schlesier**
  hgeiger@rgrdlaw.com,cbarrett@rgrdlaw.com,HSchlesier@ecf.courtdrive.com

- **Craig Edward TenBroeck**
  ctenbroeck@cooley.com,maraujo@cooley.com,efiling-notice@ecf.pacerpro.com

- **Tamar A Weinrib**
  taweinrib@pomlaw.com,egoodman@pomlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,smorris@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)