ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
– and –
PATTON L. JOHNSON (320631)
HEATHER G. GEIGER (322937)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
pjohnson@rgrdlaw.com
hgeiger@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA BRIEN (286590)
(tbrien@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

CRAIG E. TENBROECK (287848)
(ctenbroeck@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:     +1 858 550 6000
Facsimile:     +1 858 550 6420

*Attorneys for Defendants*
*Zoom Video Communications, Inc. and*
*Eric S. Yuan*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ZOOM SECURITIES LITIGATON | Case No. 3:20-cv-02353-JD |
| | **NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND PRE-TRIAL DEADLINES IN THE SCHEDULING ORDER [ECF NO. 100]** |
| | Dept: Courtroom 11, 19th Floor |
| | Judge: Hon. James Donato |

NT OF SETTLEMENT, JT STIP. AND [PROPOSED] ORDER FOR STAY OF CERTAIN DEADLINES

The parties to the above-captioned action (the "Parties" and the "Action," respectively), in good faith, submit the below stipulation and proposed order pursuant to Civil Local Rules 6-2 and 7-12, for approval by the Court:

WHEREAS, on May 23, 2022, the Parties participated in an extensive and arms' length full-day mediation session with the Honorable Layn R. Phillips (Ret.) of Phillips ADR (the "Mediation"). While the Parties negotiated in good faith, they did not reach an agreement at the Mediation, and the Parties continued to litigate the Action.

WHEREAS, on April 6, 2023, the Court issued a Scheduling Order, ECF No. 100, which set forth a case schedule for the Action;

WHEREAS, on July 11, 2023, following additional settlement negotiations between the Parties and Judge Phillips in parallel with the Parties' litigation efforts, Judge Phillips made a mediator's recommendation to resolve the Action;

WHEREAS, on July 12, 2023, the Parties accepted Judge Phillips' recommendation and reached a settlement in principle on the financial terms of a proposed agreement to resolve the Action (the "Proposed Settlement");

WHEREAS, the Parties are in the process of documenting the Proposed Settlement.

WHEREAS, the current Scheduling Order set deadlines for the close of fact discovery, expert discovery, class certification, *Daubert* motions, dispositive motions, and a pre-trial conference ("Pre-Trial Deadlines"); and

WHEREAS, the Parties seek to stay further proceedings and Pre-Trial Deadlines in the current Scheduling Order to conserve resources and permit the Parties to focus on documenting the Proposed Settlement and seek preliminary approval of the Proposed Settlement ("Motion for Preliminary Approval").

Accordingly, the Parties stipulate, and request that the Court order, as follows:

1. The Pre-Trial Deadlines shall be stayed until further order of this Court, pending the filing of the Motion for Preliminary Approval.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

**ROBBINS GELLER RUDMAN & DOWD LLP**
SHAWN A. WILLIAMS


By:     /s/ Shawn A. Williams
              Shawn A. Williams (213113)

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

PATTON L. JOHNSON (320631)
HEATHER G. GEIGER (322937)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
pjohnson@rgrdlaw.com
hgeiger@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*


**COOLEY LLP**
PATRICK GIBBS
TIJANA M. BRIEN


By:     /s/ Patrick E. Gibbs
              Patrick E. Gibbs (183174)

3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: 650/843-5000
650/849-7400 (fax)
pgibbs@cooley.com
tbrien@cooley.com

CRAIG E. TENBROECK
10265 Science Center Drive
San Diego, CA 92101
Telephone: 858/550-6000
858/550-6420 (fax)
ctenbroeck@cooley.com

*Attorneys for Defendants Zoom Video
Communications, Inc. and Eric S. Yuan*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Patrick E. Gibbs, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July 2023, at Palo Alto, California.


By: /s/ Patrick E. Gibbs

NT OF SETTLEMENT, JT STIP. AND [PROPOSED] ORDER FOR MODIFICATION OF CERTAIN DEADLINES

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, **IT IS SO ORDERED.**


Dated:_____ , 2023           _____

The Honorable Judge James Donato
United States District Judge