COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone:    +1 858 550 6000
Facsimile:    +1 858 550 6420

Attorneys for Defendants
*Zoom Video Communications, Inc., and
Eric S. Yuan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ZOOM SECURITIES LITIGATION, | Case No.: 3:20-cv-02353-JD |
|---|---|
| This Document Relates To:<br>ALL ACTIONS. | **DECLARATION OF RYAN E. BLAIR REGARDING COMPLIANCE WITH CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

I, Ryan E. Blair, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am a partner with the law firm of Cooley LLP, attorneys of record for Defendants Zoom Video Communications, Inc. and Eric Yuan.  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.    On November 1, 2023, I caused to be sent by FedEx or U.S. mail a notice letter to the Attorney General of the United States and the attorneys general of each state and territory informing them of the proposed settlement and Lead Plaintiff's unopposed motions for preliminary and final approval.  A true and correct copy of the notice letter is attached as Exhibit A.  Each notice letter contained a list of the documents included as enclosures.

3.    I will immediately inform the Court and Lead Plaintiff should any attorney general voice concern regarding this settlement prior to the expiration of the deadline to appeal.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on November 1, 2023, in San Diego, California.

*/s/Ryan E. Blair*
Ryan E. Blair

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1