# Exhibit A



Ryan E. Blair
+1 858 550 6047
rblair@cooley.com

CONFIDENTIAL
By Fed-Ex

November 1, 2023

The Honorable Merrick B. Garland
Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Re: Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
*In re Zoom Securities Litigation,*
United States District Court, Northern District of California, Case No. 3:20-cv-02353-JD

Dear Attorney General Garland and State Attorneys General:

In accordance with the notice provisions of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), this letter is intended to constitute notice by settling defendants in the above-referenced class action that a proposed settlement of the action has been filed with the court. As of the date of this letter, the lead plaintiff in the action has filed an unopposed motion for preliminary approval of the proposed settlement, but the court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement.

CAFA lists eight items that must be provided to you in connection with any proposed class action settlement. Each of these items is addressed below, and the corresponding documents are contained in the enclosed CD:

**A.  28 U.S.C. § 1715 (b)(l): a copy of the complaint and any materials filed with the complaint and any amended complaints.**

1)   The original Complaint in *In re Zoom Securities Litigation*, No. 3:20-cv-02353-JD (N.D. Cal.), filed on April 7, 2020, enclosed as **Exhibit A.**

2)   The Consolidated Class Action Complaint, filed on December 23, 2020, enclosed as **Exhibit B.**

**B.  28 U.S.C. § 1715 (b)(2): notice of any scheduled judicial hearing in the class action.**

3)   Lead Plaintiff's Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities in Support, filed on October 18, 2023, enclosed as **Exhibit C.** The hearing on the Motion for Preliminary Approval of the Class Action Settlement is scheduled for December 7, 2023.



November 1, 2023
Page Two

**C.   28 U.S.C. § 1715(b)(3): any proposed or final notification to class members.**

4)      Declaration of Shawn A. Williams in Support of Unopposed Motion for Preliminary Approval, enclosed as **Exhibit D.** This document and its accompanying exhibits contain the draft notice(s) that will notify class members of the proposed settlement and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement.

**D.   28 U.S.C. § 1715(b)(4): any proposed or final class action settlement.**

5)      The proposed Stipulation of Settlement between the parties, which is included within **Exhibit E.**

**E.   28 U.S.C. § 1715(b)(5): any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.**

6)      The parties to the settlement also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to at page 18 of the Stipulation of Settlement (included within **Exhibit E**), which provided that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria (none of these criteria were triggered). This agreement remains confidential and has not been included with the enclosed materials. Should you require additional information about the Supplemental Agreement, please contact me and we will coordinate with counsel for the Lead Plaintiff to make all reasonable efforts to address your questions, subject to the confidentiality provision.

**F.   28 U.S.C. § 1715(b)(6): any final judgment or notice of dismissal.**

7)      The parties' proposed Order and Final Judgment, which is included within **Exhibit E**.

**G.   28 U.S.C. § 1715(b)(7): (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

8)      Claims are still being processed in this securities class action, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund.

**H.   28 U.S.C. § 1715(b)(8): any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).**

9)      The parties entered settlement negotiations prior to the Court's issuance of any judicial opinion relating to the relevant materials.



November 1, 2023
Page Three

 If you have any questions about this notice or the enclosures, please do not hesitate to contact us.

Sincerely,

*/s/Ryan E. Blair*

Ryan E. Blair


CC: State Attorneys General (see attached service list)

Cooley LLP   10265 Science Center Drive   San Diego, CA   92121
t: (858) 550-6000  f: (858) 550-6420  cooley.com

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**ALABAMA**
Steve Marshall
Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36104
(334) 242-7300

**ALASKA**
Treg R. Taylor
Alaska Attorney General
1031 West 4th Ave., Suite 200
Anchorage, AK 99501-1994
(907) 269-5100

**AMERICAN SAMOA**
Fainu'ulelei Falefatu Ala'ilima-Utu
American Samoa Attorney General
Department of Legal Affairs
American Samoa Government
P.O. Box 7
Pago Pago, AS 96799
(684) 633-4163

**ARIZONA**
Kris Mayes
Arizona Attorney General
2005 North Central Ave.
Phoenix, AZ 85004-2926
(602) 542-5025

**ARKANSAS**
Tim Griffin
Arkansas Attorney General
323 Center St., Ste. 200
Little Rock, AR 72201-2610
(800) 482-8982

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**CALIFORNIA**
CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
Sacramento, CA 94102
(916) 324-5437

**COLORADO**
Philip J. Weiser
Colorado Attorney General
1300 Broadway, 10th fl.
Denver, CO 80203
(720) 508-6000

**CONNECTICUT**
William Tong
Connecticut Attorney General
165 Capitol Ave.
Hartford, CT 06106
(860) 808-5318

**DELAWARE**
Kathy Jennings
Delaware Attorney General
820 North French Street
Wilmington, DE 19801
(302) 577-8400

**DISTRICT OF COLUMBIA**
Brian Schwalb
District of Columbia Attorney General
00 6th Street N.W.
Washington, DC 20001
(202) 727-3400

**FLORIDA**
Ashley Moody
Florida Attorney General
The Capitol, Plaza Level One
Tallahassee, FL 32399-1050
(850) 245-0140

2

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**GEORGIA**
Christopher M. Carr
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300
(404) 483-2477

**GUAM**
Doug Moylan
Guam Attorney General
Office of the Attorney General Guam
287 W O'Brien Dr
Hagåtña, 96910, Guam
(671) 475-3324

**HAWAII**
Anne E. Lopez
Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1282

**IDAHO**
Raúl Labrador
Idaho Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400

**ILLINOIS**
Kwame Raoul
Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
(312) 814-3000

**INDIANA**
Todd Rokita
Indiana Attorney General
302 W. Washington St., 5th floor
Indianapolis, IN 46204
(317) 232-6201

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**IOWA**
Brenna Bird
Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
(515) 281-5164

**KANSAS**
Kris Kobach
Kansas Attorney General Office
120 SW 10th Ave., 2nd fl.
Topeka, KS 66612-1597
(785) 296-2215

**KENTUCKY**
Daniel Cameron
Kentucky Attorney General
700 Capitol Ave., Suite 118
Frankfort, KY 40601
(502) 696-5300

**LOUISIANA**
Jeffrey Landry
Louisiana Attorney General
P.O. Box 94005
Baton Rouge, LA 70804
(225) 326-6000

**MAINE**
Aaron Frey
Maine Attorney General
State House Station 6
Augusta, ME 04333-0006
(207) 626-8800

**MARYLAND**
Anthony Brown
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6300

4

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**MASSACHUSETTS**
Andrea Campbell
Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108-1518
(617) 727-2200

**MICHIGAN**
Dana Nessel
Michigan Attorney General
G. Mennen Williams Building
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622

**MINNESOTA**
Keith Ellison
Minnesota Attorney General
445 Minnesota St., Ste. 1400
St. Paul, MN 55101
(651) 296-3353

**MISSISSIPPI**
Lynn Fitch
Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205
(601) 359-3680

**MISSOURI**
Andrew Bailey
Missouri Attorney General
207 W. High Street
Jefferson City, MO 65101
(573) 751-3321

**MONTANA**
Austin Knudsen
Montana Attorney General
215 N. Sanders
Helena, MT 59620-1401
(406) 444-2026

5

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**NEBRASKA**
Mike Hilgers
Nebraska Attorney General
Office of the Attorney General
345 State Capitol
Lincoln, NE 68509
(402) 471-2683

**NEVADA**
Aaron D. Ford
Nevada Attorney General
100 North Carson Street
Carson City, NV 89701
(775) 684-1100

**NEW HAMPSHIRE**
John M. Formella
New Hampshire Attorney General
New Hampshire Dept. of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3658

**NEW JERSEY**
Matthew J. Platkin
New Jersey Attorney General
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080
(609) 292-4925

**NEW MEXICO**
Raul Torrez
New Mexico Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501
(505) 490-4060

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**NEW YORK**
CAFA Coordinator
Office of the New York Attorney General
28 Liberty Street, 15th Fl.
New York, NY 10005
(800) 771-7755

**NORTH CAROLINA**
Joshua Stein
North Carolina Attorney General
P.O. Box 629
Raleigh, NC 27602-0629
(919) 716-6400

**NORTH DAKOTA**
Drew Wrigley
North Dakota Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210

**NORTHERN MARIANA ISLANDS**
Edward Manibusan
N. Mariana Islands Attorney General
Caller Box 10007
Saipan, MP 96950-8907
(670) 664-2341

**OHIO**
Dave Yost
Ohio Attorney General
30 East Broad Street, 14th fl.
Columbus, OH 43215
(800) 282-0515

**OKLAHOMA**
Gentner Drummond
Oklahoma Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**OREGON**
Ellen F. Rosenblum
Oregon Attorney General
1162 Court St., NE
Salem, OR 97301-4096
(503) 378-4400

**PENNSYLVANIA**
Michelle Henry
Pennsylvania Attorney General
1600 Strawberry Square
Harrisburg, PA 17120
(717) 787-3391

**PUERTO RICO**
Domingo Emanuelli Hernández
Puerto Rico Attorney General
PO Box 9020192
San Juan, PR, 00902-0192
(787) 721-2900

**RHODE ISLAND**
Peter Neronha
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**SOUTH CAROLINA**
Alan Wilson
South Carolina Attorney General
P.O. Box 11549
Columbia, SC 29211
(803) 734-3970

**SOUTH DAKOTA**
Marty Jackley
South Dakota Attorney General
1302 East Highway 14, Ste. 1
Pierre, SD 57501-8501
(605) 773-3215

8

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**TENNESSEE**
Jonathan Skrmetti
Tennessee Attorney General
425 5th Avenue North
Nashville, TN 37243
(615) 741-3491

**TEXAS**
Brent Webster
Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2100

**UTAH**
Sean D. Reyes
Utah Attorney General
350 North State Street, Ste 230
Salt Lake City, UT 84114-0810
(801) 366-0260

**VERMONT**
Charity Clark
Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3171

**VIRGINIA**
Jason Miyares
Virginia Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071

**U.S. VIRGIN ISLANDS**
Carrol Thomas-Jacobs
Acting Attorney General of the Virgin Islands
Office of the Attorney General
34-38 Kronprinsdens Gade
GERS Bldg., 2nd fl.
St. Thomas, VI 00802
(340) 774-5666 x10107

9

*In re Zoom Securities Litigation*
**CAFA NOTICE SERVICE LIST**

**WASHINGTON**
Bob Ferguson
Washington Attorney General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**WEST VIRGINIA**
Patrick Morrisey
West Virginia Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
(304) 558-2021

**WISCONSIN**
Josh Kaul
Wisconsin Attorney General
P.O. Box 7857
Madison, WI 53707-7857
(608) 266-1221

**WYOMING**
Bridget Hill
Wyoming Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7841

**UNITED STATES**
Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001