ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
ELLEN GUSIKOFF STEWART (144892)
PATTON L. JOHNSON (320631)
HEATHER G. GEIGER (322937)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
pjohnson@rgrdlaw.com
hgeiger@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ZOOM SECURITIES LITIGATION | Case No. 3:20-cv-02353-JD |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF SUBMISSION OF REVISED NOTICE PLAN AND [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE |

4920-0398-6961.v1

Lead Plaintiff hereby submits this notice of submitted matters pursuant to Civil Local Rule 7-13.

WHEREAS, an action is pending before this Court entitled *In re Zoom Securities Litigation*, No. 3:20-cv-02353-JD (the "Action" or the "Litigation").

WHEREAS, on July 17, 2023, the parties to the above-referenced Action entered into a Stipulation of Settlement resolving the Litigation and providing for a common fund of $150,000,000 for class members who submit valid claims.

WHEREAS, on October 18, 2023, Lead Plaintiff filed a [Corrected] Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Proposed Settlement (the "Motion") seeking preliminary approval of the settlement and the notice program.

WHEREAS, on June 13, 2024, the Court held a hearing on Lead Plaintiff's motion for preliminary approval.

WHEREAS, during the June 13, 2024, hearing, the Court noted that the proposed settlement appeared to be fair and reasonable but did not approve the proposed notice plan. The Court accordingly ordered Lead Plaintiff to submit a revised notice plan to the Court's JDPO mailbox that provided for: (i) a longer period between the filing of lead counsel's fee application and the deadline for objections and exclusion requests; and (ii) a more robust form of electronic and online notice to potential class members.

WHEREAS, on July 18, 2024, Lead Counsel submitted by email the revised notice plan which addressed the Court's concerns articulated on June 13 and which, in addition to traditional mail and newspaper publication includes the distribution of online notice across a variety of websites and mobile applications through online targeting of Google Display Network, including MarketWatch, Yahoo! Finance, as well as Facebook, and Reddit. *See* Declaration of Carla Peak Regarding Settlement Notice Plan. ECF 124.

WHEREAS, in addition to the email submission of the revised notice program to the Court's JPDO mailbox, on July 18, 2024, Lead Plaintiff also filed the Amended [Proposed] Order Preliminarily Approving Settlement and Providing for Notice. ECF 124.

WHEREAS, the Court has not set a hearing date for an additional hearing on the Motion.

NOW, THEREFORE, Lead Counsel respectfully requests a status conference at the Court's earliest convenience to answer any remaining questions regarding Lead Plaintiff's unopposed motion and revised notice plan.

DATED: January 17, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS

s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
ELLEN GUSIKOFF STEWART
PATTON L. JOHNSON
HEATHER G. GEIGER
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
pjohnson@rgrdlaw.com
hgeiger@rgrdlaw.com

Lead Counsel for Lead Plaintiff