UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re ZOOM SECURITIES LITIGATION | ) | Case No. 3:20-cv-02353-JD |
|---|---|---|
| | ) | |
| This Document Relates To: | ) ) | [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION |
| ALL ACTIONS. | ) ) | |

Lead Plaintiff has moved for final approval of the Settlement and approval of the Plan of Allocation.  Dkt. No. 132.  The Court orders that:

1.    For purposes of this Order, the terms used shall have the same meanings as in the Stipulation of Settlement dated July 17, 2023.  Dkt. No. 127-2.

2.    Pursuant to Federal Rule of Civil Procedure 23, the Court finds and concludes that due and adequate notice was directed to Persons who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to such Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3.    The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the Notice) made available to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund provided by the Settlement among eligible Class Members, with due consideration having been given to administrative convenience and necessity.

4.    The Plan of Allocation, as set forth in the Notice, is in all respects fair and reasonable, and it is approved.

IT IS SO ORDERED.

DATED:  November 10, 2025

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE